FILED
CLERK, U.S. DISTRICT COURT

March 22, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:_____VPC_____DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ED J. HERSHEWE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> JOYY INC. f/k/a YY, INC., DAVID XUELING LI, BING JIN, and ERIC HE, <br><br> Defendants. | Case No. 2:20-cv-10611-SB-AFM <br><br> **ORDER GRANTING CO-LEAD PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT** <br><br> Judge:   Hon. Stanley Blumenfeld, Jr. <br><br> Current response date: Mar. 30, 2021 <br><br> Amended complaint date: May 12, 2021 |

Having reviewed the Co-Lead Plaintiffs' Unopposed Ex Parte Application For an Order Extending Time to File Amended Complaint (the "Application"), and good cause appearing for the reasons set forth therein, the Court hereby GRANTS the Application.

IT IS HEREBY ORDERED that:

1.     The schedule in the March 16, 2021 Order (ECF No. 39) is vacated.

2.     Co-Lead Plaintiffs shall file an Amended Complaint no later than May 12, 2021.

The parties should not expect any further continuance to file the amended pleading.

IT IS SO ORDERED.

Dated: March 22, 2021

_____
HON. STANLEY BLUMENFELD, JR.