1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiffs*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| ED J. HERSHEWE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOYY INC. f/k/a YY, INC., DAVID XUELING LI, BING JIN, and ERIC HE,<br><br>Defendants. | Case No. 2:20-cv-10611-SB-AFM<br><br>**AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMANDED |

# **TABLE OF CONTENTS**

Page

I.    INTRODUCTION ..................................................................2

II.   JURISDICTION AND VENUE.............................................4

III.  PARTIES ..............................................................................5

      A.   Lead Plaintiffs.............................................................5

      B.   Corporate Defendant ..................................................5

      C.   Individual Defendants .................................................6

IV.  BAIDU, INC.........................................................................7

V.   THE TROUBLING FACTS ABOUT PRC COMPANIES TRADING ON U.S. EXCHANGES ...........................................8

      A.   The PRC Blocks Auditor Oversight by the PCAOB............................8

      B.   The SEC Cannot Get Documents to Investigate ...................................11

      C.   Fed-Up with the Lack of Regulatory Ability or Will, Congress Has Now Banned PRC Companies from U.S. Listings If They Continue to Frustrate SEC and PCAOB Oversight Over the Next Three Years (But That is Too Late for JOYY Investors)...................................12

VI.  *MUDDY WATERS*'S HISTORY OF ACCURATELY UNCOVERING FRAUD ......................................................14

VII. *MUDDY WATERS* EXPOSES JOYY'S FRAUD WITH A DETAILED YEARS-IN-THE-MAKING 71-PAGE INVESTIGATIVE REPORT............17

VIII. LEAD PLAINTIFFS' INDEPENDENT INVESTIGATION CONFIRMED FACTS CONSISTENT WITH MUDDY WATERS'S INVESTIGATIVE REPORT................................................24

      A.   Financial Statements for One of YY Live's Top Channel Owners Support *Muddy Waters*'s Conclusion of JOYY's Fraudulent Revenue Reporting24

B.    Expert Analysis of Data for YY Live's Top Performers Support *Muddy Waters*'s Conclusions of Inflated Revenue, Bot Gifting, and Performers' Recycling of Gifts ................................................................25

    1.    Analysis of Total Gifts by Week to YY Live Top 100 Performers Reflects Dramatic Revenue Inflation at the End of 2019............27

    2.    Modern Brothers's Data Shows Evidence of a Large Number of Fake Transactions ....................................................................29

    3.    Big Li's Data Shows Strong Evidence of Fake Gifts.................30

    4.    Xiaozhou's Data Shows Phony Large Weekly Gift Contributions32

    5.    Cuiazha's Data Similarly Shows Fake Large Weekly Gift Contributions ....................................................................33

    6.    Liu Yishou's and Picasso's Data Similarly Shows Fake Large Weekly Gift Contributions ..............................................34

    7.    ShenMan's Data Similarly Shows Fake Large Weekly Gift Contributions ....................................................................35

    8.    Ruitiantian's Data Similarly Shows Fake Large Weekly Gift Contributions ....................................................................36

C.    Multiple Confidential Witnesses Corroborate and Demonstrate JOYY's Use of Bots and Other Methods to Falsify Active Users, Inflating JOYY's Revenues ................................................................37

    1.    JOYY's Live Show Business Data is "Pumped" by Fake, Professional or Internal Users ......................................37

    2.    JOYY's Live Broadcasting Data Is "Manipulated" ....................38

IX.    DEFENDANTS' FRAUDULENT STATEMENTS AND OMISSIONS .......39

A.    Materially False and Misleading Statements About Revenue, Cash, Paying Users and Internal Controls in Annual Reports filed in Form 20-F ................................................................39

B.    Material Misstatements Regarding Revenue, Cash and the Number of Paying Users in Quarterly Reports File in Form 6-K............................55

C.    Additional Material Misstatements Regarding Revenue, Cash and Paying Users in Quarterly Reports Filed on Form 6-K and Earnings Calls ......57

X.    THE TRUTH EMERGES ........................................................................77

XI.   POST CLASS PERIOD FACTS SUPPORTING FRAUD AND SCIENTER 79

A.    JOYY Fails to Refute *Muddy Waters*'s Investigative Report...............79

B.    Baidu and JOYY Amended the Purchase Agreement to Protect Baidu in Case Baidu Discovers the *Muddy Waters* Report is True After It Pays JOYY........................................................................................................80

C.    JOYY Continues to Report Losses Consistent with Fake Revenue and Unverifiable Accounting; CFO Defendant Bing Jin Resigns...............81

D.    JOYY Warns Investors in Its Most Recent Annual Report That the *Muddy Waters* Investigative Report May Turn Out to be True.............82

E.    JOYY Warns Investors That It Cannot Evaluate the Effectiveness of Its Auditors ..............................................................................................83

F.    JOYY's Auditors Hedge on Their Audit of 94% of JOYY's Total Net Revenue Designating It a "Critical Audit Matter" ...............................84

XII.   LOSS CAUSATION.......................................................................................85

XIII.  CLASS ACTION ALLEGATIONS ...............................................................86

CLAIMS BROUGHT PURSUANT TO SECTIONS 10(B) AND 20(A) OF THE EXCHANGE ACT ............................................................................................89

COUNT I FOR VIOLATIONS OF SECTION 10(B) OF THE EXCHANGE ACT AND SEC RULE 10B-5 PROMULGATED THEREUNDER (AGAINST ALL DEFENDANTS)..............................................................................................89

COUNT II  FOR VIOLATIONS OF SECTION 20(A) OF THE EXCHANGE ACT AGAINST THE INDIVIDUAL DEFENDANTS ..........................................91

XV.   PRAYER FOR RELIEF..................................................................................92

XVI.  JURY TRIAL DEMANDED .........................................................................93

Court-appointed Lead Plaintiffs Gedion Demmissie and Suresh Goyal ("Lead Plaintiffs"), by and through their undersigned counsel, bring this federal securities class action pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, individually and on behalf of all other persons or entities who purchased or otherwise acquired publicly traded securities of JOYY Inc. f/k/a YY, Inc. ("JOYY," "YY" or the "Company"), between April 28, 2016 and November 18, 2020, inclusive (the "Class Period").[1]

Lead Plaintiffs allege the following based upon personal knowledge as to themselves and their own acts and upon information and belief as to all other matters. Lead Plaintiffs' information and belief is based on the ongoing independent investigation of their undersigned counsel, including from the following sources: (i) JOYY's public filings with the SEC; (ii) research reports from securities and financial analysts; (iii) Company press releases and reports; (iv) news and media reports concerning the Company and other facts related to this action; (v) price and volume data for JOYY securities; (vii) consultation with experts; (vii) interviews with confidential witnesses ("CWs"), including former JOYY employees; and (viii) additional materials and data concerning the Company and industry as identified herein. Lead Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for further investigation and/or discovery. Part of Lead Plaintiffs' investigation relied upon employment of investigation firms in China, and

---

[1] The following are excluded from the Class: (1) Defendants; (2) members of the immediate family of any Defendant who is a natural person; (3) any person who was an officer or director of the Company during the Class Period; (4) any firm, trust, corporation, or other entity in which any Defendant has or had a controlling interest; (5) the Company's employee retirement and benefit plan(s), if any, and their participants or beneficiaries; and (6) the legal representatives, affiliates, subsidiaries, parents, heirs, heirs apparent, successors-in-interest, or assigns of any such excluded person or entity.

their representations to Lead Counsel that they obtained the gift transaction data and credit reports from reliable sources in China. Lead Counsel has relied upon their summary and translation of these documents. Lead Counsel has also relied upon China based investigators to find and interview witnesses. Lead Counsel has relied upon their summaries and translations of what these witnesses told the investigators as set forth herein.

## I.   INTRODUCTION

1.     This securities class action arises from an apparent fraud by an opaque China-based and Cayman Islands-organized company, audited by auditors who are effectively protected from scrutiny by U.S. regulators. The company, JOYY, sells its shares, in the form of ADRs, on the U.S. stock exchange.

2.     Defendant JOYY, through its subsidiaries, purports to operate a social media platform in the People's Republic of China ("PRC" or "China") and internationally. The Company describes itself as operating live streaming platforms, including YY Live, an interactive and comprehensive live streaming social media platform offering music and dance shows, talk shows, outdoor activities, and sports and anime; Bigo Live, which enables users to live stream their specific moments and talk live with each other; and Huya, a game live streaming platform. It also operates short-form video platform, such as Likee. JOYY's core live video streaming platform, YY Live, hosts music, entertainment, sports, and e-learning videos. Most of that content is generated by its users. Viewers can buy virtual items to unlock premium content from their favorite broadcasters, or simply buy them virtual gifts. YY splits those proceeds with its broadcasters. JOYY claimed to have 390 million global users in November 2020.

3.     A competitor in this Chinese social media space is Baidu, Inc. Baidu has not been without controversy. It has been sued for securities fraud and the subject of an

SEC investigation. Like JOYY, Baidu is a China-based Cayman Islands-incorporated company that issued ADRs sold on the U.S. stock exchanges.

4. In November 2020, JOYY announced that the Chinese internet giant Baidu would be acquiring their live streaming business, YY Live, in an all-cash US$3.6 billion deal. The acquisition was touted as a move to shore up the struggling streaming platform's missteps while also diversifying Baidu's revenues beyond its search business. Robin Li, founder and CEO of Baidu announced, "This transaction will catapult Baidu into a leading platform for live streaming," demonstrating the importance of the acquisition to the internet giant.

5. Just two days later, on November 18, Muddy Waters Capital¶ LLC ("*Muddy Waters*") published an investigative report alleging massive fraudulent activity by YY Live, claiming that YY Live activity was misstated by up to 90%, with almost all users being computer-generated bots operated by YY Live itself. *Muddy Waters* reached this conclusion after identifying that the majority of the bots' mobile device IDs ("IMEIs") linked back to YY servers and that a significant number of the IMEIs in Wuhan "displayed IP addresses that inexplicably jumped from city to city amid the lockdown." The tip system that allowed users to contribute to content creators was also more aptly described as a tip recycling system, wherein creators gifted money to themselves again and again to boost their stats. Through this false activity, JOYY generated and reported fictitious revenue, cash, and falsely claimed growth.

6. The report culminated in a 26% plunge in JOYY's stock on the day that it emerged. While Baidu and JOYY did not immediately respond, JOYY released a statement condemning the report, stating, "Muddy Water's report is full of ignorance about the live-streaming industry . . . . The report contains a large number of errors with unclear logic, confusing data, and hasty generalizations."

7. Nevertheless, within months, Baidu insisted on JOYY agreeing to amend its the purchase agreement to indemnify Baidu in case the *Muddy Waters* report turns

out to be true. Baidu also has continued to refuse to come to JOYY's defense or adopt JOYY's claim that the *Muddy Waters* report contained errors, instead directing investors questions to JOYY. And while Baidu's purchase of YY Live is still on schedule to close, Baidu is protected by agreements that have not been made public, and adjustments for which may never need to show up in JOYY's books.

8.      The extent of JOYY's fraud may never be uncovered absent the lawsuit. Neither the SEC nor the United States Public Company Accounting Oversight Board ("PCAOB" or the "Board") have any ability to inspect or audit JOYY's auditors. Accordingly JOYY warns, "We and investors in our ordinary shares are deprived of the benefits of such PCAOB inspections. The inability of the PCAOB to conduct inspections of auditors in China makes it more difficult to evaluate the effectiveness of our independent registered public accounting firm's audit procedures or quality control procedures . . . ."

9.      Further, JOYY's SEC filings do not deny the *Muddy Waters* investigation findings. Rather JOYY merely states that an undisclosed independent investigation has found the *Muddy Waters* findings "were not substantiated" which is a far cry from finding that they were untrue. JOYY, then continues to hedge saying, "But even if the allegations against us may ultimately be proven to be groundless . . . ." This is also not a denial.

## II.     JURISDICTION AND VENUE

10.      The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

11.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. §78aa).

12.      This Court has jurisdiction over each defendant named herein because each defendant has sufficient minimum contacts with this judicial district so as to render the

exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

13.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) as the alleged misstatements entered, the subsequent damages took place in this judicial district.

14.     In connection with the acts, conduct and other wrongs alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

## III.   PARTIES

### A.     Lead Plaintiffs

15.     Lead Plaintiff Gedion Demmissie, as set forth in his certification previously filed, purchased the Company's securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

16.     Lead Plaintiff Suresh Goyal, as set forth in his certification previously filed, purchased the Company's securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

### B.     Corporate Defendant

17.     Defendant JOYY, through its subsidiaries, purports to operate a social media platform in China and internationally. The Company describes itself as operating live streaming platforms, including YY Live, an interactive and comprehensive live streaming social media platform offering music and dance shows, talk shows, outdoor activities, and sports and anime; Bigo Live, which enables users to live stream their specific moments and talk live with each other; and Huya, a game live streaming platform. It also operates short-form video platform, such as Likee, a short-form video social platform that produces, uploads, views, shares, and comments on short-form

AMENDED CLASS ACTION COMPLAINT

videos on a daily basis. The Company was originally known as YY, Inc., and changed its name to JOYY, Inc. on December 20, 2019.

18.     The Company is incorporated in the Cayman Islands and its head office is located at Building B-1, North Block of Wanda Plaza No. 79 Wanbo Er Road, Nancun Town, Panyu District, Guangzhou 511442, China. JOYY's American Depository Receipts ("ADRs") trade on the NASDAQ exchange under the ticker symbol "YY."

**C.    Individual Defendants**

19.     Defendant David Xueling Li ("Li") founded the Company and has served as the Company's Chief Executive Officer ("CEO") and Chairman during the Class Period.

20.     Defendant Bing Jin ("Jin") has served as the Company's Chief Financial Officer ("CFO") since May 2017. On February 19, 2021, JOYY announced that Bing Jin would leave JOYY at the end of April as he was "pursuing a new job opportunity."

21.     Defendant Eric He ("He") served as the Company's CFO from August 2011 until May 2017.

22.     Defendants Li, Jin, and He are collectively referred to herein as the "Individual Defendants."

23.     Each of the Individual Defendants: (a) directly participated in the management of the Company; (b) was directly involved in the day-to-day operations of the Company at the highest levels; (c) was privy to confidential proprietary information concerning the Company and its business and operations; (d) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein; (e) was directly or indirectly involved in the oversight or implementation of the Company's internal controls; (f) was aware of or recklessly disregarded the fact that false and misleading statements were being issued concerning the Company; and/or (g) approved or ratified these statements in violation of the federal securities laws.

24.    The Company and the Individual Defendants are referred to herein, collectively, as the "Defendants."

## IV.    BAIDU, INC.

25.    Baidu, Inc. ("Baidu"), like JOYY, is incorporated in the Cayman Islands, and conducts business principally in China. Since 2005 it listed its ADRs on the NASDAQ Global Market in the U.S. under the ticker BIDU.

26.    Baidu entered into agreements with JOYY in November 2020 to acquire JOYY's domestic video-based entertainment live streaming business in China ("YY Live"). After the *Muddy Waters* investigative report, Baidu admittedly amended that agreement to protect itself in case the *Muddy Waters* investigative report is true.

27.    Baidu itself is under scrutiny by SEC and investors in the United States. Baidu's subsidiary, iQIYI, was subject to SEC investigation after the publication of a short seller report by Wolfpack Research making certain allegations against iQIYI (the "Wolfpack Report"). The Wolfpack Report found that iQIYI inflated its user numbers, inflated its revenue and deferred revenue in connection with certain parts of iQIYI's business, inflated its expenses and the purchase prices of certain assets to conceal revenue inflation, and provided misleading financial statements of cash flows by adopting an incorrect accounting method. Following the publication of the Wolfpack Report, the SEC requested iQIYI to produce certain financial, operating, and other documents and records primarily relate to the allegations in the Wolfpack Report. Baidu states in its 2020 Annual Report that it is "unable to predict the timing, outcome, or consequences of the SEC investigation of iQIYI, or from the SEC's review of the documents and records requested from iQIYI."

28.    Also in 2020, Baidu was sued by investors in a series of class actions over the same events. With respect to those suits Baidu does not rule out that it "may be liable for civil monetary damages and the potential financial, operational and reputational impact on iQIYI and/or Baidu [that] may be material." Baidu also admits it "cannot

predict the timing, outcome or consequences of these class actions, and there is no basis to conclude at this point whether such actions will be successful or whether the Company will be subject to any damages, let alone how much."

## V.   THE TROUBLING FACTS ABOUT PRC COMPANIES TRADING ON U.S. EXCHANGES

### A.   The PRC Blocks Auditor Oversight by the PCAOB

29.     The PCAOB is a nonprofit corporation established by Congress with the Sarbanes-Oxley Act of 2002 ("SOX") with additional mandates under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 ("Dodd-Frank") and the 2012 Jumpstart Our Business Startups Act ("JOBS") to oversee the audits of public companies in order to protect investors and the public interest by promoting informative, accurate, and independent audit reports. The PCAOB also oversees the audits of brokers and dealers, including compliance reports filed pursuant to federal securities laws, to promote investor protection. The SEC has oversight authority over the PCAOB, including the approval of the Board's rules, standards, and budget.[2]

30.     In creating the PCAOB, Congress fundamentally changed the system of oversight for the auditing profession. The profession's authority to write its own auditing, quality control, ethics, and independence standards and to discipline itself was

_____

[2] Zoe-Vonna Palmrose, *PCAOB Audit Regulation a Decade after SOX: Where It Stands and What the Future Holds*, Louisiana State University Research Series (Apr. 6, 2013), https://www.lsu.edu/business/accounting/files/researchseries/Zoe-VonnaPalmrose.pdf; 2019 Annual Report, Public Company Accounting Oversight Board, https://pcaob-assets.azureedge.net/pcaob-dev/docs/default-source/about/administration/documents/annual_reports/2019-pcaob-annual-report.pdf?sfvrsn=3d0b243_2.

-8-

removed, replaced by an independent regulator required to act in the interests of investors and the public.[3]

31.    In order for their securities to be traded in U.S. capital markets, public companies, whether located in the United States or abroad, must comply with certain U.S. legal requirements, including the requirement to periodically file audited financial statements with the SEC. As required by the SOX, the auditor of those financial statements – whether a U.S. auditor or a non-U.S. auditor – must be registered with, and therefore subject to the jurisdiction of, the PCAOB. This includes undergoing regular PCAOB inspections to assess the auditor's compliance with U.S. law and professional standards in connection with its audits of public companies.[4]

32.    PCAOB inspections may result in the identification of deficiencies in one or more of an audit firm's audits of public companies and/or in its quality control procedures which, in turn, can result in an audit firm carrying out additional procedures that should have been performed already at the time of the audit. Those procedures have sometimes led to the audited public company having to revise and refile its financial statements or its assessment of the effectiveness of its internal controls over financial reporting. In addition, through the quality control remediation portion of the inspection process, inspected firms identify and implement practices and procedures to improve future audit quality.[5]

---

[3] 15 U.S.C. § 7211(a) (The mission of the PCAOB shall be "to protect the interests of investors and further the public interest in the preparation of informative, accurate, and independent audit reports.").

[4] Audit Reports Issued by PCAOB-Registered Firms in Jurisdictions where Authorities Deny Access to Conduct Inspections, PCAOB, https://pcaobus.org/oversight/international/denied-access-to-inspections?pg=1 (last visited May 10, 2021).

[5] *Id.*

33.     Positions taken by Chinese authorities impede the PCAOB ability to oversee PCAOB-registered audit firms in mainland China where JOYY is located. Specifically, these positions currently stop the PCAOB's ability to conduct inspections of the audits of public companies with China-based operations. The position taken by authorities in mainland China often cause a registered firm located in another jurisdiction to attempt to resist PCAOB inspection of public company audit work that the firm has performed relating to the company's operations in mainland China. As a result of these obstacles, investors or potential investors in U.S. capital markets who rely on the audit reports of PCAOB-registered firms in mainland China are deprived of the oversight and potential benefits of PCAOB inspections of these auditors.

34.     For the information of those investors and potential investors, each year the PCAOB publishes a list identifying the public companies for which a PCAOB-registered public accounting firm signed and issued an audit report and is located in a

DENIED ISSUER AUDIT CLIENT

## Baidu, Inc.

AUDITOR NAME                          AUDITOR LOCATIONS
Ernst & Young Hua Ming LLP            China

DENIED ISSUER AUDIT CLIENT

## JOYY Inc.

AUDITOR NAME                          AUDITOR LOCATIONS
PricewaterhouseCoopers Zhong Tian LLP China

AMENDED CLASS ACTION COMPLAINT

jurisdiction where obstacles to PCAOB inspections exist.[6] That list includes JOYY and Baidu as of January 1, 2021[7]:

**B.     The SEC Cannot Get Documents to Investigate**

35.     When American investors are victimized, one would believe the SEC would lead the way in pursuing those responsible. But it does not: documents the SEC needs to conduct its investigations are in the hands of companies and audit firms inside China, and China's government who deny access to the SEC's efforts to obtain them.

36.     Even when the SEC does sue a Chinese company and prevails in court, it's often hard to enforce its judgment and collect what's owed. Some Chinese companies and executives have "gone dark"—surrendering their U.S. listing, ignoring their U.S. investors, and retreating into China, where it's hard for U.S. regulators to find them. If the SEC can't reach a settlement, "it's incredibly difficult" for it to enforce a U.S. court judgment against a Chinese company, said Stephanie Avakian, the SEC's enforcement director, at a July 9,2020 commission roundtable discussion on the risks for investors in China and other emerging markets. "You can't compel production of anything. You can't force executives to come to the U.S," adds a former SEC official who helped investigate Chinese companies while at the commission.

37.     Without a better option, the SEC has fallen back on rhetoric. The commission often just of the risks of investing in Chinese companies. In April, 2020 the SEC said there is "substantially greater risk" of incomplete or misleading disclosures in many emerging markets, including China. U.S. authorities face "significant legal and

---

[6] *Id.*

[7] Audit Reports Issued by PCAOB-Registered Firms in Jurisdictions where Authorities Deny Access to Conduct Inspections, PCAOB, https://pcaobus.org/oversight/international/denied-access-to-inspections?publiccompany=Baidu%3A%3A%20Inc.%2CJOYY%20Inc (last visited May 11, 2021).

other obstacles" in obtaining information and "substantial difficulties" in bringing actions against companies.

**C.     Fed-Up with the Lack of Regulatory Ability or Will, Congress Has Now Banned PRC Companies from U.S. Listings If They Continue to Frustrate SEC and PCAOB Oversight Over the Next Three Years (But That is Too Late for JOYY Investors)**

38.     For years, the U.S. government has recognized problems with Chinese based companies listed on the U.S. stock exchanges. Most recently it has started to take action to reduce the risk of fraud to investors and remedy lack of regulatory oversight.

39.     For example, on April 21, 2020, the SEC then-Chairman Jay Clayton issued a joint public statement with the chairman of the PCAOB and officials from the SEC regarding possible risks associated with investing in China, including due to the PCAOB's inability to inspect audit work papers in China.

40.     On May 20, 2020, the U.S. Senate passed S.945, the Holding Foreign Companies Accountable Act (the "Bill"), which requires certain public companies to disclose whether they are owned or controlled by a foreign government, including the PRC. It also prohibits securities of a company from being listed on any of the U.S. securities exchanges or SEC regulated "over-the-counter" markets if the company has failed to comply with the PCAOB's audits for three years in a row. While not stated explicitly, the Bill focuses on NYSE and NASDAQ-listed companies that conduct business in China. The Bill's authors stated the Bill is aimed at protecting American investors from foreign companies that have been operating on U.S. stock exchanges while violating SEC oversight.

41.     On June 4, 2020, a presidential memorandum directed federal agencies to develop regulatory measures to protect U.S. investors from "risks from Chinese companies," calling for "firm, orderly action to end the Chinese practice of flouting American transparency requirements without negatively affecting American investors and financial markets.

42.     On July 9, 2020, the SEC held a roundtable on investing in emerging markets. At the core of the discussion was the regulatory impasse between the U.S. and China over the ability of the PCAOB to conduct inspections and investigations of Chinese accounting firms.

43.     On August 6, 2020, the President's Working Group on Financial Markets released a report recommending that the SEC take steps to enhance the listing standards on U.S. exchanges (the "PWG Report").[8] The report found:

> In the 18-month period ended May 31, 2020, 17 PCAOB-registered firms in mainland China and Hong Kong signed audit reports for 195 public companies with a combined global market capitalization (U.S. and non-U.S. exchanges) of approximately $1.7 trillion. The 10 largest of these companies have a combined market capitalization of approximately $1.3 trillion. The PCAOB has been unable to fulfill its statutory mandates under Sarbanes-Oxley to conduct inspections and investigations of audits of public companies for over a decade, potentially exposing investors in U.S. capital markets to significant risks. As a result, the PCAOB remains concerned about its inability to inspect registered public accounting firms, including access to underlying work papers with respect to audit work and practices in China.

44.     Then, on December 18, 2020, the Holding Foreign Companies Accountable Act (the "HFCAA")[9] was signed into law by President Trump after it was passed unanimously by the U.S. House of Representatives on December 2, 2020. The Act is identical to the bill the U.S. Senate passed in May 2020. Most significantly, the Act would amend the Sarbanes-Oxley Act of 2002 to require the SEC to prohibit the

---

[8] President's Working Group on Financial Markets: Report on Protecting United States Investors from Significant Risks from Chinese Companies (July 24, 2020), https://home.treasury.gov/system/files/136/PWG-Report-on-Protecting-United-States-Investors-from-Significant-Risks-from-Chinese-Companies.pdf.

[9] 'Holding Foreign Companies Accountable Act, Pub. L. No: 116-222, 134 Stat. 1063 (codified as 15 U.S.C. § 7201).

securities of foreign companies from being traded on U.S. securities markets, if the company retains a foreign accounting firm that cannot be inspected or investigated completely by the PCAOB for three consecutive years, beginning in 2021.

45.     Most recently, on March 24, 2021 the SEC announced and concurrently adopted interim final amendments to implement the mandated submission and disclosure requirements of the HFCAA. The interim final amendments will apply to registrants (like Defendant JOYY) that the SEC identifies as having filed an annual report on Forms 10-K, 20-F, 40-F or N-CSR with an audit report issued by a registered public accounting firm that is located in a foreign jurisdiction and that the PCAOB has determined it is unable to inspect or investigate completely because of a position taken by an authority in that jurisdiction. Over the next two days Baidu, Inc. U.S. list ADRs – which debuted on the Hong Kong Exchange on Tuesday, March 23, 2021 – closed down 19.18%. JOYY dropped from $112.25 to $96.13, or $116.12, closed down 14.36%.

46.     As shown above, both JOYY and Baidu are companies which the HFCAA and the SEC regulations seek to address for lack of transparency. Unfortunately, the three-year grace period for it to retain an accounting firm subject to inspection, is too little, too late for the investor class harmed by Defendants' fraud uncovered by *Muddy Waters* and alleged herein.

## VI.   *MUDDY WATERS*'S HISTORY OF ACCURATELY UNCOVERING FRAUD

47.     With regulators stymied, short sellers such as *Muddy Waters*, have been and continue to be important adjuncts to ferreting out fraud in Chinese companies. Short sellers do the on-the-ground legwork in China—staking out Chinese factories, for instance, to show they had so little activity that the company couldn't possibly be doing as much business as it claimed.

48.     *Muddy Waters* is an American privately held due diligence based investment firm, owned by Carson Block that conducts investigative research on public companies while also taking publicly disclosed short positions that reflect their research. The firm has exposed accounting problems and fraud at several companies, primarily in China but also in other countries in Asia, Europe and North America. *Muddy Waters* founder, Carson Block appears frequently as a commentator on *Bloomberg Television*, CNBC and the BBC. He has written op-eds in *The Wall Street Journal*, *Financial Times*, and *The New York Times* on various topics related to improving corporate governance and market transparency. Unlike other short sellers, such as those who anonymously post on crowd sourced online resources, such as *SeekingAlpha.com*, *Muddy Waters* and Carson Block publish their analyses in their name.

49.     *Muddy Waters* was first known for spotting fraud at Sino-Forest Corp, a Canadian-listed Chinese company. In 2011 *Muddy Waters* published a research report on the company, which was then accused of fraud by the Royal Canadian Mounted Police and the Ontario Securities Commission. On August 15, 2011, Sino-Forest announced that the results of a PwC probe into the allegations would be delayed to the end of the year due to difficulties in gathering data from the Chinese companies involved. On March 30, 2012 Sino-Forest filed for bankruptcy protection in Canada and its auditors resigned. In 2015, the firm's auditors Ernst and Young, a group of financial institutions and former Sino-Forest chief executive David Horsley paid $117 million, $32.5 million and $5.6 million respectively to settle investor's lawsuits. On July 13, 2017, the OSC released its decision finding that "Sino-Forest, Chan, Ip, Hung and Ho engaged in deceitful or dishonest conduct related to Sino-Forest's standing timber assets and revenue they knew constituted fraud." The OSC also found that the individual

respondents violated Ontario securities law by misleading commission staff during the investigation.[10]

50.     In October 2013, *Muddy Waters* published a research report on NQ Mobile had "fictitious" customers and revenues. In April 2015, the CEO of NQ Mobile (securities fraud suit settled for $5.1 million, Omar Khan, stepped down after the stock had fallen nearly 84 percent. A Court Receiver, was appointed over the company in February 2019 in the United States in the federal district court in the Southern District of New York by Judge Victor Marrero.[11]

51.     In August 2016, *Muddy Waters* released a report claiming that pacemakers and other implantable medical devices made by St. Jude Medical were highly vulnerable to hacking. St. Jude Medical denied the claims made by *Muddy Waters*, stating that they were "false and misleading" and sued the firm for defamation. In January 2017, the U.S. Food & Drug Administration and the Department of Homeland Security released the results of an investigation into St. Jude's cybersecurity vulnerabilities, which confirmed the findings of *Muddy Waters*.

52.     On June 29, 2017, *Muddy Waters* opened research into Prothena Corp. PLC, a biotech company whose leading product the short seller claimed was commercially unviable. In 2019, the ensuing securities fraud class action was settled for $15,759,000.

53.     In January 2020, *Muddy Waters* warned that Luckin Coffee, what they termed a "fundamentally broken business", fabricated its sales and expenses while management cashed out on the stock. Shortly thereafter, on April 2, the Luckin Coffee Company admitted that its COO and subordinates significantly fabricated corporate

---

[10] *Reasons and Decision: In the Matter of Sino-Forest Corporation et al.*, Ontario Securities Commission (July 13, 2017), https://www.osc.ca/en/tribunal/tribunal-proceedings/sino-forest-corporation-re-0/reasons-and-decision-matter-sino-0.

[11] Link Motion Inc, Wikipedia, https://en.wikipedia.org/wiki/Link_Motion_Inc (last visited May 10, 2021).

metrics, sending the stock down over 70%. Later, Luckin Coffee reached a settlement with the SEC, agreeing to pay a $180 million penalty for accounting fraud.[12] In February Lucking filed for Chapter 15 protections and for recognition of its international bankruptcy.

54.     One of Lead Counsel here, Hagens Berman, has had direct experience investigating and litigating cases based on *Muddy Waters*'s reports. Based on one of *Muddy Waters*'s reports, Hagens Berman litigated a securities fraud suit against China Media Express, which was delisted. Hagens Berman settled for millions against the accountants and lawyers and obtained a $535 million default judgment against China Media Express. A court also entered a default judgement for the SEC and a permanent injunction against China Media and its founder.[13]

## VII.   *MUDDY WATERS* EXPOSES JOYY'S FRAUD WITH A DETAILED YEARS-IN-THE-MAKING 71-PAGE INVESTIGATIVE REPORT

55.     On November 18, 2020, while the market was open, *Muddy Waters* published an investigative report entitled "***YY: You Can't Make This Stuff Up. Well…Actually You Can***".[14] The report, attached hereto and incorporated by reference

---

[12] Press Release, U.S. Securities and Exchange Commission, Luckin Coffee Agrees to Pay $180 Million Penalty to Settle Accounting Fraud Charges (Dec. 16, 2020), https://www.sec.gov/news/press-release/2020-319.

[13] Litigation Release, U.S. Securities and Exchange Commission, Court Enters Final Judgment by Default Against SEC Defendant Zheng Cheng (Feb. 24, 2014), https://www.sec.gov/litigation/litreleases/2014/lr22932.htm.

[14] The report began with a lengthy disclosure and disclaimer, which noted among other things: "[*Muddy Waters*'s] Reports are based on generally available information, field research, inferences and deductions through the applicable *Muddy Waters* Entity's due diligence and analytical process. To the best of the applicable Muddy Waters Entity's ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources that the applicable *Muddy Waters* Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly)."

as Exhibit A concluded that JOYY was a multibillion-dollar fraud and that approximately 73% to 84% of the YY Live subsidiary revenue was fake. The years-long investigation by *Muddy Waters* found that JOYY, among other things, had: (i) reported fraudulent revenue; (ii) that JOYY's component businesses that are a fraction of the size that it reports; (iii) that JOYY's user metrics, revenues and cash balances are predominantly fraudulent and (iii) acquired BIGO as part of a scam that benefitted corporate insiders.[15] *Muddy Waters* had been investigating JOYY since 2014 and took a couple of years to develop the technical ability to analyze and monitored over 115 million transactions for well over a year.[16]

56.     *Muddy Waters* identified three primary methods through which JOYY committed fraud:

> Paying User ("PU") bots from YY's own servers – in our data sample, gifts associated with YY's own servers, disguised as PUs, constituted roughly half of the total value of all gifts sent.

> Performers whose gifts are recycled into the system through alter ego PU accounts. We understand that the top performers, who purportedly earn tens of millions of RMB per year, are in fact often on fixed salaries paying them no more than 2.5 million RMB per year (~$350,000).

> Channel owners, which manage performers, are part of the scheme. The large channel owners are primarily owned by former YY employees who are clearly "in on" the scam. PRC credit bureau report financial statements for the five largest

---

[15] *MW is Short Joyy Inc. (YY US)*, Muddy Waters (Nov. 18, 2020), https://www.muddywatersresearch.com/research/yy/1/; *YY: You Can't Make This Stuff Up. Well…Actually You Can*, Muddy Waters (Nov. 18, 2020), https://d.muddywatersresearch.com/content/uploads/2020/11/MW_YY_11182020.pdf.

[16] *Big Announcements: The Exposing of JOYY* Inc, Zer0es TV (Nov. 18, 2020) https://www.zer0es.tv/big-announcements-the-exposing-of-joyy-inc/. *See also Why Carson Block Says China's Joyy Is a 'Fraud' and a 'Zero'*, Bloomberg TV (Nov. 23, 2020) https://www.bloomberg.com/news/videos/2020-11-23/why-carson-block-says-china-s-joyy-is-a-fraud-and-a-zero-video.

channel owners show combined 2018 revenue of only ~15% of what YY claims.

57. More specifically, *Muddy Waters* found that up to 90% of JOYY's live revenue was fake with bots posing as fake users, stating, in pertinent part:

We analyzed and sampled YY user data and gift revenue in three ways to estimate the percentage of FUs [Fake Users or bots] on YY Live and their associated revenue. We concluded that YY Live's gift revenue is approximately 90% fake using these three methods.

The first method was analyzing almost 100,000 Paying Users ("PUs") that XHL tracks. We found that we could cleanly class almost half of YY gifts by value as coming from YY-associated Fake Users ("FUs"). We did this by taking a core group of FUs in the data set bearing YY IP addresses and tracking the IMEI [mobile device ID] sharing that radiated out from that group.

However, we also found the remaining half of YY gift revenue to be largely fraudulent by performing granular investigative work to identify FUs. Our second FU identification method, which ran in this vein, consisted of randomly sampling 96 Wuhan-based PUs during the Chinese COVID-19 lockdown. We found that ~87.5% of these Wuhan PUs were apparent FUs. The third method, again granular, consisted of sampling 96 Modern Brothers PUs. As discussed above, the Modern Brothers sample indicated that ~97.9% were actually FUs.

We further verified our 90% fake revenue estimate by checking the revenue that leading channel owners reported to the SAIC against YY's claims. We found an 85.9% discrepancy between the revenue YY asserted for the top five channel owners and the revenue in their China credit reports.

58. For example, *Muddy Waters* revealed that the financial statements for the top 5 JOYY live channel owners showed an 85.9% revenue discrepancy when compared with that of JOYY, stating in pertinent part:

YY claims its top channel owners earned RMB 1.1 billion in revenues in 2018. We obtained these top channel owners' local

AMENDED CLASS ACTION COMPLAINT

credit reports, which showed that their combined revenues were only RMB 156.3 million, which indicates an 85.9% revenue overstatement.

According to YY, Yujia, Huashe, Wudi, Chinablue, and IR were the top five channel owners by revenue in 2018. YY purports that they generated over RMB 1.1 billion in 2018 revenue. Below is a screen shot of a video on YY's website that makes this claim and states "2018! YY's 5 biggest channels draw more than RMB 1.1 billion in revenue".

[image omitted]

However, we obtained China credit reports for these channel owners revealing that their combined 2018 gross revenues were just RMB 156.3 million. This constitutes a shortfall of 85.9% compared to YY's claim. We are confident that the credit report revenue number is gross of payouts to performers based on reviews of PRC legal disputes in which performers were shown to be paid by channel owners, as well as our interviews with major channel owners.

59.     According to the report, JOYY engaged in a round tripping scheme where the majority of the live performers' gift revenue came from themselves and JOYY-controlled bots:

As we detail *infra*, we also discovered that the majority of three top YY Live performers' gift revenue comes from themselves and from YY-controlled bots. Another top performer receives a constant stream of gifts outside of her infrequent performances, mirroring the bot activity we saw on Modern Brothers' channel (discussed next). And four Top PUs that we examine below exhibited multiple indicia of FU bot behavior such as YY-associated IP addresses and geographic IP switching. These findings bolster our ~90% fake revenue estimate for YY Live.

60.     *Muddy Waters* also examined JOYY's Chinese financial statements, and discovered numerous cash discrepancies compared to those filed with the SEC, stating in pertinent part:

We obtained China credit reports for YY's onshore VIEs and compared them to YY's SEC filings, only to find numerous discrepancies. These differences amounted to hundreds of millions of RMB, including significant cash shortages in local financials as compared to what YY reported to the SEC. Such discrepancies, particularly in cash balances, are indicators of manipulation or fraud.

For example, YY's 2018 SEC filings showed RMB 1.0 billion in long-term deposits, as shown *infra*. We believe this total is likely invented or greatly inflated, as the major YY onshore VIEs do not contain these same long-term deposits. A cursory comparison of the two sets of financial statements reveals this discrepancy.

\*　　\*　　\*

Furthermore, we believe YY either transferred roughly RMB 1.326 billion to its WFOEs—the majority of which would have been transferred to its offshore WFOEs illegally—, or the cash simply does not exist.

We calculate that out of YY's apparent WFOE cash balance of RMB 1.298 billion as of year-end 2018, the vast majority, approximately RMB 1.160 billion, would be offshore. However, given YY's SEC filings do not show material dividends or loans going offshore, we believe YY either violated Chinese capital controls in transferring the vast majority of the RMB 1.326 billion, or the RMB 1.160 billion in offshore WFOE cash balance is fake.

61.    *Muddy Waters* examined the Company's acquisition of Bigo, and determined that the majority of Bigo's revenue was fraudulent and the acquisition was designed to enrich Defendant Li:

We believe YY's 2010 buyout of Bigo for $1.45 billion in cash and stock was a scheme to bilk investors by buying another fraudulent company from the chairman. We obtained local Singapore filings for Bigo, which showed that YY, and not David Li, founded Bigo in the first place: Bigo was only transferred later to Chairman Li later. We also found that Bigo retroactively added mainland China revenues that we believe to be largely

-21-
AMENDED CLASS ACTION COMPLAINT

fraudulent to make Bigo seem like a larger acquisition for YY—and justify a larger payday for Chairman Li.

We believe that Bigo was set up to scam investors from inception. Since 2015, management has been misleading investors, telling the public that David Li set up and controls Bigo. However, this is a lie: Singapore filings show that Bigo Technology Pte. Ltd. was incorporated on September 11, 2014 with only one shareholder, YY's BVI entity, Duowan Entertainment Corp.

\*     \*     \*

YY's Bigo acquisition was the culmination of a scam that unfolded over several financing rounds while ultimately being funded with a substantial portion of YY's 2017 secondary offering. Much of the acquisition consideration was paid directly to the Chairman in the form of both cash and stock. 38,326,579 Class B common shares of YY worth approximately $156.1 million were issued to David Li.

Additionally, he likely received a portion of the $343.1 million cash consideration as well as some of the 313.9 million class A common shares in YY. 76 YY also used this giant payout to insiders to book fair massive value gains in 2018 and 2019, generating sizable paper profits.

\*     \*     \*

As a crowning revenue inflation achievement for David Li's checkbook, Bigo continually hid the fact that one-third of its business at the time of acquisition came not from overseas, but from mainland China. We believe this mainland revenue to be almost entirely fake, as detailed below. Further, we believe these PRC revenues fattened up Bigo with fictitious sales so that the business could fetch a higher acquisition price for the benefit of Chairman Li's (improperly reported) equity interest.

\*     \*     \*

Three country executives at Bigo matter-of-factly confirmed to us that the majority of Bigo users are fake, with the allocation of

bots being directed by AI run from Bigo's headquarters in Singapore or YY's headquarters in Guangzhou.

\*      \*      \*

Bigo also has a mainland Chinese business that it does not discuss in its earnings calls and attempts to bury inside its annual filings. We believe it avoids mentioning the PRC business because it is essentially an empty box, as its apps show little to no real activity.

\*      \*      \*

Bigo's onshore revenue appears to be limited to the apps and investments held by the VIE Baiguoyuan, which should be substantially all derived from Hello and its sister apps. However, when our investigators spoke to YY's channel owners and virtual currency merchants, they encountered little knowledge of or familiarity with the PRC app Hello 宕抓. To date, we have found few signs that Hello has significant substance in terms of brand name, online presence, downloads, MAUs or revenues in China. As we lay out below, we doubt that Hello and its sister apps generate much, if indeed any, real revenue.

Our investigators performed primary diligence on Hello and found little current activity, cementing our belief that the app generates little revenue. Furthermore, Hello appears to have been set up by YY, not Bigo, as we found by analyzing disclosures by the app.

62.     When the *Muddy Waters* report containing its analysis that had not been done by other market participants was made public on November 18, 2020, JOYY's ADRs plummeted $26.53 per share, or 26.4%, to close at $73.66 per share on November 18, 2020, damaging investors.

-23-

# VIII. LEAD PLAINTIFFS' INDEPENDENT INVESTIGATION CONFIRMED FACTS CONSISTENT WITH MUDDY WATERS'S INVESTIGATIVE REPORT

## A. Financial Statements for One of YY Live's Top Channel Owners Support *Muddy Waters*'s Conclusion of JOYY's Fraudulent Revenue Reporting

63.     As noted in the *Muddy Waters* report, YY has identified Wudi Media as one of its top five channel owners by revenue in 2018, claiming Wudi Media generated revenues of RMB 192.6 million. However, Plaintiffs' counsel's investigator obtained China credit reports for this channel owner confirming *Muddy Waters*'s finding and revealing that Wudi's total revenues were only RMB 12.8 million, representing a 93% discrepancy.

*Wudi Media (*舞帝传媒*)*

| | 2017 | 2018 | 2019 | MW report 2018(SAIC) | YY 2018 Report |
|---|---|---|---|---|---|
| Number of Registered Employees | 10 | 16 | 12 | | |
| Total Asset | 0 | 26.15 | 39.15 | | |
| Total Equity | 0 | 4.40 | 6.01 | | |
| Total Liability | 0 | 21.75 | 33.14 | | |
| Total Revenue | 0 | 12.83 | 80.58 | 12.8 | 192.6 |
| Profit | 0 | 0.78 | 1.76 | | |
| Sales revenue | 0 | 12.83 | 80.58 | | |
| Net profit | 0 | 0.78 | 1.63 | | |
| Tax | 0 | 0.003 | 0.16 | | |

Currency/Unit: In million RMB

Sources: https://www.yy.com/yue/126413?from=yy.com

SAIC financials as reported in Chinese credit reports Obtained by Plaintiffs.

64.     The 93% gap between the RMB 12.8 million in revenue Wudi Media reported for 2018 in the credit bureau reports and YY's claimed RMB 192.6 million for 2018 is suggestive of massive fraud and fully supports *Muddy Waters*'s conclusion that only approximately 10% of YY's revenues is real.

**B.**     **Expert Analysis of Data for YY Live's Top Performers Support *Muddy Waters*'s Conclusions of Inflated Revenue, Bot Gifting, and Performers' Recycling of Gifts**

65.     Plaintiffs', and their expert's, independent investigation and analysis also supported Muddy Water's findings and conclusions pertaining to fraudulent gifting practices. Dr. Craig Knoblock is an expert in computer science and "bots." He is the Keston Executive Director of the Information Sciences Institute, Research Professor of Computer Science & Spatial Science, Vice Dean of Engineering at the University of Southern California, and the founder and chief scientist of Fetch Technologies, a company that used bots to extract data from online sources. He is a Fellow of the Association for the Advancement of Artificial Intelligence and the Association of Computing Machinery. In the past, Dr. Knoblock's research has centered on examining and establishing techniques for describing, acquiring, and exploiting the semantics of data through, among other things, source modeling, schema alignment, ontology alignment, entity linking, data cleaning, information extraction, and web data extraction. Dr. Knoblock has authored more than 400 peer-reviewed journal articles, book chapters, and conference and workshop papers. From 2007 through 2015, Dr. Knoblock served as Trustee of the International Joint Conferences on Artificial Intelligence; as President of the International Joint Conferences on Artificial Intelligence from 2011 through 2013; and as Past President of the International Joint Conferences on Artificial Intelligence from 2013 through 2015. On July 29, 2014, he was awarded the Robert S. Engelmore Memorial Lecture Award from the Association for the Advancement of Artificial Intelligence. In his role as chief scientist at Fetch Technologies, Dr. Knoblock developed systems that make extensive use of bots to mine data from websites. In perfecting such systems, Dr. Knoblock has developed and employed techniques to avoid automatic bot detection by, among other things, making the bots act more like humans. Plaintiffs have consulted with, and base their allegations in part on, the expert factual analyses of, Dr. Knoblock.

66.     Plaintiffs engaged Dr. Knoblock to review *Muddy Waters*'s report and thereafter conduct an independent assessment of data obtained from Xiaohulu ("XHL") reflecting gift transactions made on YY Live to YY Live's top 100 performers on a weekly basis for 2019 and 2020, which was one of the key data sources relied on by *Muddy Waters*.[17] Among other things, the data obtained from XHL reflected: (1) the ranking by gift income within the week; (2) the date; (3) the YY Live performer's room number; (4) the performer's nick name; (5) the live room link; (6) the number of fans; (7) the weekly total live performance duration expressed in minutes; (8) the weekly total live broadcasts days; (9) popularity; (10) weekly total number of bullet screen comments; (11) the weekly number of people who made bullet-screen comments; (12) the daily average number of people who made bullet-screen comments; (13) the weekly number of people who sent a gift; (14) the daily average number of people who sent a gift; and (15) the weekly total gift value received.

67.     Using the same XHL data, Dr. Knoblock also specifically homed in on and analyzed the gift transactions for 2019 and 2020 for eight top YY Live performers referenced in *Muddy Waters*'s report: (1) Modern Brothers; (2) Big Li; (3) Xiaozhou; (4) Cuiazha; (5) Liu Yishou; (6) Picasso; (7) ShenMan; and (8) Ruitiantian.

68.     Based on his analysis of this data, Dr. Knoblock observed significant anomalies supporting *Muddy Waters*'s conclusions, including irregularities suggestive of revenue inflation by JOYY, JOYY's utilization of bots posing as paying users, and

---

[17] Other non-public data and information sources relied on and discussed by *Muddy Waters* in its report, such as the real time data *Muddy Waters* claims to have collected using Google Chrome web developer tools prior to publishing their report in November 2020, was unavailable to Plaintiffs. Plaintiffs' efforts to obtain such information from *Muddy Waters* have not been successful. Nonetheless, as alleged herein, Plaintiffs' independent investigation uncovered facts that support the reliability of the *Muddy Waters* report.

YY Live performers' recycling of gifts, consistent with the findings of the *Muddy Waters* report.

### 1. Analysis of Total Gifts by Week to YY Live Top 100 Performers Reflects Dramatic Revenue Inflation at the End of 2019

69.     Dr. Knoblock calculated the total gifts per week for the top 100 performers but summing the total gifts per week for each of the performers. He observed that the data on the total gifts per week for the top 100 performers each week on YY Live looks very suspicious and suggestive of revenue manipulation by JOYY in late 2019. He found that the median total gifts is 35M RMB, the mean total gifts is 39M RMB, and the standard deviation is 17M RMB. The graph below shows a histogram of the weekly total gifts at increments of 5M RMB. The left side of the chart shows a normal distribution of the gifts centered around 33M to 38M RMB, but there are significant outliers to the right. The point on the far right shows the value for the week of December 15, 2019, just before the end of JOYY's fourth quarter and full year of 2019, where the total gifts skyrocketed to 156M RMB, which is 6.9 standard deviations from the mean. A standard deviation is a measure of how spread out the data is in a normal distribution. In a standard normal distribution, 68% of the values would be within 1 standard deviation, 95% of the value would be within 2 standard deviations, and 99.7% of the values would be within 3 standard deviations. In this case 3 standard deviations is 90M RMB, which is far below several of the weekly total gifts. While the data in the chart shows that the weekly gifts appear to be an approximate normal distribution, the fact that there are several values that are more than 4 standard deviations away is extremely unlikely, especially given that the related features (i.e., the number of people giving gifts and the number of minutes performed that week) do not account for the huge increase in gifts.  For the gifts for the week of 12/15/2019, the gift total is a 300% increase over the mean gifts for 2019 and 2020, but there is only a 35% increase in the number of minutes performed and a 53% increase in the number of people that sent gifts. For the week of 12/20/2020 (the next most significant outlier), the gift total 199% increase over

the mean, but there is only a 35% increase in the number of minutes performed and a 27% decrease in the number of people that sent gifts.

70.     The sum of the differences from the median for the weeks of December 8, December 15 and December 22 in 2019 is over $25M and this is just for the top 100 performers.





| Total | ¥4,057,739,934.80 | | |
| Median | ¥35,144,628.14 | | |
| Mean | ¥39,016,730.14 | | |
| Standard deviation | ¥17,027,823.43 | | |
| Gifts 12/8/19 | ¥73,484,361.40 | Standard deviations | 2.0 |
| Gifts 12/15/19 | ¥155,876,706.04 | | 6.9 |
| Gifts 12/22/19 | ¥47,495,404.22 | | 0.5 |
| 12/19 Beyond Median | ¥171,422,587.24 | | |
| In dollars | $25,713,388.09 | Just in the top 100 performers! | |

### 2.     Modern Brothers's Data Shows Evidence of a Large Number of Fake Transactions

71.     Dr. Knoblock observed anomalies in the data on gifts received by Modern Brothers, which strongly supports *Muddy Waters*'s conclusions and allegations that JOYY employed a large number of fanbots or internal users posing as paying users making small, consistent donations to rack up Modern Brothers's substantial gift totals.

72.     Specifically, as reflected in the chart below, beginning the week of September 22, 2019, quite suddenly, the average weekly contribution per person (calculated by dividing the weekly earnings by the weekly number of people giving gifts) to Modern Brothers dropped from $3.24 to $1.22, or 62%. But as reflected in the blue lines in the chart below, commencing on the same date, there was a large and consistent jump in the number of people contributing per week to Modern Brothers. Specifically, the average number of people rose by a factor of 2 from 16,357 to 32,683 and became quite consistent after September 22, 2019, although gradually declining over time. At the same time, however, the number of people that left comments dropped by 29% and the average total number of comments dropped by 22%. The fact that after September 22, 2019 there seems to be little correlation between the number of gift givers and the amount of revenue, but the number of people giving gifts doubled, directly supports the analysis by *Muddy Waters* that JOYY was using large numbers of bots to give gifts to Modern Brothers. Note that prior to September 22, 2019 the graph below shows a strong correlation between number of people giving gifts and the amount of

1
2
3
4

gifts in any given week and that period is prior to the analysis period of *Muddy Waters*. After September 22, 2019, the number of people giving gifts is relatively stable, but there is still significant variations in the total gifts, which seems highly unlikely if the gifts were given by real people.

5
6
7
8
9
10
11
12
13
14
15
16
17



18
19
20
21
22
23

| Period | Avg. # People Sent Gifts | Average Gifts | Avg. Gift Size | Avg. # People Left Comments | Avg. # of Comments |
|---|---|---|---|---|---|
| 1/1/19 -- 8/18/19 | 16,357 | 312,491.73 | 3.24 | 19,288.17 | 215,848 |
| 9/22/19 -- 10/11/20 | 32,683 | 268,567.73 | 1.22 | 13,701.07 | 167,429 |
| Percent decrease: | | 14.1% | 62.4% | 29.0% | 22.4% |

24
25

### 3.   Big Li's Data Shows Strong Evidence of Fake Gifts

26
27
28

73.   *Muddy Waters* reports significant gifting to the performer known as Big Li and to others. This is supported in the data by very large contributions from individuals. There were three weeks where the average gifts were more than 3 standard deviations

from the mean. On the weeks of 12/15/19, 7/26/20, 10/4/20 he received 13.7M RMB, 8.0M RMB, 15.3M RMB, respectively, in gifts. The average gifts he received for all of 2019 and 2020 was 1.4M RMB per week. In the final week of 10/4/20, there were 17,206 gifts at an average of $133.70 per gift, which was 6.5 standard deviations from the mean. In that particular week, Big Li only performed 2 days (compared to his usual 6 or 7) and had fewer bullet screen comments and fewer number of people making comments than usual.



**4.      Xiaozhou's Data Shows Phony Large Weekly Gift Contributions**

74.     For the performer Xiaozhou, there is strong evidence of large bulk contributions that are suggestive of performer recycling of gifts, from one performer to another. The average gifts per week of Xiaozhou for all of 2019 and 2020 was 1.4M RMB with a standard deviation of 1.2M RMB. But in the week of March 15, 2020, Xiaozhou received 6.2M RMB in gifts and in the week of July 26, 2020, Xiaozhou received 9.0M RMB. There was no significant change in the number of minutes performed, the number of bullet screen comments, or even in the number of people giving gifts during either of those weeks; thus, this fact, supports the *Muddy Waters* report that the performers were recycling gifts.



### 5. Cuiazha's Data Similarly Shows Fake Large Weekly Gift Contributions

75. For the performer Cuiazha, there were also significant irregularities in gift contributions with four weeks where she received more than 1M RMB, while the weekly average gifts were 354,958 RMB for all of 2019 and 2020. The week of January 12, 2020 is particularly noteworthy in that she received 1,230,783 RMB in gifts that week, but there was no increase in the number of people giving gifts, no increase in the number of fans that left comments, no increase in the number of comments, and no increase in the total live duration of performances that week. Since there were 2,526 people that were reported to have made gifts that week, each fan would have had to give on average 487 RMB, which is an average of $73.09 per fan. That amount per fan is 3.8 standard deviations above the mean.



-33-
AMENDED CLASS ACTION COMPLAINT

### 6. Liu Yishou's and Picasso's Data Similarly Shows Fake Large Weekly Gift Contributions

76. As shown in the graphs below for gifts for both performers Liu Yishou and Picasso, there are also large spikes in the gifts on certain weeks without a corresponding increase in performance time or number of fans giving gifts. For Liu Yishou, he received gifts of 6.9M RMB and 4.3M RMB for the weeks of December 15, 2019 and June 14, 2020. On average, he received 1.0M RMB per week for all of 2019 and 2020, with a standard deviation of 1.1M RMB. Similarly for Picasso, he received gifts of 3.7M RMB,



4.3M RMB, 5.1M RMB, and 6.7M RMB on the weeks of April 7, 2019, December 15, 2019, July 5, 2020, and December 20, 2020, which are shown in the peaks in the graph below for Picasso. On average, he received 1.0M RMB a week for all of 2019 and 2020 with a standard deviation of 1.0M RMB. For both performers, the number of fans giving gifts changes significantly from week to week and certainly does not account for the huge difference in the total amount of gifts in different weeks.



### 7.    ShenMan's Data Similarly Shows Fake Large Weekly Gift Contributions

77.    Similar to the other performers, ShenMan received very large gifts on several occasions. The largest, shown in the graph below was on July 7, 2019 with a total gift amount of 3.2M RMB, which is more than 6 times the average gift value. The average gift value for that week would be $108.61 (4.4 standard deviations from the mean) for the 4,409 people that made gift contributions that week.

1
2
3
4
5
6
7
8
9
10
11
12
13



14
15   **8.    Ruitiantian's Data Similarly Shows Fake Large Weekly Gift Contributions**
16
17        78.    Ruitiantian also appears to have received a number of unrealistic weekly
18   gift contributions. For the weeks of December 15, 2019 and December 22, 2019, the
19   contributions were 6.0M and 8.5M RMB, while the average contribution for all of 2019
20   and 2020 is 1.3M RMB per week. Note that during the weeks of these very large
21   contributions, these was not a significant increase in the number of people giving gifts
22   or in the amount of time spent performing in those weeks. The week of July 7, 2019 is
23   noteworthy with only 1 day of performance and still 1.6M RMB in gifts from 2,124
24   people, which is an average of $110.76 per gift.
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15 **C.**   **Multiple Confidential Witnesses Corroborate and Demonstrate JOYY's**
16 **Use of Bots and Other Methods to Falsify Active Users, Inflating JOYY's**
**Revenues**

17 **1.**   **JOYY's Live Show Business Data is "Pumped" by Fake, Professional**
18 **or Internal Users**

19       79.   Confidential Witness 1 ("CW-1"), a former YY Live E-Commerce Key
20 Account Manager who worked Guangzhou, China from September 2019 to October
21 2020. CW-1 was responsible for the entry and operation management of brand
22 merchants on the YY Live's YY E-commerce platform. CW-1 coordinated and
23 managed a team of 11 staff members, including 5 in the business team and 6 in the
24 operation team. In referring to the *Muddy Waters* report, CW-1 commented that it is not
25 surprising that the data in the live show business is pumped.

26       80.   According to CW-1, live broadcast industry participants, such as JOYY,
27 pump the data in their live show business by, among other things, installing professional
28

supporters—i.e., fake users or bots, to use the parlance of the Muddy Water's report—to cheer up the atmosphere. Indeed, CW-1 said that the use of professional supporters is so widespread that it is considered as part of the normal operation.

81.     Confidential Witness 2 ("CW-2") is a former contract cost manager at Huanjv Group (欢聚时代) from June 2017 through late 2020, who was mainly responsible for establishing bidding and cost management system, improving bidding and cost management methods, and formulating bidding and cost management process. CW-2, similar to CW-1, commented that CW-2 knew that YY live has internal users to cheer up the atmospheres. According to CW-2, for some live shows, up to three internal users could be allocated, and up to RMB 35,000 worth of gifts could be spent by these internal users. CW-2 thought that it is normal and it was like an advertainment fee.

**2.     JOYY's Live Broadcasting Data Is "Manipulated"**

82.     Confidential Witness 3 ("CW-3") is a former IDC Purchasing Specialist at Huanjv Group (欢聚时代) from May 2018 through October 2018. CW-3 was responsible for analyzing the bandwidth quality and traffic trends of services for YY Live broadcast and multi-player games. CW-3 also connected with suppliers in the network communication industry, and assisted purchasing managers in formulating server hosting plans. CW-3 had direct knowledge about YY Live's live broadcasting industry data, as CW-3 participated in the design of the "Domestic Reuse Supplier Rating System," including drafting assessment indicators, adjusting the weight ratio of each indicator, and outputting web prototypes for the Research & Development department to develop the system.

83.     In reference to the *Muddy Waters* report, CW-3 confirmed that live broadcasting industry data is manipulated. CW-3 explained that there were many reasons behind such manipulation. CW-3 stated that such manipulation included statistical issues, such as the behavior of scalping, which CW-3 explained was using professional supporters to add to view counts, and it was difficult to investigate.

## IX.   DEFENDANTS' FRAUDULENT STATEMENTS AND OMISSIONS

84.     The following statements below are alleged to be false and/or misleading. Plaintiffs are unable to pinpoint exactly when the scheme to defraud on began, but the Muddy Waters report begins with evidence of the scheme seeming to begin in 2016 with the implementation of bots generating fictitious gifts, which grows in specificity with the effect upon revenue and cash through 2020. The failure to reveal that the acquisition of BIGO was largely contrived to benefit corporate insiders was also a material omission as of the April 28, 2016 start of the Class Period.

### A.     Materially False and Misleading Statements About Revenue, Cash, Paying Users and Internal Controls in Annual Reports filed in Form 20-F

85.     Beginning April 28, 2016, the Company, then called YY, Inc., filed with the SEC its Annual Report on Form 20-F for the year ended December 31, 2015 (the "2015 20-F"). The 2015 20-F was signed by Defendant Li. Attached to the 2015 20-F were certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") signed by Defendants Li and He attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

86.     The 2015 20-F stated the Company's revenues and internet value-added service ("IVAS") revenues as follows, in pertinent part:

> **Net Revenues.** Our net revenues increased by 60.3% from RMB3,678.4 million in 2014 to RMB5,897.2 million (US$910.4 million) in 2015. This increase was primarily due to the increased contribution of revenues from online music and entertainment and our online dating revenues as well as other sources including Huya broadcasting and membership program, partially offset by a decrease in our online game revenues.
>
> **IVAS revenues.** Our IVAS revenues, which consisted of revenues from online music and entertainment, online games, online dating as well as other sources, increased by 60.3% from RMB3,531.0 million in 2014 to RMB5,661.0 million (US$873.9 million) in 2015. The overall increase primarily reflected an

increase in the number of paying users and, to a lesser extent, an increase in ARPU. Our number of paying users increased from approximately 4.9 million in 2014 to 7.2 million in 2015. Our ARPU for IVAS increased from RMB726.0 in 2014 to RMB783.3 (US$120.9) in 2015. The increase in paying users and ARPU were primarily due to (a) our ability to offer new and attractive products and services that allow us to monetize our platform; (b) our ability to attract and retain a large and engaged user base through hosting an increasing number of events and activities; and (c) our ability to attract third party game developers, third party licensee operators, service providers and certain popular performers and channel owners.

Revenues from online music and entertainment increased by 57.4% from RMB2,109.5 million for 2014 to RMB3,320.1 million (US$512.5 million) for 2015. In addition to the increase in the number of paying users and ARPU, the increase in revenues from online music and entertainment was also due to the increasing popularity of online music and entertainment. Our paying users for online music and entertainment increased from approximately 2,964,000 for 2014 to 4,761,000 for 2015. The increasing popularity of online music and entertainment is primarily due to the increased number of activities we hosted.

87.  The 2015 20-F described the factors affecting revenues from IVAS as follows:

*IVAS revenues.* We generate IVAS revenues from (i) the sales of in-channel virtual items used on our online music and entertainment channels, (ii) the sales of in-game virtual items used for games developed by us or by third parties under revenue-sharing arrangements on our platform and (iii) other revenues, including in-channel virtual items used for online dating and live game broadcasting and membership subscription fees. Users access channels and play online games free of charge, but are charged for purchases of virtual items.

The most significant factors that directly affect our IVAS revenues include the increase in the number of our paying users and ARPU:

1
2
3
4
5
6
7
8
9
10

- *The number of paying users.* We had approximately 3.2 million, 4.9 million and 7.2 million paying users in 2013, 2014 and 2015, respectively. We calculate the number of paying users during a given period as the cumulative number of registered user accounts that have purchased virtual items or other products and services on our platform at least once during the relevant period. We were able to achieve an increase in the number of paying users primarily due to a larger active user base and a higher conversion ratio of active users to paying users, and we expect that the number of our paying users will continue to grow in the future as we expand our services and products offerings and further monetize our existing platform.

11
12
13
14
15
16

- *ARPU.* Our ARPU for IVAS was approximately RMB525.2, RMB726.0 and RMB783.3 (US$120.9) in 2013, 2014 and 2015, respectively. ARPU is calculated by dividing our total revenues from IVAS during a given period by the number of paying users for that period. As we begin to generate revenues from an increasing variety of IVAS, our ARPU may fluctuate from period to period due to the mix of IVAS purchased by our paying users.

17
18

Other significant factors that directly or indirectly affect our IVAS revenues include:

19
20

- our ability to increase our popularity by offering new and attractive products and services that allow us to monetize our platform;

21
22
23
24

- our ability to attract and retain a large and engaged user base; and our ability to attract and retain third party game developers, third party licensee operators, service providers and certain popular performers and channel owners.

25
26
27
28

We expect that the portion of our revenues from IVAS derived from the sales of non-game virtual items and services will continue to increase as we capitalize on monetization opportunities. We create and offer to users virtual items that can be used on various channels. Users can purchase consumable

AMENDED CLASS ACTION COMPLAINT

virtual items from us to show support for their favorite performers or time-based virtual items that provide users with recognized status, such as priority speaking rights or special symbols on the music and entertainment channels. The percentage of our total net revenues attributable to virtual items sold on our online music and entertainment channels was 46.8%, 57.3%, and 56.3% in 2013, 2014 and 2015.

88.     The 2015 20-F stated the following concerning the Company's stake in Bigo:

In October 2014, we entered into an agreement to inject our free voice-over IP service, Weihui, into Bigo Inc. or Bigo, a company set up and which was then controlled by our chief executive officer, Mr. David Xueling Li. Following two independent third-party valuation assessments and a capital injection from other investors of Bigo, including Mr. Li, we retained a 27.8% ownership stake in Bigo. We had paid daily operating expenses of RMB61.0 million and 95.3 million (US$14.7 million) on behalf of Bigo in 2014 and 2015, respectively.

89.     According to the 2015 20-F, "[a]s of December 31, 2015, [the Company's] subsidiaries, VIEs, and VIE's subsidiaries located in the PRC held cash and cash equivalents in the amount of RMB403.7 million (US$62.3 million)."

90.     On April 20, 2017, the Company filed with the SEC its Annual Report on Form 20-F for the year ended December 31, 2016 (the "2016 20-F"). The 2016 20-F was signed by Defendant Li. Attached to the 2016 20-F were SOX certifications signed by Defendants Li and He attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

91.     The 2016 20-F stated the Company's revenues and live streaming revenues as follows:

**Net Revenues.** Our net revenues increased by 39.1% from RMB5,897.2 million in 2015 to RMB8,204.1 million (US$1,181.6 million) in 2016. This increase was primarily driven by the increase in live streaming revenues.

**Live streaming revenues.** Our live streaming revenues, which consisted of revenues from YY Live platform and Huya broadcasting platform, increased by 54.8% from RMB4,539.9 million in 2015 to RMB7,027.2 million (US$1,012.1 million) in 2016. The overall increase was primarily caused by an increase in the number of paying users from approximately 5.8 million in 2015 to 11.0 million in 2016, but was partially offset by ARPU decreased from RMB780.5 in 2015 to RMB637.8 (US$91.9) in 2016. The increase in paying users were primarily due to (a) our ability to offer new and attractive products and services that allow us to monetize our platforms; (b) our ability to attract and retain a large and engaged user base through hosting an increasing number of events and activities; and (c) our ability to attract certain popular performers and channel owners.

92.    The 2016 20-F described the factors affecting revenues from live streaming as follows:

*Live streaming revenues.* We generate live streaming revenues from the sales of in-channel virtual items used on our live streaming platforms, including YY Live platform and Huya broadcasting platform. Users access content on our platforms free of charge, but are charged for purchases of virtual items.

The most significant factors that directly affect our live streaming revenues include the increase in the number of our paying users and ARPU:

- *The number of paying users.* We had approximately 3.4 million, 5.8 million and 11.0 million paying users in 2014, 2015 and 2016, respectively for our live streaming services. We calculate the number of paying users during a given period as the cumulative number of registered user accounts that have purchased virtual items or other products and services on our live streaming platform at least once during the relevant period. We were able to achieve an increase in the number of paying users primarily due to a larger active user base and a higher conversion ratio of active users to paying users, and we expect that the number of our paying users will continue to grow in the future as we expand our services and

products offerings and further monetize our existing platform.

- *ARPU.* Our ARPU for live streaming was approximately RMB726.7, RMB780.5 and RMB637.8 (US$91.9) in 2014, 2015 and 2016, respectively. ARPU is calculated by dividing our total revenues from live streaming during a given period by the number of paying users for our live streaming services for that period.  \As we begin to generate revenues from an increasing variety of live streaming services, our ARPU may fluctuate from period to period due to the mix of live streaming services purchased by our paying users.

Other significant factors that directly or indirectly affect our live streaming revenues include:

- our ability to increase our popularity by offering new and attractive contents, products and services that allow us to monetize our live streaming platform;

- our ability to attract and retain a large and engaged user base; and x  our ability to attract and retain certain popular performers, channel owners, professional game playing team and commentators.

We expect that the portion of our revenues from live streaming derived from the sales of virtual items and services will continue to increase as we capitalize on monetization opportunities. We create and offer to users virtual items that can be used on various channels. Users can purchase consumable virtual items from us to show support for their favorite performers or time-based virtual items that provide users with recognized status, such as priority speaking rights or special symbols on the music and entertainment channels.

93.     The 2016 20-F stated the following concerning the Company's stake in Bigo:

In October 2014, we entered into an agreement to inject our free voice-over IP service, Weihui, into Bigo Inc. or Bigo, a company set up and which was then controlled by Mr. David Xueling Li.

AMENDED CLASS ACTION COMPLAINT

> Following two independent third-party valuation assessments and a capital injection from other investors of Bigo, including Mr. Li, we retained a 27.8% ownership stake in Bigo. We had paid daily operating expenses of RMB61.0 million, RMB95.3 million and 53.6 million (US$7.7 million) on behalf of Bigo in 2014, 2015 and 2016, respectively.

94. According to the 2016 20-F, "[a]s of December 31, 2016, [JOYY's] subsidiaries, VIEs, and VIE's subsidiaries located in the PRC held cash and cash equivalents in the amount of RMB1,531.1 million (US$220.5 million)."

95. On April 26, 2018, the Company filed with the SEC its Annual Report on Form 20-F for the year ended December 31, 2017 (the "2017 20-F"). The 2017 20-F was signed by Defendant Li. Attached to the 2017 20-F were SOX certifications signed by Defendants Li and Jin attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

96. The 2017 20-F stated the Company's revenues and live streaming revenues as follows:

> **Net Revenues.** Our net revenues increased by 41.3% from RMB8,204.1 million in 2016 to RMB11,594.8 million (US$1,782.1 million) in 2017. This increase was primarily driven by the increase in live streaming revenues.

> **Live streaming revenues.** Our live streaming revenues, which consisted of revenues from YY Live platform and Huya platform, increased by 51.9% from RMB7,027.2 million in 2016 to RMB10,671.0 million (US$1,640.1 million) in 2017. The overall increase was primarily caused by increases in the number of paying users from approximately 11.0 million in 2016 to 16.6 million in 2017 and ARPU from RMB637.8 to RMB643.2 (US$98.9) in 2017. The increase in paying users were primarily due to (a) our ability to offer new and attractive products and services that allow us to monetize our platforms; (b) our ability to attract and retain a large and engaged user base through hosting an increasing number of events and activities; and (c) our ability to attract certain popular performers and channel owners.

97.     The 2017 20-F described the factors affecting revenues from live streaming as follows:

> *Live streaming revenues*. We generate live streaming revenues from the sales of in-channel virtual items used on our live streaming platforms, including YY Live platform and Huya platform. Users access content on our platforms free of charge, but are charged for purchases of virtual items.
>
> The most significant factors that directly affect our live streaming revenues include the increase in the number of our paying users and ARPU:
>
> - *The number of paying users*. We had approximately 5.8 million, 11.0 million and 16.6 million paying users in 2015, 2016 and 2017, respectively for our live streaming services. We calculate the number of paying users during a given period as the cumulative number of registered user accounts that have purchased virtual items or other products and services on our live streaming platform at least once during the relevant period. We were able to achieve an increase in the number of paying users primarily due to a larger active user base and a higher conversion ratio of active users to paying users, and we expect that the number of our paying users will continue to grow in the future as we expand our services and products offerings and further monetize our existing platform.
>
> - *ARPU*. Our ARPU for live streaming was approximately RMB780.5, RMB637.8 and RMB643.2 (US$98.9) in 2015, 2016 and 2017, respectively. ARPU is calculated by dividing our total revenues from live streaming during a given period by the number of paying users for our live streaming services for that period. As we begin to generate revenues from an increasing variety of live streaming services, our ARPU may fluctuate from period to period due to the mix of live streaming services purchased by our paying users.
>
> Other significant factors that directly or indirectly affect our live streaming revenues include:

- our ability to increase our popularity by offering new and attractive contents, products and services that allow us to monetize our live streaming platform;

- our ability to attract and retain a large and engaged user base; and

- our ability to attract and retain certain popular performers, channel owners, professional game playing team and commentators.

We expect that the portion of our revenues from live streaming derived from the sales of virtual items and services will continue to increase as we capitalize on monetization opportunities. We create and offer to users virtual items that can be used on various channels. Users can purchase consumable virtual items from us to show support for their favorite performers or time-based virtual items that provide users with recognized status, such as priority speaking rights or special symbols on the music and entertainment channels.

98.     The 2017 20-F stated the following concerning the Company's stake in Bigo:

In October 2014, we entered into an agreement to inject our free voice-over IP service, Weihui, into Bigo Inc. or Bigo, a company set up and which was then controlled by Mr. David Xueling Li. Following two series of capital injection from other investors of Bigo in 2015 and 2017, including Mr. Li, we retained a 21.6% ownership stake in Bigo. We had paid daily operating expenses of RMB95.3 million, RMB53.6 million and 28.4 million (US$4.4 million) on behalf of Bigo in 2015, 2016 and 2017, respectively.

99.     According to the 2017 20-F, "[a]s of December 31, 2017, [the Company's] subsidiaries, VIEs, and VIE's subsidiaries located in the PRC held cash and cash equivalents in the amount of RMB1,622.9 million (US$249.4 million)."

100.    On March 5, 2019, the Company announced in a press release that it had completed its acquisition of Bigo. The release stated, in pertinent part:

-47-

AMENDED CLASS ACTION COMPLAINT

GUANGZHOU, China, March 05, 2019 (*GLOBE NEWSWIRE*) – YY Inc. (NASDAQ: YY) ("YY" or the "Company"), a leading live streaming social media platform in China, today announced its recent acquisition of the remaining approximately 68.3% of all the issued and outstanding shares of Bigo Inc ("Bigo") from the other shareholders of Bigo, including Mr. David Xueling Li, Chairman and acting CEO of YY, for an aggregate purchase price of US$1,452,778,383, comprising of US$343,061,583 in cash, 38,326,579 Class B common shares of YY issued to Mr. Li and 313,888,496 Class A common shares of YY issued to Mr. Li and other selling shareholders of Bigo. Prior to the transaction, the Company owned approximately 31.7% of all the issued and outstanding shares of Bigo on a fully diluted and as-converted basis. Mr. Li's total voting power in YY remains largely the same before and after the transaction. The amount and form of the purchase price was discussed and agreed upon between YY and all the selling shareholders of Bigo in the recent months. YY negotiated other terms of the transaction with the shareholders of Bigo unrelated to YY. The transaction was approved by the independent audit committee of YY's board of directors, which considered the arm's length negotiation background as well as the fairness analysis conducted by its advisor China Renaissance Securities (Hong Kong) Limited, and was approved by YY's board of directors. The transaction was completed today after satisfaction of all the closing conditions. Lazard is acting as financial advisor to the Company.

Bigo is a fast-growing global tech company. Headquartered in Singapore, Bigo owns BIGO LIVE, a leading global live streaming platform excluding China, LIKEE, a leading short form video social platform worldwide, and other social apps. Bigo has created a video-based online community for global young generation users. It has established footprints with a strong presence in South-Eastern Asia, Southern Asia, the Middle East and America, paving the way for further global expansion.

Mr. David Xueling Li, Chairman and acting Chief Executive Officer of YY, stated, "We are very excited to announce the completion of the acquisition of Bigo. It is an important milestone for YY group which demonstrated our confidence and commitment to the globalization strategy. Bigo has delivered

-48-

AMENDED CLASS ACTION COMPLAINT

both rapid user growth and significant monetization progress in 2018, making it one of the fastest growing internet companies worldwide. While BIGO LIVE is consolidating its leadership in entertainment live streaming market outside China, LIKEE also experiences tremendous user growth and user time spent increase in short form video market. The combination of YY's and Bigo's unparalleled businesses and services in both China and overseas will enable us to create enhanced live streaming content, expand our global footprint, and offer world-class user experiences for our global user community. As a result, we will be well positioned to become a world leading video-based social media platform."

101. On April 26, 2019, the Company filed with the SEC its Annual Report on Form 20-F for the year ended December 31, 2018 (the "2018 20-F"). The 2018 20-F was signed by Defendant Li. Attached to the 2018 20-F were SOX certifications signed by Defendants Li and Jin attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

102. The 2018 20-F stated the Company's revenues and live streaming revenues as follows:

**Net revenues.** Our net revenues increased by 36.0% from RMB11,594.8 million in 2017 to RMB15,763.6 million (US$2,292.7 million) in 2018. This increase was primarily driven by the increase in live streaming revenues.

**Live streaming revenues.** Our live streaming revenues, which consisted of revenues from YY Live platform and Huya platform, increased by 39.4% from RMB10,671.0 million in 2017 to RMB14,877.7 million (US$2,163.9 million) in 2018. The overall increase was primarily caused by increases in the number of paying users from 16.6 million in 2017 to 19.8 million in 2018 and ARPU from RMB643.2 in 2017 to RMB751.2 in 2018. The increase in paying users were primarily due to (a) our ability to offer new and attractive products and services that allow us to monetize our platforms; (b) our ability to attract and retain a large and engaged user base through hosting an

increasing number of events and activities; and (c) our ability to attract certain popular performers and channel owners.

103.    The 2018 20-F described the factors affecting revenues from live streaming as follows:

Live streaming revenues. We generate live streaming revenues from the sales of in-channel virtual items used on our live streaming platforms, including YY Live platform and Huya platform. Users access content on our platforms free of charge, but are charged for purchases of virtual items.

The most significant factors that directly affect our live streaming revenues include the increase in the number of our paying users and ARPU:

- The number of paying users. We had 11.0 million, 16.6 million and 19.8 million paying users in 2016, 2017 and 2018, respectively for our live streaming services. We calculate the number of paying users during a given period as the cumulative number of registered user accounts that have purchased virtual items or other products and services on our live streaming platform at least once during the relevant period.

- We were able to achieve an increase in the number of paying users primarily due to a larger active user base and a higher conversion ratio of active users to paying users, and we expect that the number of our paying users will continue to grow in the future as we expand our services and products offerings and further monetize our existing platform.

- ARPU. Our ARPU for live streaming was RMB637.8, RMB643.2 and RMB751.2 in 2016, 2017 and 2018, respectively. ARPU is calculated by dividing our total revenues from live streaming during a given period by the number of paying users for our live streaming services for that period. As we begin to generate revenues from an increasing variety of live streaming services, our ARPU may fluctuate from period to period due to the mix of live streaming services purchased by our paying users.

AMENDED CLASS ACTION COMPLAINT

Other significant factors that directly or indirectly affect our live streaming revenues include:

- our ability to increase our popularity by offering new and attractive contents, products and services that allow us to monetize our live streaming platform;

- our ability to attract and retain a large and engaged user base; and

- our ability to attract and retain certain popular performers, channel owners, professional game playing team and commentators.

We expect that the portion of our revenues from live streaming derived from the sales of virtual items and services will continue to increase as we capitalize on monetization opportunities. We create and offer to users virtual items that can be used on various channels. Users can purchase consumable virtual items from us to show support for their favorite performers or time-based virtual items that provide users with recognized status, such as priority speaking rights or special symbols on the music and entertainment channels.

104.   According to the 2018 20-F, "[a]s of December 31, 2018, [the Company's] subsidiaries, VIEs, and VIE's subsidiaries located in the PRC held cash and cash equivalents in the amount of RMB4,724.4 million (US$678.1 million)."

105.   The 2018 20-F stated the following concerning Bigo, in pertinent part:

In June 2018, we invested US$272 million in the Series D round of financing of Bigo as the lead investor. We were then an existing shareholder of Bigo and had become its largest shareholder after the Series D financing. In March 2019, we completed the acquisition of the remaining 68.3% of equity interest in Bigo from the other shareholders of Bigo, including Mr. David Xueling Li, our chairman of the board of directors and chief executive officer. Pursuant to the agreement, we paid US$343.1 million in cash and issued 38,326,579 Class B common shares to Mr. David Xueling Li and 313,888,496 Class A common shares to Mr. David Xueling Li and other selling shareholders of Bigo. As of the date of this annual report, we

-51-

AMENDED CLASS ACTION COMPLAINT

> hold 100% shares of Bigo and started to consolidate Bigo from the date of the completion of the acquisition.
>
> *      *      *
>
> Bigo Live is a leading global live streaming platform focusing on markets outside of China. Bigo Live allows the users to live stream their specific moments, live talk with other users, make video calls and watch trend video. It also has features like music live house and cross-room PK. Bigo Live has presence in more than 150 countries as of December 31, 2018.

106. The 2018 20-F stated the following concerning the number of monthly active users:

> We currently offer live streaming services primarily through our YY Live platform and Huya platform in China. We also offer global services through Bigo and other products incubated by YY Live and Huya outside of China. YY Live and Huya together attracted 90.4 million mobile average monthly active users in the fourth quarter of 2018, a 18.1% increase from the same period of 2017. Bigo attracted 59.4 million mobile average monthly active users for live streaming and short-form video services in the fourth quarter of 2018.

107. On April 27, 2020, the Company filed with the SEC its Annual Report on Form 20-F for the year ended December 31, 2019 (the "2019 20-F"). The 2019 20-F was signed by Defendant Li. Attached to the 2019 20-F were SOX certifications signed by Defendants Li and Jin attesting to the accuracy of financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting and the disclosure of all fraud.

108. The 2019 20-F stated the Company's revenues and live streaming revenues as follows:

> **Net revenues**. Our net revenues increased by 62.2% from RMB15,763.6 million in 2018 to RMB25,576.2 million (US$3,673.8 million) in 2019. This increase was primarily driven by the increase in live streaming revenues and the contribution from Bigo's consolidation.

**Live streaming revenues**. Our live streaming revenues increased by 61.5% from RMB14,877.7 million in 2018 to RMB24,028.3 million (US$3,451.4 million) in 2019. The overall increase was primarily caused by (i) the continued live streaming revenues growth in YY and Huya segments, amounting to RMB4,588.9 million (US$659.2 million), driven by user growth; and (ii) the contribution from the consolidation of Bigo segment, amounting to RMB4,561.8 million (US$655.3 million).

109. The 2019 20-F described the factors affecting revenues from live streaming as follows:

Live streaming revenues. We generate live streaming revenues from the sales of in-channel virtual items used on our live streaming platforms. Users access content on our platforms free of charge, but are charged for purchases of virtual items.

The most significant factors that directly affect our live streaming revenues include the increase in the number of our paying users and ARPU. Our management regularly monitor these operating metrics, which are important and direct performance indicators, in managing our live streaming business and in making relevant operational and production decisions.

- The number of paying users. Excluding Bigo's effects, we had 16.6 million, 19.8 million and 23.8 million paying users in 2017, 2018 and 2019, respectively for our live streaming services. We calculate the number of paying users during a given period as the cumulative number of registered user accounts that have purchased virtual items or other products and services on our live streaming platforms at least once during the relevant period. We were able to achieve an increase in the number of paying users primarily due to a larger active user base and a higher conversion ratio of active users to paying users.

- ARPU. Excluding Bigo's effects, our ARPU for live streaming was RMB643.2, RMB751.2 and RMB818.9 in 2017, 2018 and 2019, respectively. ARPU is calculated by dividing our total revenues from live streaming during a given period by the number of paying users for our live streaming services for that period. As we begin to generate

-53-

AMENDED CLASS ACTION COMPLAINT

revenues from an increasing variety of live streaming services, our ARPU may fluctuate from period to period due to the mix of live streaming services purchased by our paying users.

Other significant factors that directly or indirectly affect our live streaming revenues include:

- our ability to increase our popularity by offering new and attractive contents, products and services that allow us to monetize our live streaming platform;

- our ability to attract and retain a large and engaged user base; and

- our ability to attract and retain certain popular performers, channel owners, professional game playing team and commentators.

We create and offer to users virtual items that can be used on various channels. Users can purchase consumable virtual items from us to show support for their favorite performers or time-based virtual items that provide users with recognized status, such as priority speaking rights or special symbols on the music and entertainment channels.

110. According to the 2019 20-F, "[a]s of December 31, 2019, [JOYY's] subsidiaries, VIEs, and VIE's subsidiaries located in the PRC held cash and cash equivalents in the amount of RMB2,156.5 million (US$309.8 million)."

111. The 2019 20-F stated the following concerning the number of monthly active users:

We are a leading global social media platform, offering users around the world a uniquely engaging and immersive experience across various video-based content categories, such as live streaming, short-form videos and video communication. Our global average mobile monthly active users reached 485.2 million in the fourth quarter of 2019, of which over 78.8% came from overseas markets. In the fourth quarter of 2019, we had 158.9 million of average mobile monthly active users of global

live streaming services and 115.3 million of average mobile monthly active users of global short-form video services.

**B.      Material Misstatements Regarding Revenue, Cash and the Number of Paying Users in Quarterly Reports File in Form 6-K**

112.   The Company filed quarterly reports with the SEC on Form 6-K for each quarter of 2016, on June 1, 2016 (Q1 2016 6-K), August 18, 2016 (Q2 2016 6-K), November 22, 2016 (Q3 2016 6-K), and March 15, 2017 (Q4 2016 6-K), which were each signed by Defendant He and reported the Company's financial and user figures as follows (in thousands):

|                        | **Q1 2016** | **Q2 2016** | **Q3 2016** | **Q4 2016** |
| ---------------------- | ----------- | ----------- | ----------- | ----------- |
| **Net Revenue**        | $255,787    | $298,044    | $313,384    | $357,793    |
| **Gross Profit**       | $91,313     | $116,227    | $122,186    | $133,170    |
| **Cash and Cash Equivalents** | $91,963 | $102,189 | $ 111,937 | $227,530 |
| **Paying Users**       | 3,890       | 4,200       | 4,600       | 5,200       |

113.   The Company filed quarterly reports with the SEC on Form 6-K for each quarter of 2017, on May 11, 2017 (Q1 2017 6-K), August 10, 2017 (Q2 2017 6-K), November 15, 2017 (Q3 2017 6-K), and March 6, 2018 (Q4 2017 6-K), which were signed by Defendant Jin and reported the Company's financial and user figures as follows (in thousands):

|                        | **Q1 2017** | **Q2 2017** | **Q3 2017** | **Q4 2017** |
| ---------------------- | ----------- | ----------- | ----------- | ----------- |
| **Net Revenue**        | $329,347    | $2,608,991  | $464,778    | $557,389    |
| **Gross Profit**       | $129,295    | $1,045,546  | $180,812    | $219,770    |
| **Cash and Cash Equivalents** | $296,835 | $199,009 | $169,694 | $402,292 |
| **Paying Users**       | 5,880       | 5,700       | 6,300       | 6,500       |

114.   The Company filed quarterly reports with the SEC on Form 6-K for each quarter of 2018, on June 6, 2018 (Q1 2018 6-K), August 14, 2018 (Q2 2018 6-K), November 13, 2018 (Q3 2018 6-K), and March 5, 2019 (Q4 2018 6-K), which were signed by Defendant Jin and reported the Company's financial and user figures as follows (in thousands):

| | **Q1 2018** | **Q2 2018** | **Q3 2018** | **Q4 2018** |
|---|---|---|---|---|
| **Net Revenue** | $517,956 | $570,225 | $597,040 | $674,994 |
| **Gross Profit** | $196,591 | $220,559 | $207,625 | $236,762 |
| **Cash and Cash Equivalents** | $651,487 | $538,352 | $716,528 | $873,279 |
| **Paying Users** | 6,900 | 6,900 | - | 8,900 |

115.   The Company filed quarterly reports with the SEC on Form 6-K for each quarter of 2019, filed May 29, 2019 (Q1 2019 6-K), August 15, 2019 (Q2 2019 6-K), November 13, 2019 (Q3 2019 6-K), and March 17, 2020 (Q4 2019 6-K), which were signed by Defendant Jin and reported the Company's financial and user figures as follows (in thousands):

AMENDED CLASS ACTION COMPLAINT

| | **Q1 2019** | **Q2 2019** | **Q3 2019** | **Q4 2019** |
|---|---|---|---|---|
| **Net Revenue** | $705,340 | $917,006 | $962,857 | $1,094,280 |
| **Gross Profit** | $239,057 | $309,018 | $303,460 | $361,566 |
| **Cash and Cash Equivalents** | $1,318,475 | $1,603,933 | $559,272 | $559,272 |
| **Paying Users (YY)** | 3,500 | 3,500 | 4,300 | 4,500 |
| **Paying Users (Huya)** | 5,400 | 3,400 | 5,300 | 5,100 |
| **Total Paying Users** | 8,900 | 6,900 | 9,600 | 9,600 |

116.   The Company filed quarterly reports with the SEC on Form 6-K for the first three quarters of 2020, filed May 21, 2020 (Q1 2020 6-K), August 13, 2020 (Q2 2020 6-K), and November 17, 2020 (Q3 2020 6-K) and signed by Defendant Jin, which reported the Company's financial and user figures as follows (in thousands):

| | **Q1 2020** | **Q2 2020** | **Q3 2020** | **Q4 2020** |
|---|---|---|---|---|
| **Net Revenue** | $1,009,695 | $826,611 | $925,883 | - |
| **Gross Profit** | $311,211 | $293,130 | $342,385 | - |
| **Cash and Cash Equivalents** | $567,575 | $673,255 | $1,836,096 | - |
| **Paying Users (YY)** | 4,000 | 4,100 | 4,100 | - |

117.   The foregoing representations differed remarkably from the reality. Investors were misled as the fiscal standing of the Company, as well as the number of paying users, were materially misreported.

**C.    Additional Material Misstatements Regarding Revenue, Cash and Paying Users in Quarterly Reports Filed on Form 6-K and Earnings Calls**

118.   In each quarterly report filed with the SEC on Form 6-K during the Class Period, Defendants made materially misleading statements concerning the Company's

revenue and user figures. Defendants consistently highlighted the Company's revenue, cash position, and user numbers, and consistently attributed the Company's growth in revenue to a corresponding growth in users. Additionally, Defendants consistently portrayed the Company's reported growth in users as an organic development stemming from the Company's offerings.

119.    On June 1, 2016, in the Q1 2016 quarterly report filed on Form 6-K, Eric He stated:

> In the first quarter of 2016, our total revenue increased by 43.4% year over year to RMB1.6 billion, ***reflecting the strength of our core business*** . . . . For our online music and entertainment business, ***our on-going efforts to introduce diverse content resulted in a revenue increase of 55.8% year over year***. Additionally, our mobile music and entertainment business continued its robust growth with ***a 202.8% year-over-year increase in revenue*** and 137.5% year-over-year increase in number of paying users.

120.    Regarding users, He also stated:

> [W]e were able to significantly grow the number of our paying users by 57.1% year over year to 3.89 million. Our online game broadcasting business Huya grew significantly, with an ***increase in revenue by 114.0% year over year and an increase in number of paying users by 131.7% year over year*** to 899,000. . . . Additionally, our mobile music and entertainment business continued its robust growth with a 202.8% year-over-year increase in revenue and 137.5% year-over-year increase in number of paying users.

121.    On June 1, 2016, in an earnings call to discuss the Q1 2016 results, Eric He stated:

> Cost of revenue increased by 58% to RMB1.06b, which was primarily attributable to an increase in revenue-sharing fee and content cost to RMB708m in the first quarter of 2016. The increase in revenue-sharing fee and content costs paid to the performers, channel owners and content providers was in line with an ***increase in revenue*** and was ***primarily due to the higher***

*level of user engagement and spending driven by the promotional activities*.

122.   On August 18, 2016, in the Q2 2016 quarterly report filed on Form 6-K, David Xueling Li stated:

> We are glad to report another strong quarter of both top- and bottom-line growth across the board. This ***growth momentum*** was primarily ***driven by solid year-over-year user adoption of over 54.5% to 4.2 million paying users***, as well as robust IVAS revenue growth of 48.7% year over year. More importantly, we continued to see ***steady growth in monthly active users*** ("MAUs") on the YY platform increasing by over 16% year over year to 141.9 million users.

123.   Eric He additionally stated:

> For the second quarter of 2016, our revenue momentum continued as total revenues increased by 45.9% year over year to RMB1.98 billion. The growth in both top and bottom line reflects the strength of our increasingly large and diverse IVAS revenue streams. Our online game broadcasting business, Huya, saw continued strong growth, with a 67.7% year-over-year increase in revenue and a 111.6% year-over-year increase in the number of paying users to 1.1 million. Our online music and entertainment business, recently upgraded to YY Live, had a ***50.3% year-over-year increase in revenue*** and ***51.4% year-over-year increase in the number of paying users***. Meanwhile, our leading music and entertainment business for mobile devices continued its robust growth with a 96.7% year-over-year increase in revenue and 88.3% year-over-year increase in the number of paying users to 1.8 million.

124.   On August 18, 2016, in an earnings call to discuss the Q2 2016 results, Eric He stated:

> You know, on YY Music and entertainment, ***we have spent tremendous efforts to increase our paying user space***. And also, we tried to expand our paying ratios. This has been pretty successful. ***That's why you have seen that we are having our paying users increase very fast in recent quarters***.

[. . .]

As *we have been pretty successful on developing so-called low paying users*, since they are new, they are paying a low amount of money to participate in YY service. When those users start to mature, to grow, we believe that, as long as we can provide the content they like, *those so-called low paying users one day will [be]come medium-paying or high-paying users*, which will be very beneficial for the future growth of our platform.

125.   On November 22, 2016, in the Q3 2016 quarterly report filed on Form 6-K, He stated:

For the third quarter of 2016, we continued to see *strong revenue growth as total revenues increased by 40.3% year over year* to RMB2,089.8 million, primarily driven by a 63.4% year-over-year growth in the total number of paying users to 4.6 million, as well as a solid live streaming revenues growth of 54.5% year over year to RMB1,790.4 million . . . . *With these exciting growth momentum, we are confident in our ability to maintain healthy revenue growth in the coming quarters*.

126.   On March 15, 2017, in the Q4 2016 quarterly report filed on Form 6-K, Zhou Chen, Chief Executive Officer of YY, stated:

We are delighted to have delivered another quarter of solid results in the fourth quarter of 2016. In addition to our robust financial performance in the fourth quarter, our mobile MAU reached 56.0 million, representing a 4.8% increase from the previous quarter, and our PC MAU was stable at 96.1 million. Our solid financial results and user numbers are due to the *continued strengthening of our product and content offerings* and our dedication to the development of new and diverse market content. . . . Going forward, we will introduce even more content verticals to YY, and in turn, we are confident that *we can further expand our market share and maintain our leading position in this massive growth industry*.

127.   Eric He further stated:

In the fourth quarter of 2016, we continued to see *strong growth momentum in our revenues*, with total net revenues increasing

-60-

AMENDED CLASS ACTION COMPLAINT

by 30.8% year over year to RMB2.5 billion, primarily attributable to the ***healthy growth in our total number of live streaming paying users*** which grew by 91.9% year over year to 5.2 million. Importantly, despite the intense competitive landscape in the live streaming industry, our live streaming revenues for the full year of 2016 witnessed a remarkable 54.8% year over year growth to over seven billion, and our Non-GAAP profit margin for the year exceeded 20%, which is ***a testament to the solid strength and long-term competitiveness of both of our platforms***. As Huya broadcasting's revenue growth continues to accelerate, its margins continue to improve, which ultimately strengthens our ***long-term profitability***.

128.   On March 14, 2017, in an earnings call to discuss the Q4 2016 results, Eric He stated:

> ***The strong growth in the number of paying users is the foundation of our continued revenue generation and the basis of our competitive advantage compared with other live streaming platforms.*** Importantly, despite the intense competitive landscape in the live streaming industry in 2016, ***our profit margin for the year exceeded 20%, which is a testament to our content strategy, as well as solid strength and long-term competitiveness of our platforms***.

129.   On May 11, 2017, in the Q1 2017 quarterly report filed on Form 6-K, Zhou Chen stated:

> We are very pleased to have delivered ***another quarter of strong top- and bottom-line results*** in the first quarter of 2017. Our ***live streaming revenues continued to witness significant growth***, increasing by 51.5% year over year to RMB2.06 billion. These ***robust results*** were driven by the successful execution of our content strategy and demonstrate the strength of both YY Live and Huya broadcasting. Importantly, our mobile live streaming MAUs increased by 11.8% quarter over quarter, reaching 62.6 million in the first quarter of 2017, and our ***total number of live streaming paying users increased by 66% year over year to 5.88 million***. Looking ahead, we will continue to focus on expanding the product and content offerings across our platforms and enhancing our content ecosystem. As the leading live streaming

platform in China, we are confident that we have what it takes to further expand our market share in this growing industry and create additional value for all our stakeholders.

130.   Eric He additionally stated:

> *We continued to witness sustainable revenue growth* in the first quarter of 2017, with total net revenues increasing by 37.4% year over year to RMB2.27 billion, driven by the *robust growth in our live streaming revenues*. Importantly, *we continued to successfully expand our profit margins* and our Non-GAAP operating margins exceeded 28% in the first quarter of 2017. In addition, our Non-GAAP net income attributable to YY increased by 115.7% year over year to RMB565.7 million, of which Huya segment's loss shrunk tremendously year over year from RMB140.5 million to RMB35.2 million. Our *solid financial and operational results* continue to prove that *we can maintain our growth momentum and achieve long-term profitability* despite the competitiveness in the live streaming industry.

131.   On May 10, 2017, in an earnings call to discuss the Q1 2017 results, Bing Jin stated:

> Now I would like to turn to our results. We are delighted to have delivered *another quarter of solid top line growth*, and more importantly, strong margin expansion. We continue to see robust growth in our live streaming revenues, which increased by 51.5% year-over-year to RMB 2.06 billion in the first quarter 2017. Additionally, our mobile live streaming MAU increased by 11.8% quarter-over-quarter to 62.6 million. And *our total number of live streaming paying users increased by 66% year-over-year to 5.88 million*.
>
> In the first quarter of 2017, YY Live continued to make significant progress in the execution of its content strategy. We have further developed our outdoor vertical content into a large, diverse segment to include a variety of categories, such as travel, food, automobile, pets and others. This strategic move enable us to meet our users' interest in various areas and expand our source of content by allowing our users, who are nonentertainment performers to become content providers and gain profitable

returns. Importantly, our new outdoor vertical content enhances the social aspect of our platform by encouraging our users to socialize with others who share similar interests. *We're very pleased to see enhanced user stickiness through the continued enhancement and enrichment of our outdoor content*.

132.   On August 10, 2017, in the Q2 2017 quarterly report filed on Form 6-K, David Xueling Li stated:

> I am excited to return as the acting CEO of the Company, stated Mr. Chairman and acting Chief Executive Officer of YY. We are delighted to report another quarter of robust financial and operating performances. During the second quarter of 2017, *our live streaming business, including YY Live and Huya broadcasting, maintained rapid growth*. Our mobile live streaming *monthly active users (MAU) increased* by 27.1% year over year to over 66.1 million, and our total live streaming paying users increased by 46.1% year over year to over 5.7 million. In particular, on YY Live, our new strategic initiatives have generated good results. In April 2017, we launched Happy Werewolf Kill, a small-room online social game. Since inception, it has gained exceptional popularity and quickly become a leading social game on mobile devices. In the second quarter, we also introduced the short-form video services in YY Live with more diverse content and social features, which further enhanced user engagement and stickiness on our platform. In addition to YY Live, Huya continued to deliver *impressive results in both user growth and revenue generation*. All the aforementioned achievements have fortified our leading position in China's live streaming social media industry.

133.   In the same report, Bing Jin stated:

> *We achieved substantial financial growth* once again in the second quarter of 2017. Our total net revenues increased by 31.7% year over year to RMB2,609.0 million, exceeding the high end of our previous guidance range. This was primarily driven by the *42.9% year-over-year increase in our live streaming revenues*, which reached RMB2,373.4 million in the quarter. Both YY Live and Huya broadcasting contributed to our *rapid revenue growth*. *We have experienced an acceleration in YY Live's revenue growth* after we embedded into YY Live a new

-63-
AMENDED CLASS ACTION COMPLAINT

functionality called Happy Contest, which enables live streaming hosts to connect and compete with each other across different showrooms. Non-GAAP net income attributable to YY grew by 55.2% year over year to RMB597.2 million in the second quarter of 2017, of which Huya's Non-GAAP operating losses further shrank year over year from RMB146.6 million to RMB11.1 million. Our Non-GAAP net margin expanded from 19.4% in the second quarter of 2016 to 22.9% in the second quarter of 2017, thanks to our increasing operating leverage and product cost and expense control. We remain committed to expanding our market share and *sustaining our rapid growth*.

134.   On November 15, 2017, in the Q3 2017 quarterly report filed on Form 6-K, David Xueling Li stated:

*We continued to deliver robust financial and operating results* in the third quarter of 2017. Our mobile live streaming monthly active users (MAU) increased by 36.6% year over year to 73.0 million, and our *total live streaming paying users increased by 46.5% year over year to over 6.3 million*. Our solid performance is a testament to our highly effective strategies in introducing more initiatives to attract younger generation users and to enhance existing user's engagement and consumption on our live streaming social media platform . . . . On the Huya side, we are pleased to see that it *continued its trajectory of user growth and revenue generation in the third quarter*. Looking ahead, by leveraging our dual growth engines, YY Live and Huya, we will continue to invent new ways to attract users and stimulate user engagement, further build our content ecosystem, and explore more monetization opportunities. We believe that we have the right strategy in place to stay ahead of the competition in China's live streaming social media industry.

135.   Bing Jin further stated:

This was *another quarter with solid financial growth* for YY. In the third quarter, our total *net revenues increased by 48.0% year over year* to RMB3,092.3 million, exceeding the high end of our previous guidance range. The growth was primarily attributable to the *significant increase of our live streaming revenues*, which grew by 60.4% year over year to RMB2,871.6 million. Both YY Live and Huya broadcasting contributed to

such *rapid revenue growth*. Our non-GAAP net income attributable to YY increased by 46.7% to RMB639.1 million in the quarter, of which Huya's Non-GAAP operating loss further shrank year over year from RMB159.3 million to RMB10.1 million. In addition, during the quarter, we completed a secondary offering and received approximately USD442.2 million in net proceeds, thus further demonstrating investors' confidence in YY and laying a solid capital foundation for YY's future development.

136.    On March 6, 2018, in the Q4 2017 quarterly report filed on Form 6-K, David Xueling Li stated:

We are delighted to conclude 2017 with robust growth momentum in both operating and financial performance. In the fourth quarter of 2017, driven by both YY Live and Huya, our mobile live streaming monthly active users (MAU) increased by 36.6% year over year to 76.5 million, and our total live streaming paying users increased by 25.0% year over year to 6.5 million. This further demonstrates the effectiveness and efficiency of our operational capabilities in our live streaming business. For YY Live in particular, we continued our efforts in content enrichment and product innovation by incorporating additional live streaming content and continuously launching new features on our platform, such as a series of casual games. Looking ahead, we will continue to further expand our product offerings and solidify our market leading position to capture the opportunities in China's rapid growing live streaming industry.

137.    In the same report, Bing Jin stated:

We are pleased to once again deliver *strong financial results* in the fourth quarter of 2017. Our *total net revenues increased by 46.0% year over year* to RMB3,626.5 million, exceeding both our previous guidance and street consensus. *Our revenue growth was primarily driven by the robust growth of our live streaming revenues, which increased by 51.9% year over year* to RMB3,368.5 million with RMB2,675.8 million coming from YY Live. Huya recently submitted a draft registration statement on a confidential basis to the U.S. Securities and Exchange Committee for a possible initial public offering in the U.S. to attain its own group of investors to fund its long-term growth.

We remain confident that we have the right strategy in place to drive our financial performance and sustain our ***rapid growth*** for the coming quarters and years.

138.   On June 6, 2018, in the Q1 2018 quarterly report filed on Form 6-K, David Xueling Li stated:

We are delighted to start 2018 with ***robust growth*** in the first quarter. Our mobile live streaming monthly active users (MAU) increased by 23.9% year over year to 77.6 million, and our ***total live streaming paying users increased by 17.3% year over year to 6.9 million***. As we continue to roll out innovative functionalities such as Host Battalion in the latest version of YY Live, we are further enhancing our user acquisition and monetization capabilities.

139.   Bing Jin further commented:

We are pleased to deliver ***another quarter with strong financial results***. During the quarter, our ***total net revenues increased by 43.3% year over year*** to RMB3,248.9 million, exceeding the high end of our previous guidance range. Our ***revenue growth was mainly driven by the robust growth of our live streaming revenues, which increased by 47.4% year over year*** to RMB3,032.0 million. In addition, our non-GAAP net income attributable to YY increased by 31.1% year over year to RMB699.9 million in the first quarter of 2018.

140.   On August 14, 2018, in the Q2 2018 quarterly report filed on Form 6-K, David Xueling Li stated:

Our strong performance in the second quarter of 2018 once again demonstrated our robust growth momentum in both YY Live and Huya. Our mobile live streaming monthly active users (MAU) increased by 21.3% year over year to 80.2 million, and ***our total live streaming paying users increased by 21.1% year over year to 6.9 million***. During the quarter, we achieved solid progress in traffic acquisition, product advancement, and technology enhancement.

141.   Bing Jin further stated:

We are pleased to deliver another quarter with strong financial results. During the second quarter, ***our total net revenues increased by 44.6% year over year*** to RMB3,773.2 million, exceeding the high end of our previous guidance range. ***Our total revenue growth was mainly driven by the robust growth of our live streaming revenues, which increased by 50.0% year over year*** to RMB3,559.7 million. In addition, our non-GAAP net income attributable to YY increased by 51.6% year over year to RMB873.2 million in the second quarter of 2018.

142.   On November 13, 2018, in the Q3 2018 quarterly report filed on Form 6-K, David Xueling Li stated:

During the third quarter of 2018 ***we recorded outstanding operating results***, highlighted by a 20.7% year-over-year growth in our mobile live streaming monthly active users (MAU) and a ***26.3% year-over-year growth in our total live streaming paying users***. ***Our strong performance in the third quarter was attributable to the continuous market expansion for both YY Live and Huya***. For YY Live, we continued to leverage our industry-leading AI technology to increase the accuracy and effectiveness of our content recommendation process.

143.   Bing Jin further commented,

We once again achieved solid financial performance in the third quarter of 2018. ***Our total net revenues increased by 32.6% year over year*** to RMB4,100.5 million, exceeding the high end of our previous guidance range. ***The increase in net revenues was driven by the robust growth of our live streaming revenues which increased by 35.6% year over year*** to RMB3,894.5 million. Our non-GAAP net income attributable to YY also increased by 19.7% year over year to RMB787.0 million in the third quarter of 2018.

144.   On November 13, 2018, in an earnings call to discuss the Q3 2018 results, Bing Jin stated:

***In terms of the paying user growth, we do see a healthy growth in the third quarter primarily due to several reasons. One is we***

-67-
AMENDED CLASS ACTION COMPLAINT

1
2

> *continue to add new features, and also we have integrated some of the operational activities to drive the paying user behavior*.

3        145.   On March 5, 2019, in the Q4 2018 quarterly report filed on Form 6-K,
4    David Xueling Li stated:

5
6
7
8
9
10

> We are delighted to conclude 2018 with solid fourth quarter performances from both YY Live and Huya. Our ***strong growth momentum*** was driven by the healthy expansion of our loyal and highly-engaged live streaming community, evidenced by the number of mobile live streaming monthly active users increasing by 18.1% to 90.4 million and the number of live streaming paying users increasing by 36.6% to 8.9 million year-over-year in the fourth quarter of 2018.

11       146.   Mr. Bing Jin further stated:

12
13
14
15

> We once again recorded ***solid financial results*** in the fourth quarter of 2018. Our total net revenues increased by 28.0% year-over-year to RMB4,640.9 million, exceeding the high end of our previous guidance range. The increase in net revenues was driven by the strong growth of our live streaming revenues, which increased by 30.4% year-over-year to RMB4,391.4 million.

16
17
18
19
20
21
22
23
24
25
26
27
28

AMENDED CLASS ACTION COMPLAINT

147.   In a screen shot of a video on YY's website, the Company additionally claimed that its top channel owners earned RMB 1.1 billion [USD $171 million] in revenues in 2018, specifically stating, "2018! YY's 5 biggest channels draw more than RMB 1.1 billion in revenue."



148.   On May 29, 2019, in the Q1 2019 quarterly report filed on Form 6-K, David Xueling Li stated:

> We are very excited to witness that YY has successfully evolved into a global social media platform with over 400 million in global video and live streaming average mobile MAUs in the first quarter of 2019, after the acquisition of Bigo. We carried our strong growth momentum into 2019 with solid first quarter results, driven by enhanced performances from YY, Huya and Bigo. Importantly, over 75% of such global video and live streaming MAUs were from outside of China, demonstrating that our global expansion strategy has achieved initial success. Our

average mobile MAUs for short form video and live streaming services reached 192.4 million, and *total number of paying users for YY, Huya and Bigo continued to grow healthily year over year*. *This strong growth was a result of our commitment to expanding our global operations, upgrading our content offerings, and improving our AI technological capabilities.* During the same quarter, IMO had 211.8 million in average mobile MAUs. By offering frictionless video call and other communication tools, IMO has attracted a highly engaged and video-oriented user base in the Middle East, South Asia and other global regions.

149.  Bing Jin additionally stated:

We delivered another quarter of *solid financial results*, marked by *high growth and strong profitability*. Our total net revenues in the first quarter increased by 47.1% year over year to RMB4,780.6 million, exceeding the high end of our previous guidance range. *The increase in net revenues was primarily driven by an year-over-year 47.9% increase in live streaming revenues* to RMB4,485.0 million, and the contribution from the consolidation of Bigo.

150.  On May 29, 2019, in an earnings call to discuss the Q1 2019 results, Bing Jin stated:

These *strong growth numbers were a result of our commitment to the following*: First, rigorously *expanding our global operations*; second, continually *enriching and upgrading our content offerings*; and three, consistently *improving our technology capabilities*, especially our AI know-how.

151.  On August 15, 2019, in the Q2 2019 quarterly report filed on Form 6-K, David Xueling Li, stated:

After we successfully completed the acquisition of BIGO in March, the second quarter was the first time we had the full quarter consolidation of the financial performance of BIGO. In the second quarter, our global average mobile MAUs reached 433.5 million, of which the average mobile MAUs of global short-form video services increased by 431.2% year-over-year to 90.3 million, and the average mobile MAUs of global live

streaming services increased by 39.2% year-on-year to 140.9 million. More importantly, average mobile MAUs of our instant messaging platform IMO had reached nearly 211.9 million. ***Our massive and diverse user base offers us a great opportunity for the synergy and future monetization***.

152. Bing Jin further stated:

We once again achieved strong financial and operating performances in the second quarter of 2019, highlighted by ***rapid growth and sustained profitability***. Our total net revenues in the second quarter of 2019 increased by 66.8% year over year to RMB6,295.2 million, exceeding the high end of our previous guidance range. ***The increase in net revenues was primarily driven by a 66.4% year-over-year increase in live streaming revenues*** to RMB5,922.8 million. The consolidation of Bigo fueled additional user and revenue growth.

153. On November 13, 2019, in the Q3 2019 quarterly report filed on Form 6-K, David Xueling Li stated:

Our solid operating and financial performance demonstrates the effectiveness of our strategies in product globalization, content innovation and technology advancement. During the third quarter of 2019, we extended the global footprints of Likee, imo, BIGO LIVE and HAGO. ***Through content localization, cross-platform synergy and AI technology enhancement, our global user base grew rapidly to 470.1 million***. Notably, Likee, our global leading short-form video platform, hit the milestone of 100 million average mobile MAUs in the third quarter of 2019, sporting a year-over-year growth rate of 413.4%. Meanwhile, HAGO, our casual game-oriented social platform also increased its average mobile MAUs by 92.4% year-over-year to 32.3 million.

154. Mr. Bing Jin, further commented:

During the third quarter of 2019, ***we generated a year-over-year net revenues growth rate of 67.8%***, exceeding the high end of our previous guidance range. . . . We believe that ***our abundant cash reserve*** combined with our methodical execution of corporate strategies will not only yield superior shareholder

-71-
AMENDED CLASS ACTION COMPLAINT

value, but also propel our engine of innovation forward into the next phase of our global growth cycle."

155.   On November 13, 2019, in an earnings call to discuss the Q3 2019 results, Bing Jin stated:

On the globalization front, we achieved significant progress in expanding the market reach of all 4 key products, which are Likee, IMO, BIGO LIVE and HAGO. Notably, Likee, our leading short-form video platform with global footprint, hit the milestone of 100 million monthly active users in the third quarter of 2019, representing a year- over-year growth rate of 413.4%. *Such rapid growth in user base is a result of our relentless drive for content localization, innovative features and AI technology enhancement*.

156.   On March 17, 2020, in the Q4 2019 quarterly report filed on Form 6-K, David Xueling Li stated:

We concluded 2019 with *robust operating and financial performances* in the fourth quarter, further demonstrating the success of our domestic and international businesses. During the quarter, we maintained our focus on the growth of our short-form video and live streaming products to fuel our dual growth engines. *For Likee, our global short-form video platform, we continued to expand its geographic coverage, refine its content offerings, and augment its monetization capabilities. As a result, Likee's total MAUs swelled to 115.3 million in the quarter*, representing an increase of 208.3% on a yearly basis and 15.1% on a sequential basis. We also continued to expand our global live streaming ecosystem through BIGO Live, our flagship live streaming platform for international markets. *Our persistence in cultivating BIGO Live's operational efficiency, localization capabilities, and cultural sensitivity enabled the platform to achieve record growth in developed markets around the world in the quarter*. Furthermore, HAGO, our casual-game-oriented social media platform, also *maintained its healthy growth trajectory, as we continued to expand its game portfolio and innovate its social features to explore additional monetization opportunities*.

157.  Bing Jin commented:

During the fourth quarter of 2019, *we generated a year-over-year net revenues growth rate of 64.2%*, exceeding the high end of our previous guidance range.

158.  On May 21, 2020, in the Q1 2020 quarterly report filed on Form 6-K, David Xueling Li stated:

First and foremost, we would like to extend our sincere gratitude to our global teams. Your resilience, ingenuity, and dedication have enabled us to continue delivering *strong operating and financial results* despite the global challenging macro environment due to the COVID-19 pandemic.

159.  Li continued:

During the first quarter, our dual-engine growth strategy of combining living streaming with short-form videos continued to produce good results across all of our business segments. Bigo Live, our global live streaming platform, achieved 37.8% year-over-year MAU growth with our continuous global expansion. Driven by the rapid growth of Bigo Live in the developed market, the *live streaming revenues of Bigo segment increased* 92.4% to RMB1,972.3 million (US$278.5 million) in the first quarter. Also, Likee, our global short-form video platform, grew its MAUs by 121.9% year over year as it accelerated its expansion in developed markets and further strengthened its leading position in the key developing markets . . . . *Meanwhile, YY Live further cemented its domestic market leadership in China by launching innovative virtual entertainment events and upgrading its live streaming content*. Looking ahead, as the consumption of live streaming and short-form video services becomes increasingly prevalent around the globe, we aim to stay at the forefront of this growth surge as we continue to build technology platforms, connect users, offer more diverse and tailored content, and bring joyful and youthful experiences to people everywhere.

160.  Bing Jin further commented:

We started the year with *solid first quarter results* despite increasing macroeconomic uncertainties. During the first

-73-

quarter, *we grew our total revenues* by 49.6% year over year to RMB7,149.4 million, exceeding the high-end of our previous guidance. For now, the adverse impacts of the global COVID-19 pandemic to our operation have been relatively mild, as the demand for online entertainment content and engaging social media networks remained resilient. We are confident that our *abundant cash reserves*, efficient operations, and prudent investment approach have laid a solid foundation for our next phase of global growth and attractive shareholder returns.

161. On August 13, 2020, in the Q2 2020 quarterly report filed on Form 6-K, David Xueling Li stated:

During the second quarter of 2020, we maintained our focus on empowering our live streaming and short-form video dual-growth engine as we continued to upgrade our platforms, localize our operations, and create joyful experiences for people around the world. To help people cope with the difficulties of COVID-19, we leveraged Bigo Live and our extensive global coverage to launch a series of online charity events, including a 24-hour non-stop globe charity concert, to enhance Bigo Live's brand recognition in various markets and fuel the platform's robust operating performance. *As a result, during the quarter, Bigo Live's mobile MAUs and paying users achieved very impressive growth*, and live streaming revenues of Bigo segment contributed more than half of our total live streaming revenues for the first time ever. On the short-form video front, we also focused on cultivating Likee's global ecosystem by diversifying its content offerings, refining its product features, and tailoring its expansion initiatives to different regions. Likee's total MAUs increased by 86.2% year over year to 150.3 million in the second quarter of 2020.

162. Li continued:

On the domestic front, we continued to strengthen our leadership in China's entertainment live streaming industry by further diversifying YY Live's live streaming content offerings through the introduction of new live streaming celebrity variety shows and more diverse live streaming channels. Looking ahead, we believe that *our thriving global ecosystem will enable our network effects to strengthen, product matrix synergies to*

*evolve, and user base to expand*. Despite the outbreak of COVID-19 and resulting macroeconomic and geopolitical uncertainty, we believe that the global landscape for live streaming and short-form videos remains promising, and we plan to uphold our commitment to building a truly world-class video-based social media platform for all.

163.   Bing Jin stated:

Despite the myriad of challenges we have faced from the COVID-19 outbreak and geopolitical uncertainties, *we once again delivered strong financial results*. In the second quarter of 2020, our total revenues grew by 36.3% year over year to RMB5.84 billion, exceeding the high-end of our previous guidance. In particular, the Bigo segment's revenue grew by 148.8% year over year to RMB 3,062.7 million, mostly driven by live streaming revenue growth. While the impact of COVID-19 on the macro economy is generally impossible to predict, we are confident that *the underlying strength of our business model, sufficient cash reserves, and strong cash generation capabilities will enable us to sustain our growth momentum* going forward.

164.   On August 13, 2020, in an earnings call to discuss the Q2 2020 results, Bing Jin stated:

Our ability to serve the various local communities around the world not only enhance our brand recognition in local markets, but also boosts our operating and financial results. Despite the uncertain and challenging macro environment during the second quarter, we grew our net revenues by 36.3% year over year to RMB 5.84 billion. In particular, Bigo's live streaming revenues grew by 158.8% year over year to RMB 2.95 billion, contributing more than half of the group's total live streaming revenues for the first time ever. Bigo Live's mobile MAUs increased by 41.3% year over year and 10% quarter over quarter to 29.4 million. *Its paying user base also grew as a result of our efforts in cultivating users' paying habits on the platform*.

165.   On November 17, 2020, in the Q3 2020 quarterly report filed on Form 6-K, David Xueling Li stated:

> *Through a combination of globalized market reach and localized operations management, we continued to achieve solid growth in our financial results*. Despite the negative impact from Indian government's measures to block certain Chinese-owned apps in its local market and other geopolitical risks, *our global MAU remained relatively stable*, thanks to rapid expansion of our business in other regions. During the quarter, Bigo Live maintained its *robust growth trajectory* and further diversified its geographic coverage, accomplishing 270% and 231% revenue growth in Europe and East Pacific regions, respectively. Likee *continued to gain momentum through a measured approach of balancing its user expansion and user retention, with continuous improvement in user engagement level by introducing multiple functions of its video production tools, dynamic community and thematic functionalities, as reflected by increase in content creator engagement*.

166.   Li continued:

> *We believe Baidu's strategic acquisition of YY Live is a true win-win for both parties, as it will accelerate YY Live's business growth and unlock more value across the domestic entertainment live streaming sector*. Going forward, we will continue to expand our live streaming and short-form video content ecosystem in key overseas markets around the world, and explore new business lines, aiming to further enter into the industrial AI internet sector.

167.   In the same report, Bing Jin further stated:

> Despite the impact of geopolitical headwinds, *we grew our total revenues by 36.1% year over year* to RMB6,286.4 million during the third quarter of 2020 and exceeded the high end of our previous guidance. More specifically, revenues from Bigo grew by 120.8% year over year to RMB3,394.8 million, mostly driven by the uptick in its live streaming revenues. It is also the first quarter for Bigo to achieve a positive non-GAAP operating margin. As *we remain in an abundant cash position* after recent transaction with Baidu, we will continue to invest in business

development efforts to further expand our global market reach, and cultivate new business to enhance our service offerings.

168.   The statements referenced in this "Defendants' Fraudulent Statements and Omissions" section were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) a material portion of users at any given time were bots; (2) the Company utilized these bots to effect a roundtripping scheme that manufactured the false appearance of revenues; (3) that as a result JOYY materially overstated its revenue, cash, performance and grow; and/or (4) that the Company's acquisition of Bigo was largely contrived to benefit corporate insiders.

## X.    THE TRUTH EMERGES

169.   As set forth more fully above, on November 18, 2020, while the market was open, *Muddy Waters* published an investigative report entitled "***YY: You Can't Make This Stuff Up. Well…Actually You Can***".[18] The report, attached hereto and incorporated by reference as Exhibit A concluded that JOYY was a multibillion-dollar fraud and that approximately 73% to 84% of the YY Live subsidiary revenue was fake. The years-long investigation by *Muddy Waters* found that JOYY, among other things,

---

[18] The report began with a lengthy disclosure and disclaimer, which noted among other things: "[*Muddy Waters*'s] Reports are based on generally available information, field research, inferences and deductions through the applicable *Muddy Waters* Entity's due diligence and analytical process. To the best of the applicable Muddy Waters Entity's ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources that the applicable *Muddy Waters* Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly)."

had: (i) reported fraudulent revenue; (ii) that JOYY's component businesses that are a fraction of the size that it reports; (iii) that JOYY's user metrics, revenues and cash balances are predominantly fraudulent and (iii) acquired BIGO as part of a scam that benefitted corporate insiders.[19] *Muddy Waters* had been investigating JOYY since 2014 and took a couple of years to develop the technical ability to analyze and monitored over 115 million transactions for well over a year.[20]

170. *Muddy Waters* identified three primary methods through which JOYY committed fraud:

- Paying User ("PU") bots from YY's own servers – in our data sample, gifts associated with YY's own servers, disguised as PUs, constituted roughly half of the total value of all gifts sent.

- Performers whose gifts are recycled into the system through alter ego PU accounts. We understand that the top performers, who purportedly earn tens of millions of RMB per year, are in fact often on fixed salaries paying them no more than 2.5 million RMB per year (~$350,000).

- Channel owners, which manage performers, are part of the scheme. The large channel owners are primarily owned by former YY employees who are clearly "in on" the scam. PRC credit bureau report financial statements for the five largest channel owners show combined 2018 revenue of only ~15% of what YY claims.

171. When the *Muddy Waters* report containing its analysis—that had not been performed by other market participants—was made public on November 18, 2020, JOYY's ADRs plummeted $26.53 per share, or 26.4%, to close at $73.66 per share on November 18, 2020, damaging investors.

---

[19] *See* supra note 15.

[20] *See* supra note 16.

# XI.    POST CLASS PERIOD FACTS SUPPORTING FRAUD AND SCIENTER

172.    After the *Muddy Waters* report, several significant events occurred confirming the substance of *Muddy Waters*'s findings. Baidu and JOYY amended their agreement on the purchase of YY Live to protect Baidu; JOYY filed their Annual report with the SEC warning investors of the risk that the *Muddy Waters* findings may be found to be true, and JOYY's auditors identified 94% of JOYY's revenues as difficult "challenging" and "subjective" to verify.

## A.    JOYY Fails to Refute *Muddy Waters*'s Investigative Report

173.    JOYY has failed to refute *Muddy Waters*'s report. Shortly after the report was issued, JOYY merely claimed "The operating metrics disclosed by JOYY are commonly used and publicized by its industry peers." But just because others are using fraudulent operating metrics does not excuse the fraud.[21] As noted above, even Baidu is under SEC investigation for its use of misleading metrics as confirmed in Baidu's most recent annual report on Form 20-f filed on March 3, 2021. The allegations being investigated relate to, similar at here, inflated user numbers, inflated revenue, inflated expenses and the purchase prices of certain assets to conceal revenue inflation, and provided misleading financial statements of cash flows.

174.    JOYY also boldly proclaimed, "To conclusively refute the report's false allegation regarding the authenticity of JOYY's profit figures, the Company is open to cash verification and diligence to be conducted by competent third-party advisers." To date, no such verification has been published, though JOYY claims such a verification exists, neither the competent advisers have been identified nor has their report been published.

175.    *Muddy Waters* published a video detailing in depth their investigation and how it determined that 90% of YY Live's revenue and 80% of Bigo's revenue is fake

---

[21] *See* supra note 16.

and JOYY has not attempted to refute this video in depth presentation and the specific instances identified in the video.[22]

**B.**   **Baidu and JOYY Amended the Purchase Agreement to Protect Baidu in Case Baidu Discovers the *Muddy Waters* Report is True After It Pays JOYY**

176.   On February 17, 2021Baidu held their Q4 2020 earnings call with analysts. Both Robin Li, Baidu's founder, Chairman and Chief Executive Officer, and Herman Yu, Baidu's Chief Financial Officer, fielded questions from analysts. Analyst Alex Yao, from JP Morgan asked about the yet to close YY Live acquisition from JOYY, and the impact of the *Muddy Waters* report. Robin Li passed the question on to Herman Yu who responded:

> **Question – Alex Yao:** Yeah. I mean I just want to clarify the transaction is still going ahead despite of the Muddy Water (sic) [*Muddy Waters*] report and the changing regulatory environment and also the deal - is the deal still going ahead with the previously announced valuation?
>
> **Answer – Herman Yu:** Yeah. Yeah. So, you asked quite a mix of questions. With regards to the Muddy Water (sic) [*Muddy Waters*] report I think JOYY has come out with a statement. As you guys know they had – they hire a global legal team and they also hire a big four auditor and they have made their own announcement. **That's JOYY announcement not a Baidu announcement. So, I think looking at that would be the best.**
>
> *      *      *
>
> With regards to the contribution and so forth, currently we're moving ahead. We're planning to integrate on to our platform as Robin has said. **And we're currently dealing – addressing with some conditions and procedures.** And we still is on pace to do the closing as we announced previously. We're moving ahead with this. And their revenue is usually between RMB 2 billion, RMB 2.5 billion a quarter. **So when we can confirm all of this**

---

[22] *See supra* note 16.

thing that we think we will be able to come back with that revenue amount.

And with regards to pricing and so forth, yes our final agreement was the original price. **We do have stipulations in the agreement to protect Baidu shareholders**. As you mentioned, there was a Muddy Water (sic) [*Muddy Waters*] report. The big four forensics team came in, did not seeing anything. The global attorney came in, did not see anything. **But to protect us, we do have indemnification in there to get recovery just in case something blows up in our head as a result of the situation and so forth. So did I answer your questions?**

177.   While the original agreements between Baidu and JOYY were not filed with the SEC, on March 9, 2021 Baidu filed an amended agreement as an attachment to its Annual Report for fiscal year ending December 31, 2020, reflecting provisions of Defendants agreeing to indemnify Baidu, with reference to side agreements not filed with the SEC. Then on March 22, 2021, JOYY filed a Form 6-K admitting that the agreement had been amended : "Baidu (Hong Kong) Limited and JOYY Inc. ("JOYY") entered into a share purchase agreement on November 16, 2020, *and subsequently amended the share purchase agreement on February 7, 2021*."

**C.     JOYY Continues to Report Losses Consistent with Fake Revenue and Unverifiable Accounting; CFO Defendant Bing Jin Resigns**

178.   Consistent with *Muddy Waters*'s allegations of fake revenue, on March 26, 2021, JOYY reported an unaudited net loss from continuing operations of US $121.4 million for the fourth quarter of 2020. On April 28, 2021, JOYY reported a yearly net loss of US $ 26.2 million. So too, in 2019 JOYY reported a 652% net revenue increase but a net loss from continuing operations of RMB $543.5 million (Current US $82.61 million).

179.   At the same time, JOYY announced that Defendant Bing Jin, who served as the Chief Financial Officer since 2017, was leaving the JOYY by the end of April 2021, but retained his continued services through 2022 (a tool used to assure Jin remains

-81-
AMENDED CLASS ACTION COMPLAINT

loyal to JOYY). Defendant Bing Jin signed off and certified JOYY's 2020 financial results on April 28, 2021 as one of his final acts with JOYY.

**D.      JOYY Warns Investors in Its Most Recent Annual Report That the *Muddy Waters* Investigative Report May Turn Out to be True**

180.    Most recently, on April 27, 2021, JOYY filed its Annual Report for the fiscal year ended December 31, 2020 on Form 20-F with the SEC. The Annual Report admitted that JOYY could not confirm that the allegations of the *Muddy Waters* Report were not true. Instead the Annual Report stated that material risks exist to investors and shareholders that that the *Muddy Waters* findings are in fact true:

> ***We face risks associated with the sale of YY Live to Baidu.***
>
> On November 16, 2020, we entered into definitive agreements with Baidu, Inc., or Baidu, and made certain amendments to the share purchase agreement on February 7, 2021, pursuant to which Baidu agreed to acquire our PRC video-based entertainment live streaming business, or YY Live, including the YY mobile app, YY.com website, and PC YY, among others, for an aggregate purchase price of approximately US$3.6 billion in cash, subject to certain adjustments. The acquisition has been substantially completed, with certain customary matters remaining to be completed in the near future.
>
> On November 18, 2020, Muddy Waters Capital LLC, an entity unrelated to us, issued the Muddy Water short seller report (the "Report") containing certain allegations against us, including YY Live business. Our audit committee has conducted an independent review of the allegations raised in the Report related to our YY Live business, with the assistance of independent counsel, working with a team of experienced forensic auditors and data analytics experts. Our announcement dated February 8, 2021 disclosed the conclusion of the independent review, which concluded that the allegations raised and conclusions reached in the Report about our YY Live business were not substantiated.[23] **But even if the allegations against us may ultimately be proven to be groundless,** we have incurred and may continue to

---

[23] No Report or summary was filed nor made public.

incur resources to address fallout from the Report. On November 20, 2020, we and certain of our directors and officers were named in a federal putative securities class action alleging that we have made material misstatements and omissions in documents filed with the SEC regarding certain of the allegations contained in the Report. There might be other class actions or regulatory enforcement actions in connection with such allegations. **We are not able to predict the possible consequence that may arise from or relate in any way to the allegations contained in the Report. Any adverse outcome as a result of the Report, or any class action or regulatory enforcement action in connection thereof, could have a material adverse effect on our and YY Live's business, financial condition, results of operation, cash flows, and reputation.**

**The sale of YY Live to Baidu, which was substantially completed though certain customary matters remaining to be completed in the near future, may adversely affect our business, financial condition or results of operations** . . . . After the closing and certain customary matters to be completed, there can be no assurance that we may achieve anticipated strategic benefits and we may still experience negative reactions as a result of the sale of the business of YY Live.

## E.   JOYY Warns Investors That It Cannot Evaluate the Effectiveness of Its Auditors

181.   In the 2020 Annual Report JOYY also advised investors that because of the inability of the PCAOB to conduct inspections of its auditors, the audits may not be effective or reliable:

The PCAOB's inability to conduct inspections in China prevents it from fully evaluating the audits and quality control procedures of our independent registered public accounting firm. **As a result, we and investors in our ordinary shares are deprived of the benefits of such PCAOB inspections. The inability of the PCAOB to conduct inspections of auditors in China makes it more difficult to evaluate the effectiveness of our independent registered public accounting firm's audit procedures or quality control procedures as compared to auditors outside of China that are subject to the PCAOB**

1   **inspections**, which could cause investors and potential investors
2   in our stock to lose confidence in our audit procedures and
3   reported financial information and the quality of our financial
    statements.

4       182.   Accordingly, even JOYY recognizes that little credence can be given to

5   JOYY's financial statements and their auditors reports.

6   **F.   JOYY's Auditors Hedge on Their Audit of 94% of JOYY's Total Net**
7       **Revenue Designating It a "Critical Audit Matter"**

8       183.   The Auditors Opinion, attached to the 2020 Annual Report, offered little

9   additional comfort, identifying managements judgment in recognizing revenue as a

10  "Critical Audit Matter" that had to be reported to JOYY's audit committee "that (i)

11  relate to accounts or disclosures that are material to the consolidated financial statements

12  and (ii) involved our especially challenging, subjective, or complex judgments." The

13  Auditor Opinion states:

14      *Revenue recognition – identification of distinct performance*
15      *obligations and estimate of standalone selling price*

16      As described in Note 2(v) to the consolidated financial
17      statements, the Company's sources of revenue include live
        streaming and others. The Company's consolidated revenues
18      were RMB13,231 million for the year ended December 31, 2020,
        of which RMB12,525 million were revenues from live
19      streaming. Management identifies multiple distinct performance
20      obligations in certain contracts of its live streaming business.
        Customers receive a series of services, virtual items and virtual
21      rights by entering into these contracts with the Company.
22      Management determines the distinct performance obligations
        and transaction price of each identified distinct performance
23      obligation and recognizes revenue upon transfer of control of the
        promised services in an amount that reflects the consideration the
24      Company expects to receive in exchange for those services.
25      **Management exercises significant judgment in determining**
        **the distinct performance obligations and transaction price**
26      **which is dependent on the contractual terms for each type of**
27      **contract with multiple distinct performance obligations.**

28

-84-

184.   The amount at issue in the Auditors Opinion was over 94% or JOYY's total net revenue of $2,027,731,000 or $1,919,513,000 (RMB 12,525 million of RMB 13,231 million consolidated revenues). Of the total net revenue, 74% or $1,509,507,000 was attributed to YY Live (discontinued operations sold to Baidu). Put another way, JOYY's auditor stated, that virtually all of JOYY's revenue is subject to management's exercise of "significant judgment" of "distinct performance obligations" and "transaction price."

## XII.   LOSS CAUSATION

185.   As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Lead Plaintiffs and other Class members have suffered significant losses and damages.

186.   During the Class Period, as detailed herein, Defendants engaged in a scheme to deceive the market, and engaged in a fraudulent course of conduct that artificially inflated the price of JOYY's securities and operated as a fraud or deceit on Class Period purchasers of JOYY's securities. By failing to disclose the true state of JOYY's business and operations, Defendants presented a misleading picture of JOYY's condition and value. Shareholders invested based on these false premises.

187.   As Defendants' materially false, misleading, and incomplete statements, and fraudulent scheme were disclosed, the price of JOYY's securities fell, as the prior inflation came out of the Company's stock price. Following the revelations in the *Muddy Waters Investigative Report* on November 18, 2020, JOYY's ADRs fell $26.53 per share, or 26.4%, to close at $73.66 per share in reaction to the truth.

188.   The decline in the price of JOYY's ADRs was a direct result of the nature and extent of Defendants' fraud (or results of its fraud) being revealed to investors and the market. The timing and magnitude of JOYY ADR price declines negates any inference that the loss suffered by Plaintiffs and other Class members was caused by changed market conditions, macroeconomic, or industry factors, or other matters unrelated to the Defendants' fraudulent conduct.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## XIII.  CLASS ACTION ALLEGATIONS

189.   Lead Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons other than defendants who acquired JOYY securities publicly traded on NASDAQ during the Class Period, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of JOYY and its subsidiaries, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

190.   The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, JOYY securities were actively traded on NASDAQ. While the exact number of Class members is unknown to Lead Plaintiffs at this time and can be ascertained only through appropriate discovery, Lead Plaintiffs believe that there are hundreds, if not thousands of members in the proposed Class.

191.   Lead Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

192.   Lead Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Lead Plaintiffs has no interests antagonistic to or in conflict with those of the Class.

193.   Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the financial condition and business of JOYY;

- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

- whether the Defendants caused JOYY to issue false and misleading filings during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false filings;

- whether the prices of JOYY securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

194. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

195. Lead Plaintiffs will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- JOYY shares met the requirements for listing, and were listed and actively traded on NASDAQ, an efficient market;

- As a public issuer, JOYY filed periodic public reports;

- JOYY regularly communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases via major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

- JOYY's securities were liquid and traded with sufficient volume during the Class Period; and

- JOYY was followed by a number of securities analysts employed by major brokerage firms who wrote reports that were widely distributed and publicly available.

196.   Based on the foregoing, the market for JOYY securities promptly digested current information regarding JOYY from all publicly available sources and reflected such information in the prices of the securities, and Lead Plaintiffs and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

197.   Alternatively, Lead Plaintiffs and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information as detailed above.

## XIV.  NO SAFE HARBOR

198.   The federal statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pled herein, as the statements alleged to be false and misleading herein all relate to then-existing facts and conditions.  In addition, to the extent any of the statements alleged to be false may be characterized as forward-looking, they were not identified as "forward-looking statements" when made, and were unaccompanied by meaningful cautionary

statements that identified important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

199. Alternatively, to the extent that the statutory safe harbor is found to apply to any forward-looking statements pleaded herein, Defendants are nonetheless liable for such statements because, at the time each such statement was made, the speaker had actual knowledge that it was materially false or misleading, and/or the statement was authorized or approved by an executive officer of JOYY who knew that the statement was materially false or misleading when made.

## CLAIMS BROUGHT PURSUANT TO SECTIONS 10(B) AND 20(A) OF THE EXCHANGE ACT

### COUNT I
**For Violations of Section 10(b) of The Exchange Act and
SEC Rule 10b-5 Promulgated Thereunder
(Against All Defendants)**

200. Lead Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

201. This Count is asserted on behalf of all members of the Class against Defendants, for violations of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b) and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5.

202. During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew were, or they deliberately disregarded as, misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

203. Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 in that they: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not

misleading; and/or (c) engaged in acts, practices, and a course of business that operated as a fraud or deceit upon Lead Plaintiffs and others similarly situated in connection with their purchases of JOYY securities during the Class Period.

204.    Defendants, individually and in concert, directly and indirectly, by the use of means or instrumentalities of interstate commerce and/or of the U.S. mails, engaged and participated in a continuous course of conduct that operated as a fraud and deceit upon Lead Plaintiffs and the Class; made various untrue and/or misleading statements of material facts and omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; made the above statements intentionally or with a deliberately reckless disregard for the truth; and employed devices and artifices to defraud in connection with the purchase and sale of JOYY securities, which were intended to, and did: (a) deceive the investing public, including Lead Plaintiffs and the Class, regarding, among other things, the demand for JOYY's revenue; (b) artificially inflate and maintain the market price of JOYY securities; and (c) cause Lead Plaintiffs and other members of the Class to purchase JOYY securities at artificially inflated prices and suffer losses when the true facts became known.

205.    Defendant JOYY is liable for all materially false and misleading statements made during the Class Period, as alleged above. The Individual Defendants, as top executive officers of the Company during their respective tenures, are liable as direct participants in the wrongs complained of herein. The Individual Defendants are liable for the false and misleading statements they personally made and/or signed, as alleged above.

206.    As described above, Defendants acted with scienter throughout the Class Period, in that they acted either with intent to deceive, manipulate, or defraud, or with deliberate recklessness. The misrepresentations and omissions of material facts set forth herein, which presented a danger of misleading buyers or sellers of JOYY securities,

were either known to the Defendants or were so obvious that the Defendants should have been aware of them.

207.   Lead Plaintiffs and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for JOYY securities, which inflation was removed from its price when the true facts became known. Lead Plaintiffs and the Class would not have purchased JOYY securities at the prices they paid, or at all, if they had been aware that the market price had been artificially and falsely inflated by these Defendants' misleading statements.

208.   As a direct and proximate result of these Defendants' wrongful conduct, Lead Plaintiffs and the other members of the Class suffered damages attributable to the material misstatements and omissions alleged herein in connection with their purchases of JOYY securities during the Class Period.

## COUNT II
### For Violations of Section 20(A) of The Exchange Act
### Against The Individual Defendants

209.   Lead Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

210.   This Count is asserted on behalf of all members of the Class against the Individual Defendants, for violations of Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a).

211.   During their tenures as officers and/or directors of JOYY, each of these Defendants was a controlling person of the Company within the meaning of Section 20(a) of the Exchange Act. By reason of their positions of control and authority as officers and/or directors of JOYY, these Defendants had the power and authority to direct the management and activities of the Company and its employees, and to cause the Company to engage in the wrongful conduct complained of herein. These Defendants were able to and did control, directly and indirectly, the content of the public statements made by during the Class Period, including its materially misleading

financial statements, thereby causing the dissemination of the false and misleading statements and omissions of material facts as alleged herein.

212.   In their capacities as senior corporate officers of the Company, and as more fully described above in Individual Defendants, had direct involvement in the day-to-day operations of the Company. The Individual Defendants signed certain of the Company's SEC filings during the Class Period and were directly involved in providing false information and certifying and approving the false statements disseminated by JOYY during the Class Period. As a result of the foregoing, the Individual Defendants, as a group and individually, were controlling persons of JOYY within the meaning of Section 20(a) of the Exchange Act.

213.   As set forth above, JOYY violated Section 10(b) of the Exchange Act by its acts and omissions as alleged in this Complaint.

214.   By virtue of their positions as controlling persons of JOYY and as a result of their own aforementioned conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act, jointly and severally with, and to the same extent as, the Company is liable under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, to Lead Plaintiffs and the other members of the Class who purchased or otherwise acquired JOYY securities. As detailed above, during the respective times these Defendants served as officers and/or directors of JOYY, each of these Defendants was culpable for the material misstatements and omissions made by JOYY.

215.   As a direct and proximate result of these Defendants' conduct, Lead Plaintiffs and the other members of the Class suffered damages in connection with their purchase or acquisition of JOYY securities.

## XV.   PRAYER FOR RELIEF

**WHEREFORE**, Lead Plaintiffs, on behalf of themselves and the Class, pray for judgment and relief as follows:

AMENDED CLASS ACTION COMPLAINT

(a)    Declaring this action to be a proper class action, designating Lead Plaintiffs as Lead Plaintiffs and certifying Lead Plaintiffs as class representatives under Rule 23 of the Federal Rules of Civil Procedure and designating Lead Plaintiffs' counsel as Lead Counsel;

(b)    Awarding damages in favor of Lead Plaintiffs and the other Class members against all defendants, jointly and severally, together with interest thereon;

(c)    Awarding Lead Plaintiffs and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)    Awarding Lead Plaintiffs and other members of the Class such other and further relief as the Court may deem just and proper.

## XVI.  JURY TRIAL DEMANDED

Lead Plaintiffs hereby demand a trial by jury.


DATED:  May 12, 2021          Respectfully submitted,

                              HAGENS BERMAN SOBOL SHAPIRO LLP

                              By:    */s/ Reed Kathrein*
                                     REED R. KATHREIN
                              Reed R. Kathrein (139304)
                              Lucas E. Gilmore (258093)
                              Wesley A. Wong (314652)
                              715 Hearst Avenue, Suite 202
                              Berkeley, CA  94710
                              Telephone: (510) 725-3000
                              Facsimile:  (510) 725-2001
                              reed@hbsslaw.com
                              lucasg@hbsslaw.com
                              wesleyw@hbsslaw.com

                              Steve W. Berman
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              1301 Second Avenue, Suite 2000
                              Seattle, WA  98101

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

and

DATED:  May 12, 2021        POMERANTZ LLP

By:     */s/ Murielle J. Steven Walsh*
         MURIELLE J. STEVEN WALSH

Murielle J. Steven Walsh (admitted *pro hac vice*)
Eric D. Gottlieb
600 Third Avenue, 20th Floor
New York, New York 10016
mjsteven@pomlaw.com
egottlieb@pomlaw.com

*Counsel for Lead Plaintiffs Gedion Demmissie and
Suresh Goyal and Co-Lead Counsel for the Class*

Peretz Bronstein
BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff
Suresh Goyal*

-94-

AMENDED CLASS ACTION COMPLAINT

**ECF CERTFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 12, 2021          HAGENS BERMAN SOBOL SHAPIRO LLP

By:  __/s/ Reed Kathrein_____
      REED R. KATHREIN (139304)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-2001
reed@hbsslaw.com