# Exhibit A



**Muddy Waters Capital LLC**
info@muddywatersresearch.com
Director of Research: Carson C. Block

These Terms of Use govern current reports published by Muddy Waters Research and supersede any prior Terms of Use for older reports of Muddy Waters Research, which you may download from the Muddy Waters Research's website.

The reports on this website have been prepared by Muddy Waters Capital LLC ("Muddy Waters Capital").  We refer to Muddy Waters Research and Muddy Waters Capital collectively as "Muddy Waters" and individually these entities are referred to as a "Muddy Waters Entity".  **You should assume that, as of the publication date of a Muddy Waters report, Muddy Waters Related Persons (possibly along with or through its members, partners, affiliates, employees, and/or consultants), Muddy Waters Related Persons clients and/or investors and/or their clients and/or investors have a short position in one or more of the securities of a Covered Issuer (and/or options, swaps, and other derivatives related to one or more of these securities), and therefore stand to realize significant gains in the event that the prices of either equity or debt securities of a Covered Issuer decline or appreciate.** Muddy Waters Research, Muddy Waters Capital and/or the Muddy Waters Related Persons intend to continue transacting in the securities of Covered Issuers for an indefinite period after an initial report on a Covered Person, and such person may be long, short, or neutral at any time hereafter regardless of their initial position and views as stated in the research report published by Muddy Waters Research or Muddy Waters Capital. Neither Muddy Waters Research nor Muddy Waters Capital will update any report or information on its website to reflect changes in positions that may be held by a Muddy Waters Related Person. Each report specifies the publisher and owner of that report.  All reports are for informational purposes only.  Under no circumstances should any of these reports or any information herein be construed as investment advice, or as an offer to sell or the solicitation of an offer to buy any securities or other financial instruments.

Muddy Waters Research is an online research publication that produces due diligence-based reports on publicly traded securities, and Muddy Waters Capital LLC is an investment adviser registered with the U.S. Securities and Exchange Commission.  The reports are the property of the applicable Muddy Waters Entity that published that report.   This website is owned by Muddy Waters Research.  The opinions, information and reports set forth herein are solely attributable to the applicable Muddy Waters Entity and are not attributable to any Muddy Waters Related Person (defined below) (other than the applicable Muddy Waters Entity).

By downloading from, or viewing material on this website, you agree to the following Terms of Use. You agree that use of the research on this website is at your own risk. You (or any person you are acting as agent for) agree to hold harmless Muddy Waters Research, Muddy Waters Capital and its affiliates and related parties, including, but not limited to any principals, officers, directors, employees, members, clients, investors, consultants and agents (collectively, the "Muddy Waters Related Persons") for any direct or indirect losses (including trading losses) attributable to any information on this website or in a research report. You further agree to do your own research and due diligence before making any investment decision with respect to securities of the issuers covered herein (each, a "Covered Issuer") or any other financial instruments that reference the Covered Issuer or any securities issued by the Covered Issuer. You represent that you have sufficient investment sophistication to critically assess the information, analysis and opinion on this website. You further agree that you will not communicate the contents of reports and other materials on this site to any other person unless that person has agreed to be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website on your own behalf, you agree to and shall be bound by these Terms of Use. If you access this website, download or receive the contents of reports or other materials on this website as an agent for any other person, you are binding your principal to these same Terms of Use.

This is not an offer to sell or a solicitation of an offer to buy any security. Neither Muddy Waters Research nor any Muddy Waters Related Person (including Muddy Waters Capital) are offering, selling or buying any security to or from any person through this website or reports on this website. Muddy Waters Research is affiliated with Muddy Waters Capital. Muddy Waters Capital is an investment adviser with the U.S. Securities and Exchange Commission and is not registered as investment adviser in any other jurisdiction. Muddy Waters Capital does not render investment advice to anyone unless it has an investment adviser-client relationship with that person evidenced in writing. You understand and agree that Muddy Waters Capital does not have any investment advisory relationship with you or does not owe fiduciary duties to you. Giving investment advice requires knowledge of your financial situation, investment objectives, and risk tolerance, and Muddy Waters Capital has no such knowledge about you.

If you are in the United Kingdom, you confirm that you are accessing research and materials as or on behalf of: (a) an investment professional falling within Article 19 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "FPO"); or (b) high net worth entity falling within Article 49 of the FPO (each a "Permitted Recipient").  In relation to the United Kingdom, the research and materials on this website are being issued only to, and are directed only at, persons who are Permitted Recipients and, without prejudice to any other restrictions or warnings set out in these Terms of Use, persons who are not Permitted Recipients must not act or rely on the information contained in any of the research or materials on this website.

The research and reports presented on this website express the opinion of the applicable Muddy Waters Entity only.  Reports are based on generally available information, field research, inferences and deductions through the applicable Muddy Waters Entity's due diligence and analytical process. To the best of the applicable Muddy Waters Entity's ability and belief, all information contained herein is accurate and reliable, and has been obtained from public sources that the applicable Muddy Waters Entity believe to be accurate and reliable, and who are not insiders or connected persons of the Covered Issuers or who may otherwise owe a fiduciary duty, duty of confidentiality or any other duty to the Covered Issuer (directly or indirectly). However, such information is presented "as is," without warranty of any kind, whether express or implied.  With respect to their respective research reports, Muddy Waters Research and Muddy Waters Capital makes no representation, express or implied, as to the accuracy, timeliness, or completeness of any such information or with regard to the results to be obtained from its use. Further, any report on this site contains a very large measure of analysis and opinion. All expressions of opinion are subject to change without notice, and neither Muddy Waters Research nor Muddy Waters Capital undertakes to update or supplement any reports or any of the information, analysis and opinion contained herein.

In no event shall Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons be liable for any claims, losses, costs or damages of any kind, including direct, indirect, punitive, exemplary, incidental, special or, consequential damages, arising out of or in any way connected with any information on this website. This limitation of liability applies regardless of any negligence or gross negligence of Muddy Waters Research, Muddy Waters Capital or any Muddy Waters Related Persons. You accept all risks in relying on the information on this website.

You agree that the information on this website is copyrighted, and you therefore agree not to distribute this information (whether the downloaded file, copies / images / reproductions, or the link to these files) in any manner other than by providing the following link: http://www.muddywatersresearch.com/research/. If you have obtained research published by Muddy Waters Research or Muddy Waters Capital in any manner other than by download from that link, you may not read such research without going to that link and agreeing to the Terms of Use. You further agree that any dispute between you and Muddy Waters Research and its affiliates arising from or related to this report and / or the Muddy Waters Research website or viewing the material hereon shall be governed by the laws of the State of California, without regard to any conflict of law provisions. You knowingly and independently agree to submit to the personal and exclusive jurisdiction of the state and federal courts located in San Francisco, California and waive your right to any other jurisdiction or applicable law, given that Muddy Waters Research and its affiliates are based in San Francisco, California. The failure of Muddy Waters Research or Muddy Waters Capital to exercise or enforce any right or provision of these Terms of Use shall not constitute a waiver of this right or provision. You agree that each Muddy Waters Related Person is a third-party beneficiary to these Terms of Use. If any provision of these Terms of Use is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision and rule that the other provisions of these Terms of Use remain in full force and effect, in particular as to this governing law and jurisdiction provision. You agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to this website or the material on this website must be filed within one (1) year after the occurrence of the alleged harm that gave rise to such claim or cause of action, or such claim or cause of action be forever barred.

| | |
|---|---|
| **Report Date**: November 18, 2020<br><br>**Company**:<br>Joyy Inc.<br><br>**Ticker**:<br>YY US | **Industry**: Internet Fraud<br><br>**Stock Price:** $100.19<br><br>**Market Cap: $8 billion**<br><br>**Average Daily Volume (30-day**): $109.5 million |

# YY: You Can't Make This Stuff Up.  Well…Actually You Can

While trawling the sewers of the world's capital markets over the past 10 years, irony has never been in short supply.  And yet, nothing could prepare us for the surreality of Baidu announcing its intention to buy YY Live from JOYY, which happened just as we were preparing to reveal that our year-long investigation shows YY Live is about 90% fraudulent.

It was clear to us from early on that YY Live was almost entirely fake.  YY Live is an ecosystem of mirages.  Its supposedly high-earning performers in reality take home only a fraction of their reported totals.  The purportedly independent channel owners are largely controlled by YY in order to facilitate continuous sham transactions.  The legions of benefactor fans are almost entirely bots operating from YY's internal network (~50% of YY Live gift volume), bots operating from external bot farms, and performers roundtripping gifts to themselves.  We conclude that YY Live is ~90% fraudulent.  YY's international livestreaming business, Bigo, seems *barely* more real.

So, the question is: What will Baidu do?  It's no secret that Baidu is struggling to grow.  But will Baidu really try to buy "growth" in the form of an almost completely fake business?  And for $3.6 billion cash, or seven percent of its market cap?!  We have been arguing for the past 10 years that the rot in "China Inc." is far greater than most investors either understand or admit.  Many have called us overly cynical.  Baidu / YY Live will be THE test of whether China Inc. is really just a few bad apples; or, whether the incessant cheating, lying, and indifference to U.S. law permeate the highest echelons of China's public companies.

In April, Baidu's ethics committee released a statement in response to the arrest of its group vice president of finance and former CFO, which read in part:[1]

> "Baidu resolutely cracks down on all violations of the law and discipline, and has zero tolerance for any behavior that touches the red line of professional ethics. It will never relax for anyone, at any time!"[2]

---

[1] https://www.tellerreport.com/business/2020-04-22-baidu-again-exposed-senior-executives-to-corruption--and-who-was-arrested--vice-president-wei-fang-.rySm4XT_8.html

[2] https://cntechpost.com/2020/04/21/former-baidu-vice-president-transferred-to-judiciary-for-suspected-corruption/

To Baidu we say, "You've announced that you're going to pay seven percent of your market cap <u>in cash</u> for a business that's almost entirely fraudulent.  The enormous scale of this fraud will be inescapable in due diligence.  You say there are real ethics and respect for the law at Baidu?  Show us."

# Summary

We are short JOYY Inc. (YY) because we conclude that YY is a multibillion-dollar fraud.  We conclude that YY's component businesses are a fraction of the size it reports, and that the company's reported user metrics, revenues, and cash balances are predominantly fraudulent.  Our conclusions apply not only to the legacy YY Live business, but also to Bigo, YY's online dating business, and really everything these people have touched.

- Approximately 84% of YY's reported consolidated revenue appears to be fraudulent.  Changing our base case assumptions to more company-favorable / conservative assumptions yields consolidated fraudulent revenue of approximately 73%.

- We have observed three primary methods through which YY commits fraud:

    o Paying User ("PU") bots from YY's own servers – in our data sample, gifts associated with YY's own servers, disguised as PUs, constituted roughly half of the total value of all gifts sent.

    o Performers whose gifts are recycled into the system through alter ego PU accounts.  We understand that the top performers, who purportedly earn tens of millions of RMB per year, are in fact often on fixed salaries paying them no more than 2.5 million RMB per year (~$350,000).

    o Channel owners, which manage performers, are part of the scheme.  The large channel owners are primarily owned by former YY employees who are clearly "in on" the scam.  PRC credit bureau report financial statements for the five largest channel owners show combined 2018 revenue of only ~15% of what YY claims.

- We conclude that YY Live, Bigo, and YY's online dating business are substantially fraudulent:

    o We conclude that ~90% of YY Live's livestreaming revenue is fraudulent.  Livestreaming accounts for ~95.8% of purported Q3 2020 YY Live revenue.

    o We conclude that ~80% of YY Live's online dating revenue is fraudulent.  Online dating accounts for ~20% of purported YY Live revenue.

    o We estimate that ~80% of Bigo revenue is fraudulent.  Using more company-favorable assumptions yields a fraudulent revenue contribution of ~60%.

    o Bigo's Singapore parent changed auditors three times in its first four years.  Bigo also received three consecutive going concern opinions from its auditor in 2016-2018.  Bigo made a major restatement of its 2017 financials in August of 2019, months after the acquisition by YY was complete.  These fact patterns support our conclusion that Bigo is also substantially fraudulent.

- Bigo's rot stems from its inception.  YY claims that it purchased Bigo from Chairman David Li.  This is a lie that enabled Chairman Li to take at least $156.1 million of real money from YY shareholders and for YY to fraudulently report remeasurement gains in its profits.  In reality, YY founded Bigo – not Chairman Li.

- Bigo consolidates a significant amount of revenue from Mainland China.  Bigo tacked on a mainland China business Hello that we believe to be almost entirely fake, per our primary diligence and discussions with former Bigo employees.  As of Q3 2020, we estimate this overwhelmingly fraudulent PRC unit was still 13.4% of Bigo's reported revenues.

- We researched YY's businesses for more than one year, taking a two-prong approach.  The first prong was macro data collection and analysis through automated means of 115.6 million transactions.  The second prong was traditional Muddy Waters techniques of reviewing filings and accounts, undercover fieldwork, and human sourcing.

- Studying various purportedly top earning performers closely shows the enormity of the fraud on a micro level:

  - Purported pop music success Modern Brothers gives free concerts in a popular shopping area, and yet attendee "fans" are paid to show up.  Modern Brothers rarely performs on YY Live these days, but they receive gifts continuously through the platform when off air.  Many of these gifts were coming from YY's servers. Analyzing data from 96 randomly selected purported donors shows that ~97.9% of sampled gift revenues were likely fake.

  - A random sample of YY PUs in Wuhan during its COVID-19 lockdown indicated that ~87.5% of their gift revenues were likely fraudulent.  The majority of the fraudulent PUs had mobile device IDs (IMEIs) linking back to YY servers, while a significant minority of Wuhan PUs displayed IP addresses that inexplicably jumped from city to city amid the lockdown.

  - "Big Li" is a big lie.  Big Li won YY's 2019 annual competition for the most gifts received.  However, our data shows that during this December event, Big Li's mobile device was shared with his largest contributor, who sent RMB seven million in gifts, or approximately 40% of the total.  Beyond that, devices associated with his sent more in gifts than Big Li received, laying bare a network of related accounts that recycle gifts and inflate YY's revenue totals.

  - Top Bigo earner RCT_Khan purportedly receives ~$50,000 in gifts per month for literally sitting at his desk doing paperwork.  His stream gets even less enthralling, with the camera often pointed at the wall or ceiling.  Until very recently, his purported #2 contributor was clearly himself. (His other top contributors are almost certainly part of a gift recycling network.)

  - We lay out findings from four additional top-earning performers, four more Top PUs, and numerous interviews with senior members of the YY ecosystem supporting our finding that YY Live and Bigo are a sham and their gift revenue is substantially fake.

# Contents

Our Data Analysis and Sampling Indicate that ~90% of YY Live Revenue Is Fake ................. 5

  Data Collection and Analysis Methodology .................................................................... 5

  YY-Controlled PUs Generated Roughly Half of YY Gift Revenue in December 2019 ............ 6

  Internal Network FUs and YY Server FUs Revealed Themselves Through Glitches ............... 7

  YY Live's Platform Angels Program Shows Only 1 in 3 FUs Can be Spotted by IMEI Sharing ............. 8

  Sampling Wuhan PUs Indicated that ~87.5% Were Controlled by YY .................................... 9

Financial Statements for the Top 5 YY Live Channel Owners Show an 85.9% Revenue Discrepancy, Supporting our YY Live ~90% Fraudulent Revenue Estimate .......................... 10

Roundtripping and Fraud is Rife on YY Live ............................................................. 11

  Case Study: "Modern Brothers" is a Modern Fraud .................................................... 12

  Case Study: Top YY Performers like "Big Li" Get Tens of Millions of RMB in Fake Gift Contributions 14

  Case Study: "Xiaozhou", YY's Top Performer from October 2019 to January 2020, Exhibits Similar Behavior .................................................................................................. 18

  Case Study: The Same Goes for #2 Top Performer "Ruitiantian" ...................................... 19

  Case Study: Top Performer ShenMan Regularly Receives Tips When Not Broadcasting ................ 21

  YY Enlists Armies of FUs and FU Bots To Fabricate Gift Revenue ...................................... 23

  Case Study: Performer Liu Yishou Openly Jokes About YY Being a Scam ................................ 25

Not surprisingly, as we demonstrate below, we found that YY-controlled bots supply Liu Yishou with fake gifts. ......................................................................................... 26

  A Channel Owner Illustrates the Interlocking Revenue Inflation Scheme with YY ...................... 27

  Time to Upgrade the FraudTech: Slip-Ups Reveal YY-Controlled Gifting ................................ 29

  Case Study: FU Bot Activity For Dafashijian, or "Killing Time" (打发时间) ........................ 29

  Case Study: Thin Noodle (小面 or 遗失机器猫的大熊) .................................................. 30

  Case Study: FU Bot Activity For Orange Juice, a Live Broadcast Room Manager (果粒橙 ) ............. 32

  Case Study: Bot Activity For "Alright" or "nonoKe" (可以的 or nono 可) ............................ 34

  One Example of a YY Bot Farm: Over 1,100 IPs Emanating from a Small Chinese City ................... 37

YY's Dating Channels are Not a Secret Cash Cow for Remaining Revenues ........................ 38

Anomalies in YY's Chinese Financials Suggest Fake Cash and Fraud ................................... 41

Bigo Tells the Same Lies About Revenue as YY Live, But it Helped David Li Get Richer ................................................................................**Error! Bookmark not defined.**

  Case Study: Top Bigo User RCT_KHAN Is One of Bigo's Best Con-Jobs ................................ 45

  Even in our Conservative Case, 59.1% of Bigo's Revenue Seems Fraudulent ......................... 51

The Bigo Acquisition Was a Multiyear, Multilevel Scam Benefiting YY Insiders ................. 53

Former Bigo Country Executives Stated the Majority of Users were Fake..........................................57

Bigo's Spin on the Circular Economy Is Recycling Beans Through Broadcasters...............................57

Bigo PRC Revenues Appear to Be Mostly Fake, From A Derelict Audio Streaming App....................59

Appendix A:  Definitions Related to our Analysis ................................................... 64

Appendix B:  Notes on Data & Data Sources ......................................................... 65

Appendix C:  Internal Network Usage .................................................................... 68

# Our Data Analysis and Sampling Indicate that ~90% of YY Live Revenue Is Fake

We analyzed and sampled YY user data and gift revenue in three ways to estimate the percentage of FUs on YY Live and their associated revenue.  We concluded that YY Live's gift revenue is approximately 90% fake using these three methods.

The first method was analyzing almost 100,000 Paying Users ("PUs") that XHL tracks.  We found that we could cleanly class almost half of YY gifts by value as coming from YY-associated Fake Users ("FUs").  We did this by taking a core group of FUs in the data set bearing YY IP addresses and tracking the IMEI sharing that radiated out from that group.[3]

However, we also found the remaining half of YY gift revenue to be largely fraudulent by performing granular investigative work to identify FUs.  Our second FU identification method, which ran in this vein, consisted of randomly sampling 96 Wuhan-based PUs during the Chinese COVID-19 lockdown.  We found that ~87.5% of these Wuhan PUs were apparent FUs.  The third method, again granular, consisted of sampling 96 Modern Brothers PUs.  As discussed above, the Modern Brothers sample indicated that ~97.9% were actually FUs.

We further verified our 90% fake revenue estimate by checking the revenue that leading channel owners reported to the SAIC against YY's claims.  We found an 85.9% discrepancy between the revenue YY asserted for the top five channel owners and the revenue in their China credit reports.

## Data Collection and Analysis Methodology

There are two components to our data analysis and collection methodology.  Using Google Chrome web developer tools, we were able to track up to 88 data points of each transaction, including PU name, PU YY ID[4], transaction time, gift name, gift unit price, gift ID, quantity of gifts, and name and YY ID of the recipient, PU IP address and device IMEI.  The device IMEIs suggest to us that approximately half of YY Live gift revenues originated from YY's own servers.  Device IMEIs also showed us how pervasive roundtripping of gifts is on YY Live.  We used a third-party data analytics service owned by a YY

---

[3] Shared mobile devices are determined by the display of identical shared IMEIs in the data recorded collected from YY.

[4] YY ID: YY has 4 IDs for each performer: room ID, Channel ID, YY account ID and UID.  The UID is used by XHL and YY's system and could not be changed by the performer. The Room ID, Channel ID and YY account ID could be changed as a result of leaving the original channel owner to join a new channel owner, etc. The UID cannot be changed by the performer.  We use the UID for the identification of performers to be consistent with XHL data.

insider, called Xiaohulu ("XHL"), to track the amounts of gifts given and received by each account. (XHL's founder and owner was a founder of YY and is still a shareholder of two of its key VIEs.)  For Bigo, we developed customized code to leverage the mobile app and collect bean counts for Bigo's top performers and their top 50 PUs.

We used Google Chrome web developer tools to collect data from YY Live starting in October 2019. From Nov 27, 2019 to Feb 4, 2020, we expanded our data monitoring, collecting over 115.6 million gift transactions sent by 1.2 million PUs to 20,715 performers.[5]  Over the following months our researchers mined this massive data base to check connections between performers and PUs, extrapolate patterns, and examine details on irregular transactions where the data was sufficiently granular (i.e., bot hunting during the 2020 China COVID-19 lockdown).

We also used XHL's database to check aggregate gift revenues and gift details from over 180,000 of YY's PUs, over 120,000 performers, and to establish associations with their respective channel owners. Our revenue fraud estimates are also in part based on XHL's data. We believe that XHL's data matches YY's internal accounting for two reasons.  First, XHL's founder, Jin Cao (曹津)[6], is a co-founder of YY, was a key executive, remains shareholder in two of YY's VIEs, Beijing Tuda and Guangzhou Huaduo,[7] and is still the legal representative at a third, Guangzhou Duowan.[8,9]  Second, YY's former subsidiary, Huya, relied on XHL data as evidence in a lawsuit in PRC court, representing that its data monitoring platform was authoritative, independent, and reliable.[10]

Our macro data sources for Bigo were livestream room monitoring and data collection techniques, and third-party app analytics databases.[11]

### YY-Controlled PUs Generated Roughly Half of YY Gift Revenue in December 2019

In December 2019, we reviewed the 96,432 YY Live PUs that XHL tracks.  Our analysis found that 24.9% of these PUs were controlled by YY.  We further found that their gift contributions accounted for 48.0% of the gift revenue in our sample.

We identified these YY-Controlled PUs by cross-referencing our data analysis with the PU information in the XHL database.  We define a YY-Controlled PU as either (a) a PU that displays an YY local server or internal network IP when sending gifts, or (b) a mobile device ID (IMEI) that is directly or indirectly linked to a PU under a YY-controlled channel owner.

---

[5] Four-month monitoring period: From Oct 2019 to Jan 2020.  Expanded monitoring period: Nov 27, 2019 to Feb 5, 2020.

[6] 小葫芦 www.xiaohulu.com , 上海六界信息技术有限公司

[7] YY 2019 20-F, p. F-20

[8] Jin Cao is the owner of XHL.  He also currently holds an interest in two of YY's VIEs, Guangzhou Huaduo Network Technology, 广州华多网络科技有限公司, 2.11%;  and  Beijing Tuda Science and Technology 北京途达 科技有限责任公司, 0.77%, and has been the legal person at Guangzhou Duowan 广州多玩信息技术有限公司 since Dec 2008.

[9] YY 2012 F-1 filed Oct. 15, 2012,  pp.161-162, CAO was identified as one of the key executive officers, concurrently holding positions as VP and GM of the Website Department. Cao reportedly left YY in 2015, but has maintained his share interest and status as a company legal representative at Guangzhou Duowan.

[10] Nevertheless, we found that there were still discrepancies in XHL's data.  See Appendix B for more information.

[11] For additional information on the data, sources, and methods see Appendix C

We obtained the PU information from XHL, which consists of 96,432 PUs contributing RMB 686.5 million in gifts.  The PUs falling into at least one of the above categories totaled 24,051, or 24.9%.  These PUs contributed gifts totaling RMB 329.8 million, which was 48% of the total.

There were 1,382 PUs exhibiting two types of behavior that showed YY control ("Internal Network FUs" and "YY Server FUs", described in the text box below).  300 of these PUs had gift information data in XHL indicating they had sent RMB 17.5 million in gifts, equal to 2.5% of all gifts in the XHL data set. This category, though small in absolute terms, led us to two other, much larger categories that shared IMEIs with these users, linking them closely to YY.

### Internal Network FUs and YY Server FUs Revealed Themselves Through Glitches

Internal Network FUs are PUs that display YY's internal network IP addresses, 100.64.0.0 ~ 100.64.0.10.  YY Server FUs, on the other hand, are PUs that carry the local host server IP, 127.0.0.1. The IP addresses these FUs display can only come from inside YY.  However, these internal IP addresses normally get masked with normal IPs.  FUs reveal these IPs only rarely: we suspect that YY typically uses a VPN or other software to disguise the transactions that are coming from within YY. We caught these FUs thanks to our continuous monitoring of PUs during our observation period.  For more information on IP patterns of Internal Network FUs and YY Server FUs, see section "Time to Upgrade the FraudTech: Slip-Ups Reveal YY-Controlled Gifting".

20,399 PUs shared IMEIs with the YY Internal Network FUs and YY Server FUs above.  Of these, the XHL gift data for 10,606 PUs recorded RMB 91.1 million in gifts, equal to 13.3% of gifts in the XHL data set.  We deem these PUs to be FUs.  To the extent these FUs were also performers, we classed their channel owners as YY-controlled.

Another 30,323 unique, deduplicated PU IDs shared IMEIs with performers who belonged to YY-controlled channel owners.  Among these were 13,145 PUs with XHL gift data.  These 13,145 (13.6%) users sent out RMB 221.2 million in gifts, equal to 32.2% of all gifts in the XHL data set.[12]  We deem these to be additional FUs.

Summing these FU groups' gift contributions, we identified 48.0% of livestreaming gift revenue above to be fraudulent based on IMEI sharing alone.  We establish below that the remaining half of livestreaming gift revenue is likely almost entirely fraudulent as well through additional research techniques.  We relate two PU samples that show that the vast majority of PUs are bots and therefore FUs, making fraudulent gift transactions and/or displaying signs of control by YY.

In the table below, we show PUs by category alongside their gift totals.[13]  We start with the YY Server FUs and YY Internal Network FUs and work our way outward, building to 24,051 users (24.9% of the total) who sent RMB 329.8 million of gifts (48.0% of the total).

---

[12] For more information on the connection methodology, see Appendix C.

[13] The following information is based on the 52,104 PU IDs are based only on the PUs' info we monitored and collected, which we believe is a representative sample size.  We are not suggesting YY has only 52,104 PUs.  With a more complete list of PUs' gifts for December 2019, the percentage of the gifts from YY-controlled PUs would likely rise.

**Proportion of YY Live PUs Controlled by YY as Identifiable Through IMEI Sharing**

| Fake Paying User (FU) Type | # of IDs | # of PUs With Gift Info (2) | % of PUs per XHL Data Set | PU Gifts Sent (RMB) | % of PU Gifts per XHL Data Set |
|---|---|---|---|---|---|
| YY Server FUs and YY Internal Network FUs (1) | 1,382 | 300 | 0.3% | 17,463,666 | 2.5% |
| IDs sharing IMEIs with YY Internal Network & YY Server FUs user IDs | 20,399 | 10,606 | 11.0% | 91,102,215 | 13.3% |
| IDs sharing IMEIs w/FUs as Performers under YY Controlled Channel Owners | 30,323 | 13,145 | 13.6% | 221,242,636 | 32.2% |
| **Total: controlled FUs identified by IMEI sharing** | **52,104** | **24,051** | **24.9%** | **329,808,517** | **48.0%** |
| Xiaohulu (XHL) data collection sub-totals | 859,573 | 96,432 | | 686,451,226 | |

Notes:
1) YY Server Users (logging 127.0.0.1 IPs) and LUSH Internal Network Users (logging 100.64.0.0/10 IPs)
2) Could not get the gift info for all paying user IDs collected.  The paying users omitted from the XHL gift data records would likely be small paying users.

Though we have identified that one-quarter of the total number of PUs were connected to YY, it does not mean that three-quarters of PUs and half of gift payments are real.  Instead, as we lay out below, the majority of the remaining PUs possess different kinds of linkages to YY that make them FUs.

## YY Live's Platform Angels Program Shows Only 1 in 3 FUs Can be Spotted by IMEI Sharing

During the National Day holiday in October 2020, YY ran a new promotion called "Platform Angels".  New performers were rewarded with gifts sent by YY-controlled PUs, or "Angels", as rewards for broadcasting according to a regular schedule.



Broadcast Continuously Over the Holidays
& Triple Your Income

Upcoming Days' Tasks

10.3   10.4   10.5   10.6   10.7   10.8   10.9
NC      ✓      ✓      ✓      ✓    future future

Complete 5 days, est. daily task rewards:  x3200

Rewards Limited to Holidays
9/30 – 10/8
A. Broadcast daily for 4 hrs. (this is a requirement)
B. Add 2 new followers during the daily broadcast
C. Complete 2 PK battles each day, receive a
   minimum of 1 ticket in each battle

The Platform Angels' gift delivery timing was extremely precise, arriving on the performer's screen at the exact same second each day.  The Platform Angels' names often self-identified as coming from the platform, and their precise gift delivery time made them easy to identify.



*Platform Angel Sends 400 "Lollipops"*



*"Platform Angel" PU Profile*

We collected information on 82 of these "Platform Angels" and cross-checked the "Platform Angel" PUs against our database. We found that only 26, or about one-third, were in our records of YY-controlled user IDs identified via IMEI sharing.

Their numbers indicate that for every YY-controlled FU we identified by IMEI sharing, there are likely another two YY-controlled FUs that did not reveal themselves via the IMEI methodology.  This supports our finding that ~90% of YY Live gift revenues are fake.

## Sampling Wuhan PUs Indicated that ~87.5% Were Controlled by YY

We looked at YY users in Wuhan to examine whether they might be bots.[14]  Wuhan was a fertile FU hunting ground because of its strict COVID-19 lockdown, during which it was almost impossible for non-bot users to move locations.  We searched our records for PUs with Wuhan IP addresses who were actively giving gifts during the start of the lock-down period.  A random sample of these active Wuhan PUs indicated that ~87.5% were fake based on their transaction details and gift giving behavioral patterns.

To be deemed fake and YY-controlled users, PUs in Wuhan had to display indicia of both fraud and control, including:

- Sharing IMEIs with devices connected to YY Internal Network FUs
- Making abnormal IP jumps from one geography to another
- Using an IP address in a large block of IPs identified for sending gifts to controlled channel performers (i.e., from a bot farm)
- Sending the majority of their gifts to performers at YY-controlled channels
- Or displaying other hallmarks of fraudulent or controlled behavior.

---

[14] To avoid selection bias, the PUs selected were identified with a sequential sample selection methodology.  Again, a 95% CL, 10% CI, and sample size of 96 PUs was adopted.

We took a random sample of 96 PUs out of the 15,866 PUs with Wuhan IPs collected in our November 2019 to February 2020 data set. We found that 87.5% ±10% (84 of the 96) of the PUs were FUs that displayed indicators of fake or controlled criteria described above, with a confidence level of 95%.[15] The majority of the identified FUs displayed two or more FU indicators. The most commonly observed indicators for fake and controlled activity were IMEI sharing (55 of 96) and abnormal IP jumps (17 of 96).

# Financial Statements for the Top 5 YY Live Channel Owners Show an 85.9% Revenue Discrepancy, Supporting our YY Live ~90% Fraudulent Revenue Estimate

YY claims its top channel owners earned RMB 1.1 billion in revenues in 2018. We obtained these top channel owners' local credit reports, which showed that their combined revenues were only RMB 156.3 million, which indicates an 85.9% revenue overstatement.

According to YY, Yujia, Huashe, Wudi, Chinablue, and IR were the top five channel owners by revenue in 2018. YY purports that they generated over RMB 1.1 billion in 2018 revenue.[16] Below is a screen shot of a video on YY's website that makes this claim and states "2018! YY's 5 biggest channels draw more than RMB 1.1 billion in revenue".





However, we obtained China credit reports for these channel owners revealing that their combined 2018 gross revenues were just RMB 156.3 million. This constitutes a shortfall of 85.9% compared to YY's claim. We are confident that the credit report revenue number is gross of payouts to performers based on reviews of PRC legal disputes in which performers were shown to be paid by channel owners, as well as

---

[15] Statistical calculations performed on https://www.surveysystem.com/sscalc.htm

[16] https://www.yy.com/yue/126413?from=yy.com, translation in screen shot by Google translate

our interviews with major channel owners.  Below, we compare YY's SAIC revenues to YY's claimed revenues:

| | | Top Channel Owners Revenues: YY vs. SAIC | | |
|---|---|---|---|---|
| Rank | Channel Owner | 2018 Revenues Reported by YY | 2018 Revenues Reported to SAIC | Difference |
| 1 | Yujia | ¥        421.3 | ¥          38.6 | -90.8% |
| 2 | Huashe | ¥        228.8 | ¥          65.1 | -71.5% |
| 3 | Wudi | ¥        192.6 | ¥          12.8 | -93.4% |
| 4 | China Blue | ¥        155.0 | ¥            5.7 | -96.3% |
| 5 | IR | ¥        113.1 | ¥          34.1 | -69.8% |
| | Sub-total | ¥     1,110.8 | ¥        156.3 | -85.9% |

Units:     Rmb, mm
Sources: https://www.yy.com/yue/126413?from=yy.com
               SAIC financials as reported in Chinese credit reports

In Q4 2019, these five channel owners comprised approximately 28.0% percent of YY Live revenues.  The five remain top channel owners today, according to XHL, and their revenue as a percent of XHL's Q4 2019 YY Live revenues are shown below:[17]

| 4Q19 Top Channel Owners | |
|---|---|
| Channel Owner | % of XHL Rev in 4Q19 |
| Yujia | 9.2% |
| Huashe | 6.9% |
| Wudi | 6.6% |
| China Blue | 4.2% |
| IR | 1.1% |
| Sub-total | 28.0% |

We believe the 85.9% gap between the RMB 156.3 million in revenue in the credit bureau reports and YY's claimed RMB 1.1 billion is suggestive of massive fraud.  This methodology corroborates our conclusion that only ~10% of YY's revenues is real.

# Roundtripping and Fraud is Rife on YY Live

As we detail infra, we also discovered that the majority of three top YY Live performers' gift revenue comes from themselves and from YY-controlled bots.  Another top performer receives a constant stream of gifts outside of her infrequent performances, mirroring the bot activity we saw on Modern Brothers' channel (discussed next).  And four Top PUs that we examine below exhibited multiple indicia of FU bot behavior such as YY-associated IP addresses and geographic IP switching.  These findings bolster our ~90% fake revenue estimate for YY Live.

---

[17] In 2019 IR declined in the rankings, but is still a top channel in XHLs data.

### Case Study: "Modern Brothers" Helps a Modern Fraud

We found that purported hit YY act Modern Brothers is in reality such a non-hit that the "fans" watching their concert in person actually were paid to show up.  More damningly, their channel benefitted from YY-linked PU fanbots to rack up their substantial gift totals.

"Is it true that I'm obsessed with ghosts?" belts out Modern Brother's lead singer, Liu Yuning (刘宇宁).[18] He is performing the chorus of the band's supposed hit "Tell the Truth" on their livestream set in the city of Dandong.  The shop-lined street stretches out behind him as passersby stop to listen.



*Modern Brothers Performing in a Street Concert in Dandong, one of the scrolling notes reads "now over 20 million fans"[19]*

Yet despite the hype, we learned from a manager at a Dandong-based YY channel owner that YY paid people to watch this free performance in person.[20]  At least Milli Vanilli had real fans.

The real misrepresentation of Modern Brothers' popularity is evident in the prevalence of bot gifts they receive.  We found that YY has created bots in 58 countries to donate to Modern Brothers' broadcasts.  These bots likely comprise the majority of the 32,398 gift-giving PUs that visited the band's channel in January 2020: We found that almost all of the purported PUs we sampled were in reality Fake Users ("FUs").

We found that 97.9%±10% of the Modern Brothers PUs we sampled were likely fake.[21]  To ascertain the extent of bot activity, we examined behavioral patterns in a random sample of 96 Modern Brothers PUs who sent gifts during Modern Brothers' January 30, 2020 broadcast.  We selected this group as a sample because we believe any PUs sending gifts during a performance were those most likely to be real.  We also selected Modern Brothers because they are unique in the YY Live ecosystem in that Modern

---

[18] https://www.youtube.com/watch?v=0IVW86Y_Z-Y
[19] https://www.bilibili.com/video/BV1Xs411L78A/?spm_id_from=333.788.videocard.0  The earlier videos of street concerts show no fans just shopkeepers.  Apparently, this was noticed and rectified by paying young adoring fans to bulk up the audience.
[20] Investigator interview with YY channel owner manager
[21] Sample derived from a sequential sample selection method. Sample population: 6440. Sample size: 96. CI=10, CL=95%.  Result: 2 of 96 (2.1%) possible real users. 2.1%±10% = 0~12.1% of 6,440 = 0~778 possible real users.

Brothers' channel owner is YY itself.  Therefore, there is little question of any interested third party being the force behind the fraud.

We identified FUs in this sample based on their pattern of sending gifts to Modern Brothers regularly and repeatedly on days the group was off air.  Some PUs giving gifts to Modern Brothers also displayed IP addresses connected to YY's servers, which further indicates that they were YY-controlled bots.

In a particularly successful month, Modern Brothers ranked as the #97 top performer on YY and made RMB 2.9 million in gift income.[22]  However, it seems that YY employed FUs to generate this ranking. Data from XHL as well as the YY app itself show patterns suggestive of bots from July 2020 through September 2020.  For example, on July 22nd and 23rd, 2020, Modern Brothers did not perform, yet the channel received RMB 2,631 from 15,286 PUs and RMB 4,007 from 22,427 PUs, respectively.



*Modern Brothers Gifts Flowing in While Dead-Air Streaming, Image from July 23, 2020*

Although Modern Brothers' normal broadcasting time is in the evening from 7-10 pm, the purple line shown in the XHL gift transaction records below indicates that FUs sent continuous streams of small gifts 24 hours a day, indicative of bot activity.  The image from the XHL dashboard below displays data from July 22, 2020, a day that Modern Brothers was not performing on air.

---

[22] December 2019



*XHL Dashboard of Gift Contributions to Modern Brothers*

### Case Study: Top YY Performers like "Big Li" Get Tens of Millions of RMB in Fake Gift Contributions

We found that Big Li, a top performer at YY, receives almost all of his gift contributions from YY-associated devices or from himself.  We found this by analyzing transaction data for his channel, which revealed that eight users with Device IDs associated with Big Li's own device contributed over 80% of his December 2019 revenue.  This nexus of devices was not only connected to YY-controlled FUs, but collectively, this network of users paid out significantly more to performers than Big Li earned, indicating that this is a YY-backed revenue inflation scheme.  Among the three top performers, we found a common pattern of shared IMEI linkages to large groups of YY-controlled FUs.[23]

Big Li, shown below, is former security guard who has purportedly risen to fame through YY Live.

---

[23] all of the top 3 performers shared their mobile IDs, or IMEIs, indirectly with one YY server user with other 19388 PUs. (19392-3 top performer – the server user)



*Left: Big Li, in a 2018 broadcast.[24]  Right: Big Li receiving his crown at the 2019 annual award ceremony and thanking Pingshen, his top contributor, for helping lift him to victory.[25]*

Day to day, Big Li runs a variety show on YY, cracking jokes and bantering with other performers and fans.  The Hebei native calls his 8.4 million purported fans Li's Army, and his streams each boast hundreds of thousands of views.  As the number-three performer on the YY platform, Big Li receives tens of millions of RMB in donations each year.  In December 2019 alone, 28 million RMB, or 40% of that month's gifts, came from Big Li's #1 Top PU, Pingshen.[26]  That's a pretty good payday for a former average Joe from Hebei.

However, our investigation revealed that Pingshen shares Big Li's IMEI.  We found fourteen other PUs whose IMEIs were also connected to Big Li, including eight Top PUs.  Over the four-month period, gift contributions from these eight accounts amounted to much more than Big Li received.

Overall, we believe ~85% or more of the XHL-reported RMB 18.2 million in gifts Big Li received to win the December 2019 annual competition originated from YY's FUs.[27]  Our analysis indicated that out of the RMB 13.7 million of such gifts for which XHL captured in-depth data, YY-controlled FUs contributed RMB 13.1 million, or 96% of the total.[28]  We believe that the majority of the remaining PUs contributing to Big Li in December 2019 are bot FUs that gave gifts repeatedly when Big Li was off the air:

---

[24] https://www.yy.com/u/99444
[25] https://v.qq.com/x/page/l3050cg41vr.html
[26] Pingshen is usually known as 一蓑烟雨任平生, but also went by 事了拂衣去.  Pingshen's UID is 595157503
[27] XHL reported Big Li's December 2019 gift income was RMB 18.2 million.

[28] XHL's database contained details on 81 PUs with gifts to Big Li totaling RMB 13.7 million, or over 75% of the data set's December 2019 gifts.



*Above:  Example of Big Li continuously receiving gifts when off the air, especially from early morning (midnight to 6:35am Beijing time) on September 19, 2020.[29]*

To us, Big Li seems more like a big lie.

We found such fake donations and inflated revenue were the rule and not the exception in the YY ecosystem, corroborating our findings that ~90% of YY Live revenue is fake.  We lay out how the sausage gets made among various top YY Live performers below.

*The Big Lie is Mutually Controlled Accounts*

We found that through his network of associated accounts, Big Li gifts even more than he gets.  We identified a group of fifteen PUs connected in a nexus of IMEI sharing that tie Big Li and one other performer directly to YY's #1, #24, and #48 top PUs.  His network of shared IMEIs also indirectly connects him to YY Network PUs and YY Server PUs.

---

[29] Big Li's UID is 376746888.  This is indicated in XHL's URL.  Big Li's normal airtime is at night from 9pm to midnight, sometimes he streams for a few hours in afternoon.

| detailInfo_imei | fromId | Paying users' name | Paying users' ranking | Performers' name | Performers' Channel owner | Performers' ranking |
|---|---|---|---|---|---|---|
| 867131n/a46957689 | 2487975063 | 要唸自行车 | 89 | n/a | n/a | n/a |
| 867131n/a46957689 | 2340831136 | 潇 | 48 | n/a | n/a | n/a |
| 867131n/a46957689 | 595157503 | 事了拂衣去 | 1 | n/a | n/a | n/a |
| 869582n/a46n/a49539 | 2371544000 | ♡♡ | 1967 | n/a | n/a | n/a |
| 869582n/a46n/a49539 | 2340831136 | 潇 | 48 | n/a | n/a | n/a |
| 869582n/a46n/a49539 | 595157503 | 事了拂衣去 | 1 | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1554891160 | 4 6 8 4 の回回团 唯爱我丸 | 24 | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1041865168 | 华矩-李明超 | 808 | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 595157503 | 事了拂衣去 | 1 | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 376746888 | YY跨年晚会嘉宾-李先生 | 63 | 李先生 | Chinablue | 3 |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 78497671 | 8108念宝宝 | 1695 | 南门桥 | Huaju | 3232 |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 2527997075 n/a | | n/a | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1367882866 n/a | | n/a | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1361284821 n/a | | n/a | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1360831486 n/a | | n/a | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1360372591 n/a | | n/a | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1203362303 n/a | | n/a | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1113540121 n/a | | n/a | n/a | n/a | n/a |
| 37cf7c847d18dd9494fd62c83ecn/a35dc6f87n/a852 | 1680751727 n/a | | n/a | n/a | n/a | n/a |

Note: n/a means the paying users were not in the top 1000 paying users or the gift income for the performer would be below Rmb1500 for the four months' period

*Top 3 Performer Mr. Li Shares His IMEI with 12 Other PUs, Including Eight Top PUs*

From October 2019 to January 2020, his core group of IMEI-linked PUs sent out RMB 38.4 million in gifts to Mr. Li and other performers.  During this time, Big Li received RMB 26.9 million in gifts, while a performer whose IMEI was linked with Li received 0.15 million, making RMB 27.1 million in total earnings for Big Li-linked users.  After subtracting the 50% cut that should be taken by the YY platform, they earned RMB 13.5 million. However, over the same timeframe, these accounts associated with Big Li gifted RMB 38.4 million.  This means that the net result for accounts associated with Big Li was cash outflows of RMB 24.9 million, even as YY seemingly recorded RMB 13.5 million in revenue from these transactions.   Accordingly, we believe that YY helps Big Li prop up his and other performers' popularity—and YY revenues—by spending far more than he gets:

| ID | Paying users' name | Paying users' ranking | Gift  (Rmb) | |
|---|---|---|---|---|
| 595157503 | 事了拂衣去 | 1 | 27,935,130 | |
| 1554891160 | 4 6 8 4 の回回团 唯爱我丸 | 24 | 4,139,419 | |
| 2340831136 | 潇 | 48 | 2,366,096 | |
| 376746888 | YY跨年晚会嘉宾-李先生 | 63 | 2,024,663 | |
| 2487975063 | 要唸自行车 | 89 | 1,514,167 | |
| 1041865168 | 华矩-李明超 | 808 | 236,046 | |
| 78497671 | 8108念宝宝 | 1695 | 109,227 | |
| 2371544000 | ♡♡ | 1967 | 94,069 | |
| | Cash outflow | | 38,418,817 | a |

| ID | Performers' name | Performers' ranking | Gift income (Rmb) | Performers' Channel owner |
|---|---|---|---|---|
| 376746888 | 李先生   BIG LI | 3 | 26,914,840 | Chinablue |
| 78497671 | 南门桥 | 3232 | 151,744 | Huaju |
| | | | 27,066,583 | b |
| | Cash inflow | | 13,533,292 | c=b* 50% |
| | Net cash outflow | | 24,885,525 | |

Note: the performers and channel owner's revenue share is 50% in general.

*Accounts Bearing IMEIs Associated with Mr. Li's Give Gifts Exceeding His YY Income*

We found that although top PUs and top performers appear to be different people, they are often connected to each other through a murky network of shared IMEIs.[30]   If they were an independent organization, sending gifts to themselves and others, they seemingly could not remain in business long. However, we do not believe this is the case.  As evidenced by the IMEI sharing, connections to the YY Server PUs and YY Internal Network FUs, we believe both Mr. Li and his cohort of connected PUs operate under the ultimate direction and control of YY.  Big Li is one of many top performers we caught exhibiting this behavior.

## Case Study: "Xiaozhou", YY's Top Performer from October 2019 to January 2020, Exhibits Similar Behavior

Like Big Li, #1 top performer Xiaozhou showed massive gift contributions from users with associated IMEIs.  These users were connected to YY-controlled PUs, and the group of associated accounts paid out more in gifts than Xiaozhou received, indicating revenue inflation coming directly from YY.

Xiaozhou was the #1 performer on YY Live over the full term of our data collection period.  From October 2019 to January 2020, XHL displayed RMB 34.4 million in gift income for Xiaozhou, more than for any other channel.  This amounts to RMB 17.2 million after YY's platform cut.



*Xiaozhou's YY Profile Page*

However, we found Xiaozhou's secret: the IMEI associated with his account is also associated with the #2 PU on the entire YY platform, as well as the #8, #35, #146, and #562 PUs:

---

[30] Shared mobile devices are determined by the display of identical shared IMEIs in the data recorded collected from YY.

| detailInfo_imei | fromId | Paying users' name | Paying users' ranking | Performers' name | Performers' Channel owner | Performers' ranking |
|---|---|---|---|---|---|---|
| 19b344f83897a8f464ef4c5ae5aeb2d4ab125a63 | 1839947256 | 震仔哦哦哦 | 2 | n/a | n/a | n/a |
| 19b344f83897a8f464ef4c5ae5aeb2d4ab125a63 | 2482837809 | 1 | 8 | n/a | n/a | n/a |
| 19b344f83897a8f464ef4c5ae5aeb2d4ab125a63 | 2522020427 | 河西 | 35 | n/a | n/a | n/a |
| d437ea731f6n/a13bn/abe72e3166ca5fdcce4e5e266 | 1439886950 | 长颈鹿 | 562 | n/a | 话社 | n/a |
| d437ea731f6n/a13bn/abe72e3166ca5fdcce4e5e266 | 59458359 | 奇领988、小洲哦哦哦 「十二生肖」 | 146 | 小洲 | 话社 | 1 |
| d437ea731f6n/a13bn/abe72e3166ca5fdcce4e5e266 | 2522020427 | 河西 | 35 | n/a | n/a | n/a |

Note: n/a means the paying users were not in the top 1000 paying users or the gift income for the performer would be below Rmb1500 for the four months' period

*Top Performer Xiaozhou, ID: 59458539, Shares His IMEI With a Network of Top PUs*

Upon aggregating these associated accounts, it turns out that Xiaozhou gave out gifts amounting to RMB 25.7 million over the same period. As a result, rather than earning money from YY gifts, the Xiaozhou group of accounts paid out a net RMB 8.5 million while YY booked RMB 17.2 million of revenue:

| ID | Paying users' name | Paying users' ranking | Gift (Rmb) |
|---|---|---|---|
| 1839947256 | 震仔哦哦哦 | 2 | 12,696,580 |
| 2482837809 | 1 | 8 | 8,262,016 |
| 2522020427 | 河西 | 35 | 3,342,279 |
| 59458359 | 奇领988、小洲哦哦哦 「十二生 | 146 | 1,048,263 |
| 1439886950 | 长颈鹿 | 562 | 342,957 |
| | Cash outflow | | 25,692,096 |

| ID | Performers' name | Performers' ranking | Gift income (Rmb) | Performers' Channel owner |
|---|---|---|---|---|
| 59458359 | 小洲 | 1 | 34,388,567 | Huashe |
| | Cash inflow | | 17,194,284 | c=b*50% |
| | Net cash outflow | | 8,497,812 | |

Note: the performers and channel owner's revenue share is 50% in general.

## Case Study: The Same Goes for #2 Top Performer "Ruitiantian"

Top performer Ruitiantian shows the same YY-controlled gifting behavior as Big Li and Xiaozhou.  Her associated users paid out significantly more in gifts than they earned as part of the YY fraudulent revenue inflation scheme.



*Ruitiantian's YY Profile Page*

From October 2019 to January 2020, Ruitiantian netted RMB 34.1 million in YY gifts, per our channel monitoring.  Ruitiantian shared 6 IMEIs with a whopping 15 Top PUs, including YY's #4 Top PU, "Yang," and the #7 Top PU, "Haha Laugh."

| detailInfo_imei | fromId | Paying users' name | Paying users' ranking | Performers' name | Performers' Channel owner | Performers' ranking |
|---|---|---|---|---|---|---|
| 863145040711821 | 2522495875 | 浪子 | 817 | n/a | n/a | n/a |
| 863145040711821 | 1628686221 | 竹香雨影 | 768 | n/a | n/a | n/a |
| 863145040711821 | 2525227633 | 9759喜洋洋 | 181 | n/a | n/a | n/a |
| 863145040711821 | 2488124139 | 洋 | 4 | 洋洋 | 话社 | 6944 |
| 867131047491332 | 2513290239 | 再见只是陌生人! | 1036 | n/a | n/a | n/a |
| 867131047491332 | 2525227633 | 9759喜洋洋 | 181 | n/a | n/a | n/a |
| 867131047491332 | 1759716563 | 太阳 | 118 | n/a | n/a | n/a |
| 867131047491332 | 2488124139 | 洋 | 4 | 洋洋 | 话社 | 6944 |
| 20bd205809b1c4b0b7013fc31551b922c3125784 | 2328837457 | 比奴嘤嘤嘤嘤 | 479 | n/a | n/a | n/a |
| 20bd205809b1c4b0b7013fc31551b922c3125784 | 2525227633 | 9759喜洋洋 | 181 | n/a | n/a | n/a |
| 20bd205809b1c4b0b7013fc31551b922c3125784 | 2488124139 | 洋 | 4 | 洋洋 | 话社 | 6944 |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 2364916698 | ?（拒马甲） | 1241 | n/a | n/a | n/a |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 19362481 | 冷心为帝 | 658 | n/a | n/a | n/a |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 2230860044 | 提剔：到期主播开价！ | 274 | n/a | n/a | n/a |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 8038540 | 再见你好 | 218 | n/a | n/a | n/a |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 2342738929 | ! | 148 | n/a | n/a | n/a |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 2470856520 | 简单... | 22 | n/a | n/a | n/a |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 2489118200 | 哈哈大笑 | 7 | n/a | n/a | n/a |
| 45b572fd95b3f1b68a9ef50c2a3d132fd92ea410 | 2488124139 | 洋 | 4 | 洋洋 | 话社 | 6944 |
| db57166449d37ff4112fe58cde2cedc7f5a8ea3e | 19362481 | 冷心为帝 | 658 | n/a | n/a | n/a |
| db57166449d37ff4112fe58cde2cedc7f5a8ea3e | 2230860044 | 提剔：到期主播开价！ | 274 | n/a | n/a | n/a |
| db57166449d37ff4112fe58cde2cedc7f5a8ea3e | 8038540 | 再见你好 | 218 | n/a | n/a | n/a |
| db57166449d37ff4112fe58cde2cedc7f5a8ea3e | 2470856520 | 简单... | 22 | n/a | n/a | n/a |
| db57166449d37ff4112fe58cde2cedc7f5a8ea3e | 2489118200 | 哈哈大笑 | 7 | n/a | n/a | n/a |
| db57166449d37ff4112fe58cde2cedc7f5a8ea3e | 2488124139 | 洋 | 4 | 洋洋 | 话社 | 6944 |
| 83b3e42c9e848e6ff56158dded4b64f1b4e9ebcf8 | 284204134 | 菊花、沦 | 386 | n/a | n/a | n/a |
| 83b3e42c9e848e6ff56158dded4b64f1b4e9ebcf8 | 2525227633 | 9759喜洋洋 **RUITIANTIAN** | 181 | n/a | n/a | n/a |
| 83b3e42c9e848e6ff56158dded4b64f1b4e9ebcf8 | 1131637770 | 【话社】9759芮甜甜 面对疾风吧 | 171 | 芮甜甜 | 话社 | 2 |
| 83b3e42c9e848e6ff56158dded4b64f1b4e9ebcf8 | 2488124139 | 洋 | 4 | 洋洋 | 话社 | 6944 |
| 83b3e42c9e848e6ff56158dded4b64f1b4e9ebcf8 | 1162513570 | n/a | n/a | n/a | n/a | n/a |

Note: n/a means the paying users were not in the top 1000 paying users or the gift income for the performer would be below Rmb1500 for the four months' period

*Top Performer Ruitiantian's IMEI is Shared with a Network of Top PUs, Including "Yang", Her Top Contributor*

Collectively, the group showed a net cash outflow of RMB 12.0 million. Yet, YY would have recorded RMB 17.1 million in revenues from gifts given to Ruitiantian, as shown below.

| ID | Paying users' name | Paying users' ranking | Gift (Rmb) | |
|---|---|---|---|---|
| 2488124139 | 洋 | 4 | 10,231,921 | |
| 2489118200 | 哈哈大笑 | 7 | 8,478,660 | |
| 2470856520 | 简单... | 22 | 4,321,361 | |
| 1759716563 | 太阳 | 118 | 1,262,073 | |
| 2342738929 | ! | 148 | 1,034,737 | |
| 2525227633 | 9759喜洋洋 | 181 | 875,385 | |
| 8038540 | 再见你好 | 218 | 738,414 | |
| 2230860044 | 提剔：到期主播开价！ | 274 | 615,887 | |
| 2328837457 | 比奴嘤嘤嘤嘤 | 479 | 390,267 | |
| 19362481 | 冷心为帝 | 658 | 298,629 | |
| 1628686221 | 竹香雨影 | 768 | 251,188 | |
| 2522495875 | 浪子 | 817 | 232,742 | |
| 2513290239 | 再见只是陌生人! | 1036 | 184,605 | |
| 2364916698 | ?（拒马甲） | 1241 | 151,922 | |
| 1131637770 | 【话社】9759芮甜甜 面对疾风吧 | 171 | 920,676 | |
| 1162513570 | n/a | | | |
| | Cash outflow | | 29,988,469 | a |
| | | | | |
| ID | Performers' name | Performers' ranking | Gift income (Rmb) | Performers' Channel owner |
| 1131637770 | 芮甜甜 | 2 | 34,152,352 | Huashe |
| 2488124139 | 洋洋 | 6944 | 68,095 | Huashe |
| | | | 34,220,447 | |
| | Cash inflow | | 17,110,223 | c=b*50% |
| | Net cash outflow | | 11,957,570 | d=a-c |

Note: the performers and channel owner's revenue share is 50% in general.

YY works hard to keep the illusion of independence between Top Performers and Top PUs. An internal YY news story told of Ruitiantian's amazing victory with the help of her top contributor, Yang, during a

faceoff with another performer. Curiously, in the heat of the competition, Ruitiantian got up and left her seat, after which her devoted patron Yang suddenly sent one of the most expensive virtual gifts, boosting Ruitiantian to victory.[31]  But there is no miracle here: IMEI sharing between Yang and Ruitiantian shows that Yang is inflating Ruitiantian's earnings—and YY revenues—by tens of millions of RMB.

The 3 top performers discussed above, Big Li, Xiaozhou, and Ruitiantian, shared IMEIs with a group of 19,391 PUs who also shared an IMEI with a single YY Server User, called "Thin Noodle, who is discussed infra.  In December 2019, their combined net cash outflow was RMB 106.0 million.

| Net Cash Outflows by 19,392 PUs Sharing an IMEI with a Single YY Server User | |
| --- | --- |
| Units: Rmb | Dec. 2019 |
| Gifts sent out by19,392 Paying Users | 156,870,701 |
| Cash outflow | 156,870,701 |
| Gifts received by performers in the group of 19,392 PUs | 101,740,000 |
| Cash inflow | 50,870,000 |
| Net cash outflow | 106,000,701 |

Note: the YY Server User at the intersection of these 19,392 PUs is called "Thin Noodle" who is discussed infra.

These connections between performers and PUs further support our estimated that YY has fabricated ~90% of gift revenue.  As we detail below, YY accomplishes this feat with the help of a network of PU bots and close ties with channel owners.


## Case Study: Top Performer ShenMan Regularly Receives Tips When Not Broadcasting

ShenMan, the winner of YY's 2017 annual competition, also received barrages of gifts and tips from a large number of PUs, even when not broadcasting for nearly one month.

---

[31] https://www.yy.com/yue/182938 , "昨天晚上芮甜甜与美女主播乱斗，这时候芮甜甜起身离座了，神豪洋洋现身豪刷超大飞机，直接秒了榜首，并且帮助芮甜甜的乱斗大比分战胜了对手。"  "Last night, Rui Tiantian was fighting with a beautiful anchor.  During the fight, Rui Tiantian got up and left her seat. Tycoon Yangyang appeared and brushed a jumbo jet, launching her into the lead in a matter of seconds, helping Rui Tiantian's defeat her opponent by a wide margin."



In late July of 2020, data on ShenMan's broadcasting room showed her last broadcast had been 29 days prior. According to both XHL and YY's own platform contribution records, over the course of a week in which she had not performed, ShenMan received RMB 9,958 in gift contributions.  In light of the abundance of revenue inflation evidence we uncovered, we believe such contribution patterns are hallmarks of yet more fake sales.

According to XHL's data for ShenMan, over the course of the 30 days prior to July 23, she did not perform on 28 days.  Nevertheless, over the same period, 10,452 PUs sent her gifts of less than RMB 10. The purple line starting below at June 25th shows that the trend of off-air gifts was continuous and regular, suggestive of bot activity responsible for the flow of low-value gifts:



Bots like these appear to be a necessary condition for performers to be successful on YY.

## Case Study: Channel Owner Claims Cuiazha's Contract Pays Her Only a Fraction of RMB 60 Million in Annual Gifts

We found that performers are often vastly underpaid compared to what they would be expected to earn from their gifts.  This is because the gift totals are fake.  The faking of YY's revenue is further enabled by the interlocking nature of YY channel owners, as we found that the top eleven channels were founded by former YY employees or were spun off from such channels.  We found that a top performer who has alluded to bot activity on his channel was, indeed, the beneficiary of significant bot contributions.  We also tracked gift contribution histories of four Top PUs and found that they were FU Bots, as they show IPs coming from inside YY; exhibited impossible geographic IP address switching; or both.

This past winter, our investigator stepped onto a commercial plaza in Dandong, a port city at the mouth of the Yalu river across from North Korea.  The investigator took an elevator halfway up one of the skyscrapers to enter the midsized office of a YY channel owner.  The head of the channel owner was roughly 35 years old, and he looked as casual as he spoke: Dressed in a polo shirt and jeans, he was happy to discuss how the channel owner created the appearance of earnings for its performers.

He brought up Cuiazha, the #16 performer on YY during our four-month monitoring period, highlighting her headline annual earnings of RMB 60 million in gifts and claiming that her real earnings were from a monthly salary that was much lower.



*Cuiazha[32]*

"Cuiazha looks really big-time," he said. "How much does she earn every month? Take a guess."

Without even waiting for our investigator to respond, he breathlessly continued, "The contract with her is that she can only have a monthly salary of just 150,000 - 200,000 RMB for the next two years.  All the rest is the company's."

In other words, he was saying that Cuiazha agreed to an annual compensation package equal to ~$300,000, or just 4% of her supposed gift total.  If this is correct, which we believe it is based on our other research, it speaks volumes about the revenue inflation at YY.  In Cuiazha's case, she seemingly should be entitled to approximately RMB 15 million in gift revenue sharing per year, as channel owners generally remit 20% to 30% of the virtual gift revenues received by performers.[33]  The magnitude of this alleged pay discrepancy suggests that revenue on her channel could be overstated by over six times.

---

[32] http://www.bestchinanews.com/Fashion/18739.html
[33] According to the performer agreements with the platform, channel owners receive ~50% of the gifts income, of which 20% to 30% of that 50% would be retained by those Channel owners.  The remaining 70%~80% of that 50% split of the shared gift revenue is by the Channel owners to the performers.  Evidence presented in Chinese lawsuits and court documents show the revenue share from the platform and then paid the YY Live performers.  As such, the revenue reported is gross revenue including that share that is due to the performers.  Although there are some performers who are not paid this way, they are rare, the vast majority are paid via the channel owners.

Other performers have also discussed the meaningless YY gift totals and the contrived nature of the ecosystem, even while receiving significant bot contributions themselves.

### Case Study: Performer Liu Yishou Openly Jokes About YY Being a Scam

Our analysis found significant bot activity on the channel of one top performer, Liu Yishou (刘一手), with a group of users from the same IP block donating to the same list of performers, including Liu. We found them to be YY-controlled bots because each performer on the list received similar-sized donations from group members, even as these donation sizes varied from performer to performer.

Liu is a star YY performer who has joked about paid scamming on the YY platform. He made headlines in China's livestreaming blogs for a scandal involving his jumping to a competitor's platform, Kuaishou, in hopes of making more money, but then being forced to return after losing a suit from YY.[34] YY celebrated his return and let him resume his top earner status.[35] An interview made after his return ran on the headline "Liu Yishou said if he didn't return to YY, he might have been gone forever. This time, he came back to 'scam money.'"



*Interview with Liu Yishou*

---

[34] https://www.sohu.com/a/342283839_161795
[35] https://www.yy.com/yue/181399

At the end of the interview, Liu Yishou gave a warning to fans and small, aspiring performers:

刘一手表示 YY 是个需要钱玩的地方，自己这次回来也是"骗钱"的。但是他也是呼吁在上班的可以给自己刷礼物，月收入低于 5000 的就不用给自己刷了。

*"Liu Yishuo explained that YY is a platform which requires money to play, he himself also returned just to 'scam money.'  But he called out to those whose daily work involves brushing (sending fake) gifts, telling them if you are making less than 5,000 RMB a month, sending yourself gifts is not worth it."*

Not surprisingly, as we demonstrate below, we found that YY-controlled bots supply Liu Yishou with fake gifts.

Liu still ranks as a top earner and he receives continuous streams of small contributions. Many of these contributions appear to come from groups of PUs.  These groups, which can be identified because they are clustered in specific IP address blocks, feed a stream of near-identical gift amounts to near-identical groups of performers, including when the performers are off air.



*Liu Yishuo Receiving A Stream of Gifts While Offline*

We traced 100 IP addresses used to contribute to Liu Yishuo's room back to 38 different IP blocks.[36] During the expanded monitoring period from November 20, 2019 to February 4, 2020, we collected gifting data from 26 IPs in that IP block.  Within the block, we identified 14,503 PUs repeatedly sending gifts to 35 performers.  The 35 performers belonged to 16 different channel owners and YY, and 11 of these performers were ranked as Top 100 channels for gift revenue.

---

[36] Most of these networks were hiding behind VPN's, which is a highly unusual in China for two reasons: in China VPNs are normally used tunnel under the Great Firewall which slows down the broadcast feed, decreasing the quality of the viewing experience.

This diversity of beneficiaries is compelling evidence that the gifting network was not operated by a single channel owner or small clique of channel owners, but by YY itself.  As we see below, three of the IPs in this IP block made near-identical total contributions to the same performers, including Liu and performers Little BJ and Picasso.  This activity is compelling evidence of non-human, programmed activity:

**Gifts from IP: IP 59.45.170.206**

| To Id (Recipient) | Sum of Gifts | Recipient / Broadcaster Name | | Dec 2019 Broadcaster Rank | Channel Owner | |
|---|---|---|---|---|---|---|
| 61986797 | 22,290 | 刘一手(613) | Liu Yishou | 22 | 红秀坊 | 669 |
| 2367990749 | 12,750 | 美胸公 | | 468 | 快乐家族 | 368 |
| 1433856588 | 12,150 | 小北京 | Little BJ | 329 | 奇领 | 811 |
| 65459752 | 10,710 | 毕加索 | Picasso | 31 | 娱+ | 543 |
| 1260171171 | 7,070 | 兰梦莎 | | 50 | 娱+ | 543 |
| 818247605 | 5,140 | 土司云姐 | | 1,305 | 中国蓝 | 2080 |
| 1106957524 | 680 | 699易努努 | | 1,165 | 心悦 | 699 |
| 2469319812 | 350 | 钧利小果然 | | 178,879 | 钧利 | 22169 |
| 2398773182 | 110 | 温暖 | | 14,737 | 光翼 | 5200 |
| 394013542 | | | | | | |

**Gifts from IP: 59.45.170.213**

| To Id (Recipient) | Sum of Gifts | Recipient / Broadcaster Name | | Dec 2019 Broadcaster Rank | Channel Owner | |
|---|---|---|---|---|---|---|
| 61986797 | 21,010 | 刘一手(613) | Liu Yishou | 22 | 红秀坊 | 669 |
| 2367990749 | 13,630 | 美胸公 | | 468 | 快乐家族 | 368 |
| 1433856588 | 12,390 | 小北京 | Little BJ | 329 | 奇领 | 811 |
| 65459752 | 11,610 | 毕加索 | Picasso | 31 | 娱+ | 543 |
| 1260171171 | 7,330 | 兰梦莎 | | 50 | 娱+ | 543 |
| 818247605 | 4,950 | 土司云姐 | | 1305 | 中国蓝 | 2080 |
| 1106957524 | 810 | 699易努努 | | 1165 | 心悦 | 699 |
| 2469319812 | 480 | 钧利小果然 | | 17879 | 钧利 | 22169 |
| 2398773182 | 140 | 温暖 | | 14737 | 光翼 | 5200 |
| 394013542 | 10 | Mc水观音 | | 4155 | 中国蓝 | 2080 |

**Gifts from IP: 59.45.170.216**

| To Id (Recipient) | Sum of Gifts | Recipient / Broadcaster Name | | Dec 2019 Broadcaster Rank | Channel Owner | |
|---|---|---|---|---|---|---|
| 61986797 | 20,630 | 刘一手(613) | Liu Yishou | 22 | 红秀坊 | 669 |
| 2367990749 | 13,800 | 美胸公 | | 468 | 快乐家族 | 368 |
| 1433856588 | 12,150 | 小北京 | Little BJ | 329 | 奇领 | 811 |
| 65459752 | 10,470 | 毕加索 | Picasso | 31 | 娱+ | 543 |
| 1260171171 | 6,620 | 兰梦莎 | | 50 | 娱+ | 543 |
| 818247605 | 5,190 | 土司云姐 | | 1305 | 中国蓝 | 2080 |
| 1106957524 | 830 | 699易努努 | | 1165 | 心悦 | 699 |
| 2469319812 | 360 | 钧利小果然 | | 17879 | 钧利 | 22169 |
| 2398773182 | 180 | 温暖 | | 14737 | 光翼 | 5200 |
| 394013542 | 40 | Mc水观音 | | 4155 | 中国蓝 | 2080 |

*Near-Identical Gifts from Neighboring IPs to Same Performers Suggest These PUs Are FU Bots*

## A Channel Owner Illustrates the Interlocking Revenue Inflation Scheme with YY

Our investigators learned that YY's revenue fraud is made possible by the fact that most top channel owners are explicitly or implicitly set up or heavily influenced by YY.

Our investigator drove up to a handful of small houses that sit in a residential compound in Guangzhou. These are the unassuming offices of a large YY channel owner.  It was founded by an ex-YY employee

and pioneer of YY's livestreaming channel owner system.  Its predecessor channel owner, called "The 80s", had dominated YY broadcasting by managing thousands of performers.

"Our weight accounted for 70% of the total [performers], and any of the names that were mentioned on the platform, everyone knew they were from our company," a senior talent manager explained.

This concentration of talent under one channel owner seemed strange, given YY's supposedly broad performer base.  However, an employee at a subsidiary of this channel owner explained that "The 80s" started with the aid of Chairman David Li's assistant, a woman named Wang Xiangqi.  Not coincidentally, Wang later moved to Singapore and was involved in setting up Bigo.[37]

"It's like this," he told our investigator.  "plainly speaking… because Mr. Li's [Chairman David Li's] support for our company is so great, all of our three channels were provided by Mr. Li for free.  We did not spend any money [to buy them]."

We believe this assistance conceals the fact that the performers, the agencies, and YY itself make much less in legitimate sales than the constant stream of gifts implies.  In fact, the close-knit nature of YY and its channel owners makes revenue inflation all the easier.

The platform-channel owner-performer triangle is under YY's control.  The top 11 channel owners serving YY were created from the platform itself, while large channels have co-founded small channels with performers, effectively creating a YY-led branch network. Through YY's closeness with channel owners, YY has created the illusion of a third-party relationship while allowing the company to maintain control of its Potemkin ecosystem of fake viewers and inflated revenues.  Prior to 2016, performers had been hired by and contracted directly with the platform's company, Huanju Media.[38]  Starting in 2016, however, new performers signed contracts with the channel owners.

Over the past four years, YY channel owners have set up new channel owners and purchased partial or total stakes in others.  According to SAIC information and our analysis of contributions made by top PUs associated with the channels, we can see that the Top 11 channel owners control many smaller channel owners.[39]  XHL data shows that stated gift revenue earned by the Top 11 channel owners amounted to ~44.1% of YY's stated gift revenue in Q4 2019.[40]

---

[37] https://www.newton.com.tw/wiki/王薇琦
[38] Chinese lawsuit: 北京华信普雷文化传媒有限公司等合同纠纷二审民事判决书

[39] For example, Yujia is the parent company of L+.
[40] Source: XHL data

| No. | Channel Owners | | Gift Income * | % of Total Gift Income |
|---|---|---|---|---|
| 1 | Yujia | 娱+ | 249,813,478 | 9.3% |
| 2 | Huashe | 话社 | 180,784,227 | 6.7% |
| 3 | Wudi | 舞帝 | 172,248,002 | 6.4% |
| 4 | Xinyue | 心悦 | 125,180,227 | 4.7% |
| 5 | Chinablue | 中国蓝 | 118,437,684 | 4.4% |
| 6 | Huaju | 华炬 | 92,825,904 | 3.4% |
| 7 | Mianjia | 冕加 | 66,814,867 | 2.5% |
| 8 | Qiling | 奇领 | 57,902,176 | 2.2% |
| 9 | Hongxiufang | 红秀坊 | 51,052,646 | 1.9% |
| 10 | IR | IR | 28,333,551 | 1.1% |
| 11 | DZ | DZ | 42,783,957 | 1.6% |
| | Total | | 1,186,176,720 | **44.1%** |

*4 months' gift income from Oct 2019 to Jan 2020

*The Top 11 Channel Owners and Their Share of Total YY Gift Revenue*

Using the previously discussed methodology for identifying YY-controlled channel owners by tracing shared, YY-linked IMEIs, we believe it very likely that 500 additional channel owners are also controlled by YY. Collectively, these channel owners' revenues equate to ~80% of YY's Q4 2019 revenues.

## Time to Upgrade the FraudTech: Slip-Ups Reveal YY-Controlled Gifting

The cozy YY-channel owner relationship handily enables revenue fraud. Through our data collection activities, we were able to use Top PUs' IPs to identify widespread FU Bot contributions. We present the cases of four such Top Paying FU below.

We found PUs' ties to YY when they exposed internal IP addresses in their website logs. These PUs were either connected to the local host server IP (127.0.0.1) or to YY's local networks (100.64.0.0/.10).[41] Such users are herein referred to as YY Internal Network FUs, since they could not be associated with these IPs unless they were working within YY servers. These FUs, both humans and bots, systematically bolstered gift revenues for a wide variety of performers across different channel owners, indicating the breadth of revenue fraud in the YY ecosystem.

## Case Study: FU Bot Activity for Dafashijian, or "Killing Time" (打发时间)

Killing Time is an apparently well-known Top PU who also has managerial sway in the YY ecosystem. We found that his account demonstrated FU Bot activity.

Killing Time ranked the #4 PU over our four-month monitoring period, with RMB 9.7 million in gifts. He was also involved with two top YY channel owners, Bluerain and Qiling, for more than 8 years.[42] He is currently the channel manager of Qiling.

---

[41] In this report, fake users presenting the local host server IP (127.0.0.1) in the transaction logs are referred to as YY Server FUs and the paying users presenting YY's local network IP addresses (100.64.0.0/.10) are referred to as YY Internal Network FUs

[42] As indicated in the film "People's Republic of Desire."

The local host IP, 127.0.0.1,[43] suddenly emerged in Killing Time's gifting pattern, which we believe indicates an accidental leak, perhaps caused by a temporary glitch in the software used to mask the user's real origin. We collected 8,908 of Killing Time's gifting transactions; of these, 50 in our sample set recorded the IP address 127.0.0.1.



*Killing Time's Gifting Activities Originating From a "Normal" IP, 11/20/19-2/4/20*



*Killing Time's Gifting Activities Originating with IP 127.0.0.1, 11/20/19-2/4/20*

## Case Study: Thin Noodle (小面 or 遗失机器猫的大熊)

We found that Thin Noodle, the #91 Top PU during our monitoring period, sits in a network of FU Bots. Thin Noodle exhibited near-impossible geographic IP skips between Chile and China while also revealing the local host IP address, 127.0.0.1.

We found 19,391 PUs' IDs were connected to "Thin Noodle" through various shared IMEIs.  In other words, while a viewer would observe 19,392 individual users, our data collection showed that all of these PUs were in fact FUs tied to the same program that ran "Thin Noodle's" account.  These IMEIs include those of the top three YY Live performers: Big Li, Xiaozhou, and Ruitiantian.

As with Killing Time, the local host IP address 127.0.0.1 appears to have been exposed by accident.  Only 10 of 12,926 (<0.08%) of Thin Noodle's transactions displayed the IP 127.0.0.1.

---

[43] A 127.0.0.1 is an IP created by a "localhost" indicating that the activity is being conducted within the server itself, totally separate from the external internet.



*Thin Noodle's Gifting Activities from a Seemingly Normal IP, 11/20/19-2/4/20*



*Thin Noodle's Gifting Activities Originating from IP 127.0.0.1, 11/20/19-2/4/20*

Thin Noodle's IP traveled from China to Chile in minutes, which would be impossible for a real person (assuming he's not in orbit) and shows Thin Noodle is part of a FU Bot network.

Thin Noodle's IP bounced from Chile to China and back to Chile again in the span of minutes.  The 127.0.0.1 local host IP address was also revealed when a barrage of gifts was sent out at UTC 17:26 below, while the IMEI field turned blank, as can be seen in the middle column of the log.  When the next set of gifts went out at UTC 17:42, the program resumed displaying an IP address in Santiago, Chile.

| timestamp | fromid | fromName | toid | toName | datailInfo_imei | gift_name | total | type | datailInfo_ip | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/2019 8:48 | 74615941 | 遗失机器猫猫的大狸 | 1344367555 | 中国盆，静小霜求个人票 | ad558b5c3f506d9bc42fc9fac75d8a48c5e7d6df | 幸运之星(10) | 13140 | 1513 | 45.232.94.12 | Santiago |
| 12/12/2019 10:36 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿（求工会费） | | 至尊公会图(150000) | 150000 | 1644 | 113.102.166.22 | Shenzhen |
| 12/12/2019 16:32 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | ad558b5c3f506d9bc42fc9fac75d8a48c5e7d6df | 真爱(0) | 0 | 5099 | 45.232.94.45 | Santiago |
| 12/12/2019 17:26 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | | 幸运之星(10) | 5200 | 1513 | 127.0.0.1 | |
| 12/12/2019 17:26 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | | 幸运之星(10) | 5200 | 1513 | 127.0.0.1 | |
| 12/12/2019 17:26 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | | 幸运之星(10) | 5200 | 1513 | 127.0.0.1 | |
| 12/12/2019 17:26 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | | 幸运之星(10) | 5200 | 1513 | 127.0.0.1 | |
| 12/12/2019 17:26 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | | 幸运之星(10) | 5200 | 1513 | 127.0.0.1 | |
| 12/12/2019 17:26 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | | 幸运之星(10) | 5200 | 1513 | 127.0.0.1 | |
| 12/12/2019 17:26 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | | 幸运之星(10) | 5200 | 1513 | 127.0.0.1 | |
| 12/12/2019 17:42 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | ad558b5c3f506d9bc42fc9fac75d8a48c5e7d6df | 天使么么哒(990) | 99000 | 1404 | 45.232.94.45 | Santiago |
| 12/12/2019 18:01 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | ad558b5c3f506d9bc42fc9fac75d8a48c5e7d6df | 丘比特(19900) | 19900 | 1523 | 45.232.94.45 | Santiago |
| 12/12/2019 18:48 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | ad558b5c3f506d9bc42fc9fac75d8a48c5e7d6df | 天使么么哒(990) | 99000 | 1404 | 201.219.239.96 | Santiago |
| 12/12/2019 19:02 | 74615941 | 遗失机器猫猫的大狸 | 2332022001 | 华姐-35593小雨儿 | ad558b5c3f506d9bc42fc9fac75d8a48c5e7d6df | 天使么么哒(990) | 9900 | 1404 | 201.219.239.96 | Santiago |

*Thin Noodle's Rapid IP Switches: From Santiago to Shenzhen to Local Host and Back*

This rapid IP movement from Chile to China and back was not an isolated event.  On Jan 25, 2020, the transaction logs show that Thin Noodle's IP again hopped from Santiago, Chile to Beijing and back in less than 50 minutes.



*Thin Noodle: From Santiago, Chile to Beijing and Back to Santiago in Under 50 Minutes*

## Case Study: FU Bot Activity for Orange Juice, a Live Broadcast Room Manager (果粒橙)

Gift contributions from Orange Juice, a Top PU and a channel room manager for YY, showed internal YY IP addresses as well as the local host IP of 127.0.0.1, indicating bot activity on this account.

Orange Juice was the #109 Top PU for the four-month monitoring period from November 2019 to February 2020 and an "intern room manager", as seen below.  Room managers are used by YY or channel owners to monitor performer-viewer interactions and assist with controlling content.[44]



*1369 Orange Juice PU profile on XHL*

According to an interview with a different room manager, some would be paid in YY's Y Coin for their work, even though that is illegal under PRC law.  Paying for services with virtual currency is in direct violation of Chinese laws and regulations pertaining to the use of virtual currencies in online gaming

---

[44] In China there are content restrictions against politically problematic content, sexually risqué content, etc. which need to be monitored.  The room manager is responsible for monitoring and managing the discussion, so it does not run afoul of the regulations.  As explained above, the platform also gives some of them additional responsibilities, like boosting bot attendance in the room or managing bot gifting activities.

forums.[45,46]  Below, a recruitment advertisement posted by YY offers room managers "oceans of Y Coin."[47,48]



*"YY 59 Talk Show /992 Nights Channel Urgently Needs Room Managers. Compensation: a YY bear, a YY bag, YY swag, and lots of Y Coin await you."a*

Orange Juice's gifting pattern shifted into that of an FU Bot in June 2020, presenting additional evidence that YY is using FU Bots extensively on its platforms.  Though Orange Juice was a Top PU, he used both an internal YY network-connected IP and the 127.0.0.1 local host IP.



*Orange Juice's Gifting Activities from a Seemingly Normal IP, 11/20/19-2/4/20*

---

[45] http://www.chinaiprlaw.com/index.php?id=5119 In China, virtual coins can be used for limited transactions, such as in game purchases of virtual items.  They are prohibited from being used as a currency to pay staff, settle debts, or make other commercial transactions.  "Except for purchasing with legal currency, online game operating enterprises shall not use any other means to provide users with virtual currency for online games… The scope of use of online game virtual currency is limited to the exchange of virtual services provided by the issuing enterprise itself, and may not be used to pay for, purchase physical products or exchange any products and services of other enterprises."

[46] YY 2019 20-F, p. 72

[47] The Y Coin payment is ~ few hundred RMB Y coin per month as we were told

[48] "海量的 YB", http://www.yy.com/bbs/thread-29864940-1-1.html.

*Orange Juice's Gifting Activities Originating with IP 127.0.0.1, 11/20/19-2/4/20*

We also found suspicious IP address skips in Orange Juice's gifting activity on Jan 28, 2020. Orange Juice started sending gifts on one IP address, 112.17.241.1 in Ningbo, and then in the midst of a barrage of gifts, he exposed the local host IP, 127.0.0.1.[49] After less than a minute of rapid gifting, the original Ningbo IP was displayed again. This pattern is indicative of a VPN or other IP disguising software being used to hide the address of the real origin of the gifts, which was YY's own local server. We believe that in mainland China, it is highly unusual to activate a VPN while streaming content from a Chinese website. This slows down the connection speed and degrades the viewing experience.[50] An example of Orange Juice's gifts that came from the local host IP is highlighted below:



*Example of Orange Juice's Gifting Activities Originating from the Local Host, 127.0.0.1*

When an abnormal IP address, such as a local host IP or an internal network-connected IP are logged, there is usually no IMEI recorded by YY, as seen from the blanks that appear in the "detailInfo_imei" column above.[51] Such missing data indicates that this is not a normally operating mobile device, and might instead be a bot program running on a server. This further supports the conclusion that Orange Juice and the other users of these abnormal IPs are either bots or are assisted by bots running software gifting programs connected to YY servers while spoofing mobile device IMEIs and external IPs.

## Case Study: Bot Activity For "Alright" or "nonoKe" (可以的 or nono 可)

---

[49] https://whatismyipaddress.com/ip/112.17.241.1, Ningbo City, Zhejiang Province
[50] VPNs are most commonly used for viewing content that is on overseas servers and blocked by China's Great Firewall.
[51] There were a few exceptions where the prior IMEI was repeated and carried over into the records of gift transactions originating from the abnormal IP addresses, but irregular performance is the nature of a program glitch.

Alright is the #145 Top PU.  Alright not only revealed a local host IP, but jumped back and forth between Chinese and Malaysian IPs three times during the period of the Chinese lockdown, indicating Alright is an FU Bot.

During the period from Nov 20, 2019 to Feb 4, 2020, we collected 26,653 sets of gifts from Alright in our sample data, with a total value of 73.75 million Y Coin, or RMB 737,486.



*Alright's Gift Transaction Records, 11/20/2019 – 2/4/2020*

In Malaysia, Alright's gifts originated from multiple IP addresses, but intermixed with these were also 10 records of gifts originating from 127.0.0.1.



*Alright's Transactions: Gifts Originating From the 127.0.0.1 Local Host IP and Kuala Lumpur*

Alright's IP went from Malaysia to Quanzhou, China and back to Kuala Lumpur, Malaysia in just over 20 hours on January 27, 2020, after the lockdown period in China had already started. Five days later, Alright's IP traveled to Quanzhou, Fujian again.

China started its lockdown gradually beginning on Jan 23.  Although the international transportation system was not yet completely shut down, the probability of such rapid domestic and international travel to and from China in late January and early February was nearly zero.

| timestamp | fromId | fromName | toId | toName | detailInfo_imei | gift_name | location | total | type | detailInfo_1 | city |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/2020 15:09 | 2484819425 | nono可 | (吳知伯) | 1031134054 | 小白 微 | 861118048375586 | 月亮(10) | 3.1249,101.6831 | 13140 | 1627 | 202.187.11.160 | Kuala Lumpur |
| 1/26/2020 15:09 | 2484819425 | nono可 | (吳知伯) | 1031134054 | 小白 微 | 861118048375586 | 月亮(10) | 3.1249,101.6831 | 13140 | 1627 | 202.187.11.160 | Kuala Lumpur |
| 1/26/2020 15:19 | 2484819425 | nono可 | (吳知伯) | 2297283609 | 华毛 好好好 | 861118048375586 | 丘比熊(19900) | 3.1249,101.6831 | 19900 | 1404 | 202.187.11.160 | Kuala Lumpur |
| 1/26/2020 15:20 | 2484819425 | nono可 | (吳知伯) | 2297283609 | 华毛 好好好 | | 天使公主(公馆)(900) | 3.1249,101.6831 | 1900 | 1404 | 202.187.11.160 | Kuala Lumpur |
| 1/27/2020 9:16 | 2484819425 | nono可 | (吳知伯) | 1759324433 | 小蕪 禁寂 | | 被雷了(90) | 24.4798,118.0819 | 90 | 1014 | 36.249.111.148 | FJ |
| 1/27/2020 9:16 | 2484819425 | nono可 | (吳知伯) | 1759324433 | 小蕪 禁寂 | | 被雷了(90) | 24.4798,118.0819 | 90 | 1014 | 36.249.111.148 | FJ |
| 1/27/2020 9:16 | 2484819425 | nono可 | (吳知伯) | 1759324433 | 小蕪 禁寂 | | 被雷了(90) | 24.4798,118.0819 | 90 | 1014 | 36.249.111.148 | FJ |
| 1/27/2020 9:16 | 2484819425 | nono可 | (吳知伯) | 1759324433 | 小蕪 禁寂 | | 被雷了(90) | 24.4798,118.0819 | 90 | 1014 | 36.249.111.148 | FJ |
| 1/27/2020 11:46 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 3.1512,101.7103 | 0 | 5099 | 202.187.43.184 | Kuala Lumpur |
| 1/27/2020 11:46 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 3.1512,101.7103 | 0 | 5099 | 202.187.43.184 | Kuala Lumpur |
| 1/27/2020 11:46 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 3.1512,101.7103 | 0 | 5099 | 202.187.43.184 | Kuala Lumpur |
| 1/27/2020 11:46 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 3.1512,101.7103 | 0 | 5099 | 202.187.43.184 | Kuala Lumpur |
| 1/27/2020 11:46 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 3.1512,101.7103 | 0 | 5099 | 202.187.43.184 | Kuala Lumpur |
| 1/27/2020 11:46 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 3.1512,101.7103 | 0 | 5099 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 1/30/2020 12:03 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | 861118048375586 | 丘比熊(19900) | 3.1512,101.7103 | 19900 | 1523 | 202.187.43.184 | Kuala Lumpur |
| 2/2/2020 10:12 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 24.4798,118.0819 | 0 | 5099 | 36.249.111.148 | FJ |
| 2/2/2020 10:12 | 2484819425 | nono可 | (吳知伯) | 1434283253 | 送t章卿圈 笑起来就开心啦 | | 真意(0) | 24.4798,118.0819 | 0 | 5099 | 36.249.111.148 | FJ |

*Alright's International Travels at the Start of China's Lockdown: Kuala Lumpur-Quanzhou*

## YY's FUs Appear to Have Access to a lot of Passports

Over the course of our YY Live data monitoring, we identified 2.35 million gift transactions from 16,288 PUs originating from 156 countries.  The number of transactions grew significantly in early 2020.



In addition to the inexplicable IP jumping we outlined above involving Malaysia and Chile, we also found that several purported overseas PUs displayed local host server IPs or YY internal network user IP addresses, making them YY-controlled FUs.  These overseas YY FUs shared IMEIs with an additional 1,227 purported overseas users in 60 countries.[52]

---

[52] Notably, our review of 3rd party app analytics data on Bigo's overseas revenues showed the gifting activity was heavily skewed to a limited number of geographies, with approximately three quarters of its revenue associated with the top ten countries.

Based on these findings, we believe that YY has the ability to set up large networks of overseas IP addresses to create the appearance of PUs in any country.

Bigo claims users in over 150 countries;[53] we do not think this is a coincidence.  We believe that the development of the capability to generate FUs and fake traffic globally at a large scale has been a critical part of YY's overseas market strategy.

## One Example of a YY Bot Farm: Over 1,100 IPs Emanating from a Small Chinese City

By applying our FU-spotting methodology to 1,166 PUs clustered on the same IP block, we were able to identify FU activity suggestive of a bot farm in Heihe, China during the COVID-19 lockdown.

In our research, we identified that FU bots displayed one or more of the following gift-giving patterns:
- Giving gifts regardless of whether the performers were performing
- Displaying an abnormal IP pattern—for example, hundreds of PUs originating from a single IP or a single IP block in a short period of time
- And exhibiting "herd behavior", giving gifts to near-identical groups of performers in near-identical amounts.

Following the above criteria allowed us to uncover YY bot farms creating hundreds or thousands of viewers, made up of both fanbots who were PUs and non-paying fanbots.[54]  We describe one such bot network in detail below.

The IP address 113.8.150.94 was one of the top IPs used on YY during the lockdown period.  Over a 13-day period starting January 24, our data monitoring tools recorded 1,166 PUs on this IP address who made 25,545 discrete transactions, making it the most frequently used IP address on YY in the period.  Three others from the same IP block—113.8.150.85, 113.8.150.88, and 113.8.150.95—were close runners up, with 25,422, 24,513, and 22,407 transactions, respectively.  When combined, these four IPs generated nearly 100,000 gift transactions:

| detailInfo_1.keyword: Descending | City.keyword: Descending | Count |
|---|---|---|
| 113.8.150.94 | | 25,545 |
| 113.8.150.86 | | 25,422 |
| 113.8.150.88 | | 24,513 |
| 113.8.150.95 | | 22,407 |
| 49.69.230.115 | Zhenjiang | 13,201 |
| 111.196.210.138 | Beijing | 12,961 |
| 203.93.10.130 | | 12,261 |
| 114.233.5.4 | Taizhou | 9,991 |
| 49.69.230.159 | Zhenjiang | 9,828 |
| 49.69.240.189 | | 9,462 |

---

[53] https://www.bigo.sg/about, "BIGO Technology (BIGO) is one of the fastest-growing Singapore technology companies, with more than 30 offices and 6 R&D centres around the world. Powered by Artificial Intelligence technology, BIGO's video-based products and services have gained immense popularity, with users in more than 150 countries. These include Bigo Live (live streaming) and Likee (short-form video)."

[54] The paying fanbots create the illusion of lots of paid gift activities.  Other fanbots just create the appearance of an engaged audience, providing the impression of popularity and "likes" through free gifts and comments.

*Gift Transactions from the 113.8.150.XX IP Block, 1/24/20 - 2/3/20*

These IP addresses are located in Heihe, Heilongjiang, which by Chinese standards is a small, tier five city, with only about 1.3 million people.[55,56]  The time period in question was not just during the COVID-19 lockdown, but also over the Chinese New Year holiday.  Finding such a massive concentration of individuals paying on a single IP in remote Heihe at this unusual time would have been extremely unlikely.  There are 191,132 IPs in Heihe: thus, even if there were 1,166 real PUs in the city who felt a compulsion to send virtual gifts, all of them using one IP address is a near impossibility.[57]

The 25,545 discrete transactions made on the IP address 113.8.150.94 sent gifts to 837 different performers:



*Transaction Data for IP 113.8.150.94, 1/24/2020 - 2/3/2020*

We checked for unusual activity patterns amongst the top five PUs on the IP address 113.8.150.94 from this period, and we found that all five of these Top PUs were indicative of being YY-connected.  One PU was a YY Internal Network IP user, while the other four recorded IP changes that indicated VPN usage:

| Top PU ID | Unusual Activity Type |
| --- | --- |
| 2526403373 | A YY Internal Network FU |
| 2492337254 | IP switched from Heihe to Chengdu twice |
| 1387529261 | IP switched from Heihe to and back from Beijing twice |
| 1251936571 | IP switched from Heihe to and back from Beijing, and from Heihe to and back from Taizhou |
| 2487602538 | IP switched from Heihe to and back from Qingdao three times, and from Heihe to and back from Jinan |

*Unusual Activity Patterns Observed for the Top 5 PUs on IP Address 113.8.150.94*

We believe this PU activity was all or substantially all from bots, likely conducted via a server whose real location was masked behind a VPN or other similar software.

# YY's Dating Channels are Not a Secret Cash Cow for Remaining Revenues

XHL data shows an approximate 30% difference between YY Live's reported livestreaming revenues and what YY seems to have received from PUs.[58]  The Big One data service postulated that YY's lesser

---

[55] https://whatismyipaddress.com/ip/113.8.150.94
[56] https://xw.qq.com/cmsid/20200404A0DIRQ00
[57] http://ip.bczs.net/city/231100, #截止 2020-06-08，黑龙江省黑河市 IP 地址共计 96 条记录，IP 地址总数 191232.
[58] See Appendix B for more details.

known "dating" channels, in which girls chat with or sing for male customers, constitute most, but not all, of the remainder of reported YY revenues.

However, we found that these rooms contain levels of egregious revenue inflation similar to our findings on YY Live. We learned this by monitoring the dating rooms for gift revenues, inactive users, and PU overlap.

A third-party Chinese data analytics app, the Big One (not related to Bigo) also noted a large delta in its revenue estimates, and expressed its belief that at least 20% of revenue from YY Live comes from its dating livestreaming business.[59,60] Based on Q1 2020 reported revenues, this would equate to RMB ~513.4 million.[61]

Our investigators used data monitoring techniques to assess the dating rooms' activity levels and revenues in Q1 2020. During the monitoring period, we observed that YY typically ran approximately 500 live broadcasting rooms daily. We further estimate that about half of the users in these rooms were "sit-in bots" - inactive users creating the appearance of an audience. The rooms typically showed little activity and some recorded near zero in contributions.[62]

In many cases, the same PUs were displayed as being present in multiple live broadcasting rooms at the same time, and approximately two-thirds or more of the top PU lists in various performers' rooms were identical.

Following a pattern we have observed with YY and also found repeated in Bigo, many top contributors in the dating platform are also performers on the dating channels themselves. We estimate that most, perhaps as many as 90%, of the PUs were also performers.

---

[59] The Big One mobile app analytics data on YY revenues contains a footnote regarding the GAP between the revenue tracked by the Big One and YY Live's reported total revenue, stating that "We do not track 'online dating' channels on YY Live platform for all the time periods, which contributes to more than 20% of YY Live's total live streaming revenue."

[60] YY 2015 20-F, p.79. Dating was last broken out as a segment in FY2015, at which time its revenues were growing, rising from Rmb 194.1 million in FY2014 to Rmb 651.0 million in FY2015 but still, representing only 11.0% of YY's total net revenues.

[61] In Q1 2020, YY's reported live streaming revenues were RMB 2.567 billion (down from 3.162 billion in Q4 2019). RMB 2.567 billion * 20% = RMB 513.4 million

[62] Sit-in bots are also a common feature in both YY Live and Bigo



*Profile for Top PU ShenXian (神仙是歌转说), UID：9438587*



*ShenXian (神仙是歌转说) is Also a Dating Channel Performer*

During the monitoring period, the highest gift revenue we observed for a dating channel room was approximately RMB 150,000 in a week, while weekly gift earnings for the top 10 dating performers as of March 2020 ranged from 16,000 up to 99,000 per week.   Even assuming there are 500 dating performers and each could generate RMB 16,000 per week, total revenue would still be only RMB 34.7 million per

month, or RMB 104.0 million per quarter.  This is a shortfall of at least 79.8% from the Big One's dating channel revenue estimate of RMB 513.4 million.

Our ~80% estimated discrepancy between real and reported revenues for the dating channels is thus broadly consistent with our ~90% fraudulent revenue estimate for the non-dating YY business.

Our research finds this little-discussed corner of YY's livestream ecosystem is a not a secret cash cow, but just another lie.

# Anomalies in YY's Chinese Financials Suggest Fake Cash and Fraud

We obtained China credit reports for YY's onshore VIEs and compared them to YY's SEC filings, only to find numerous discrepancies.  These differences amounted to hundreds of millions of RMB, including significant cash shortages in local financials as compared to what YY reported to the SEC.[63]  Such discrepancies, particularly in cash balances, are indicators of manipulation or fraud.

For example, YY's 2018 SEC filings showed RMB 1.0 billion in long-term deposits, as shown infra.  We believe this total is likely invented or greatly inflated, as the major YY onshore VIEs do not contain these same long-term deposits.  A cursory comparison of the two sets of financial statements reveals this discrepancy.

---

[63] Cash (including cash, short term deposits, short term investments)

We compare the two sets of balance sheets below:

| | SAIC Non Huya VIE | | | SEC Non Huya VIE | |
|---|---|---|---|---|---|
| | 2018 | | | 2018 | |
| Cash | 6,996,298 | a | Cash and cash equivalents | 3,997,407 | b |
| Notes receivable | 101,946 | | Restricted cash and cash equivalents | - | |
| Short term investment | - | | Short-term deposits | 2,000,000 | c |
| Accounts receivable | 42,989 | | Restricted short-term deposits | - | |
| Prepayment | 62,705 | | Short-term investments | 678,890 | d |
| Interest receivable | - | | Accounts receivable, net | 149,463 | |
| Dividends receivables | - | | Inventory | - | |
| Other receivables | 977,378 | | Amounts due from related parties | (64,854) | |
| Inventory | 171 | | Financing receivables, net | 725,336 | |
| Other current assets | 99,517 | | Prepayments and other current assets | 468,056 | |
| total current assets | 8,281,004 | | Total current assets | 7,954,298 | |
| | | | | - | |
| | - | | Non-current assets | - | |
| Financial assets for sales | 461,636 | | Long-term deposits | 1,000,000 | |
| Real estate Investment | 43,609 | | Deferred tax assets | 39,889 | |
| LT equity investment | 4,403,130 | * | Investments | 642,445 | |
| Fixed assets | 85,139 | | Property and equipment, net | 569,852 | |
| Contruction in process | 266,260 | | Land use rights, net | 1,784,639 | |
| Intangible assets | 1,883,755 | | Intangible assets, net | 5,071 | |
| Long term deferred assets | 13,877 | | Goodwill | - | |
| Other non current | 690,222 | | Amounts due from related parties | - | |
| Total non current asset | 7,847,628 | | Right of use asset, net | - | |
| Total assets | 16,128,632 | | Other non-current assets | 27,551 | |
| | | | Total non-current assets | 4,069,447 | |
| | | | Total assets | 12,023,745 | |

*: Huaduo, the major VIE at LUSH holds investment to its subsidiaries, the balances after elimination would be close to SEC filings

**: Item a, cash as per SAIC, may include items b, c and d as per SEC filings

*Comparison of Balance Sheets: Chinese Credit Reports (SAIC) vs. SEC*

Furthermore, we believe YY either transferred roughly RMB 1.326 billion to its WFOEs—the majority of which would have been transferred to its offshore WFOEs illegally—, or the cash simply does not exist. We calculate that out of YY's apparent WFOE cash balance of RMB 1.298 billion as of year-end 2018, the vast majority, approximately RMB 1.160 billion, would be offshore.  However, given YY's SEC filings do not show material dividends or loans going offshore, we believe YY either violated Chinese capital controls in transferring the vast majority of the RMB 1.326 billion, or the RMB 1.160 billion in offshore WFOE cash balance is fake.

The table below shows the combined cash balance on the non-Huya onshore and offshore WFOEs' books, which was RMB 1.298 billion.

**Cash and Cash Equivalents in the YY Onshore and Offshore WFOEs**

| 2018 | YY | | | HUYA | | | Non-HUYA | | |
|---|---|---|---|---|---|---|---|---|---|
| | Consolidated | VIE | WFOE | Consolidated | VIE | WFOE | Consolidated | VIE | WFOE |
| Cash | 6,004,231 | 4,665,938 | 1,338,293 | 709,019 | 668,531 | 41,488 | 5,295,212 | 3,997,404 | 1,297,805 |
| S/T deposit | 7,326,996 | 2,100,000 | 5,226,996 | 4,893,825 | 100,000 | 4,793,825 | 2,433,171 | 2,000,000 | 433,171 |
| Restricted S/T deposit | - | - | - | - | - | - | - | - | - |
| L/T deposit | 1,000,000 | 1,000,000 | - | - | - | - | 1,000,000 | 1,000,000 | - |
| S/T investment | 979,052 | 979,052 | - | 300,162 | 300,162 | - | 678,890 | 678,890 | - |
| Sub-total | 15,310,279 | 8,744,990 | 6,565,289 | 5,903,006 | 1,067,693 | 4,835,313 | 9,407,273 | 7,676,297 | 1,730,976 |

Units: RMB '000

Source: YY SEC financials

*2018 YY Combined WFOE Cash Balance*

To establish the onshore-offshore split of this cash, we consulted YY's Chinese credit reports.  The credit reports indicated that the onshore, non-Huya WFOEs had no more than RMB 138 million in cash at the end of 2018.  The following table shows the cash position of the major onshore non-Huya WFOEs only.

**2018 Balance Sheets for the Major YY Onshore WFOEs**

| | Guangzhou Huanju Shidai Information Technology Co., Ltd. | Huanju Shidai Information Technology (Beijing) Co., Ltd.* | Zhuhai Duowan Information Technology Co., Ltd. | Non-Huya Onshore WFOEs Combined Balances |
|---|---|---|---|---|
| | 12/31/2018 | 12/31/2018 | 12/31/2018 | |
| Cash | 11,076 | 112,200 | 14,408 | 137,684 |
| Notes receivable | - | | - | - |
| Short term investment | - | | - | - |
| Accounts receivables | 262 | | - | 262 |
| Prepayment | - | | - | - |
| Interest receivable | - | | - | - |
| Dividends receivables | - | - | - | - |
| Other receivables | 4,253 | | 40,589 | 44,842 |
| Inventory | - | | - | - |
| Other current assets | - | | - | - |
| Current assets | 15,591 | 112,200 | 54,997 | 182,788 |
| | | | | - |
| Financial assets for sales | - | | - | - |
| Investment real estates | - | | - | - |
| Equity investment | 250,000 | | - | 250,000 |
| Fixed assets | 503,938 | | 125,426 | 629,364 |
| Construction in process | - | | - | - |
| Intangible assets | - | | - | - |
| Long term deferred assets | - | | - | - |
| Other non current | - | | - | - |
| Total non current asset | 753,938 | | 125,426 | 879,364 |
| Total assets | 769,529 | 112,200 | 180,423 | 1,062,152 |

Units: RMB '000

Source: SAIC financials presented in the Chinese credit reports

Note: * no detailed balance sheets available. RMB 112.2 million of total assets reported to SAIC

As a result of the small onshore cash balance at year-end 2018, we know that that almost all of the RMB 1.298 billion total cash balance was offshore: namely, RMB 1.160 billion.  See below:

| The Vast Majority of YY's 2018 WFOE Cash Balances Were Offshore | |
|---|---|
| (RMB '000s) | 2018 |
| Combined Onshore and Offshore WFOE Cash Balance, Non-Huya | 1,297,805 |
| Less Onshore WFOE Cash Balance, Non-Huya | (137,684) |
| Offshore WFOE Cash Balance, Non-Huya | **1,160,121** |

From these calculations, we can infer that substantially all of the cash transferred to YY's WFOEs during 2018 should have gone to the offshore WFOEs, since the onshore WFOEs not only had low cash balances, but did not show large-scale financing activity that might offset major cash transfers..

To calculate the amount transferred to YY's offshore WFOEs, we consulted YY's cash flow statements. In the table below, we first summed up the total cash generated by YY's VIEs in 2018, which was RMB 3.380 billion. We then added this figure to YY's year-end 2017 VIE cash to get the amount that would have been reflected on YY's balance sheet had no transfers occurred: RMB 5.324 billion. This does not match up with the non-Huya VIE cash balances that were actually on YY's balance sheet at year-end 2018: RMB 3.997 billion.[64]

This discrepancy of RMB 1.326 billion consists of implied transfers from the non-Huya VIEs to the non-Huya WFOEs, since they disappeared from the VIE cash balances in 2018. There are no corresponding material dividends or loans to offshore entities disclosed in YY's 2018 SEC filings. Yet, as we concluded in the preceding table, almost all the transferred cash would appear to have gone specifically to the offshore non-Huya WFOEs. As a result, we conclude that the vast majority of the RMB 1.326 billion that was supposedly transferred offshore either constituted a violation of Chinese capital controls or the cash was never there in the first place. The detail on our RMB 1.326 billion transfer calculation is below:

| YY's Non-Huya VIE Cash Flows Filed with SEC Show Significant Cash Transfers to WFOEs | | |
|---|---|---|
| | 12/31/2018 | Calculation |
| Net cash (used in) provided by operating activities | 4,071,857 | a |
| Net cash used in investing activities | (695,720) | b |
| Net cash provided by (used in) financing activities | 3,647 | c |
| **Cash changes excluding intercompany transactions** | **3,379,784** | **d=a+b+c** |
| | | |
| VIE cash balance in the SEC filings at the beginning of the period | 1,943,786 | e |
| VIE cash changes | 3,379,784 | d |
| **VIE cash balance would be at the end of the period (without transfer)** | **5,323,570** | **f=e+d** |
| | | |
| Consolidated VIE cash balance in SEC filings | 4,665,938 | h |
| Minus: Huya VIE cash balance in SEC filings | 668,531 | i |
| **Non-Huya VIE cash balance** | **3,997,407** | **j=h-i** |
| | | |
| **Cash transferred from non-Huya VIE to non-Huya WFOE (from WFOE to VIE)** | **1,326,163** | **k=f-j** |

*Units: RMB '000*

*YY Non-Huya VIE Cash Flows Indicate RMB 1.326 Billion in Transfers to WFOEs[65]*

---

[64] As displayed in the preceding table entitled "Cash and Cash Equivalents in the YY Onshore and Onshore WFOEs

[65] To be consistent with YY's 2018 consolidated cash flow presentation, the cash balance as of 12/31/2017 consists of cash and cash equivalents of RMB 943,786 and restricted short-term deposits of RMB 1.0 billion

These unexplained offshore cash transfers raise concerns as to whether YY's offshore cash balances are real.

# Bigo Seems Like an Inside Joke for Big Zero[66]

We believe that Bigo's corrupted origin story and grossly overstated revenues make it YY's most rotten business.  Our base case estimate is that ~80% of Bigo's revenue is fake, roughly on par with YY Live, while even generous, company-favorable calculations derived from multiple app analytics providers suggest that ~60% of Bigo revenue is fictitious.  Singapore filings show that contrary to YY's claim, Bigo was founded by YY, rather than by David Li.  In 2019, when YY repurchased 100% of Bigo, the transaction allowed Chairman Li to pocket at least $156.1 million.  Furthermore, Bigo tacked on a mainland China VIE, also owned by Chairman Li, that made up about one-third of Bigo's revenues at the time of the acquisition.  We believe this China entity to be almost entirely fake based on our primary diligence and discussions with mainland PRC channel owners and gift merchants.  In FY 2018, according to YY's June 2019 6-K, Bigo's PRC apps generated US$165.5 million, or 36.2% of total Bigo revenues.  As of Q3 2020, we estimate that this largely fraudulent PRC unit's purported revenue was still growing at $67.2 million, or $269.2 million annualized.

By monitoring top channels and interviewing former Bigo country executives, we found that the majority of the viewer traffic on the site is from bots, while much of the "revenue" is quid pro quo gift transactions between paid performers. Moreover, we found not only that Bigo's top-earning performer was a sham who acted as his own number 2 top contributor, but that Bigo changes user details and contribution data of key FU accounts in what appears to be an ongoing scheme to obfuscate the nature of its fraud.

## Case Study: Top Bigo User RCT_KHAN is One of Bigo's Best Con-Jobs

Bigo performer RCT_KHAN has a laughable channel presence, consisting mostly of an up-close view of his forehead.  Yet, he has topped Bigo's earnings rankings.  In trying to determine the origin of his channel revenues, we found indicia of fraud similar to those at YY Live, but with a twist.  RCT_KHAN's number two top contributor is blatantly himself, which is a familiar YY tactic used by performers like Big Li.  Many of the remaining top contributors are members of RCT_KHAN's "family", or performers otherwise associated with RCT_KHAN, which also rings true to the type of fraud practiced on YY Live.

RCT_KHAN has consistently defeated his rival performers in online challenges and global competitions, propelling him to the top of the Bigo charts as the best-earning host.  The kicker? He doesn't act funny, entertaining, or really do anything at all.

---

[66] To my friend Wilfred Frost: Please note that my seven year old came up with that association.





*In February 2020, RCT_KHAN won Bigo's Most Popular Host Award.*[67]

RCT_KHAN's camera variously shows him doing paperwork at his desk, sits trained on his wall, or gets pointed upward at his ceiling.  Occasionally, he will also chat with another Bigo performer on stream. We observed him on over 50 occasions over the span of nine months, and as far as we can tell, these are the extent of his "entertainment" activities.

His channel is as predictable as it is dull.

---

[67] https://www.facebook.com/bigoliveapp/photos/a.164532517263807/1165953210455061/?type=3



*Screenshots of RCT_Khan (left) doing paperwork at his desk, Spring 2020*

But looking at his growing lifetime currency totals and chart-topping accomplishments, you would believe Bigo users are fanatic supporters, rewarding RCT_KHAN handsomely for this content.

We first noticed RCT_KHAN in November 2019, at which time he had a total of 130 million "beans", the currency Bigo performers earn. But by the end of March, he had racked up another 51.5 million beans, implying earnings of approximately $50,000 per month. This is generous compensation even for a skilled performer, to say nothing of someone who streams the digital equivalent of watching paint dry.

The absurdity does not end there. In March 2020, he again topped the global leaderboard, jumping into 1st place with a surge of approximately 1.7 million beans in the final 30 minutes of the challenge.[68] We suppose he captivated his audience with exceptional wall and ceiling tile videography.

As the series of images below display, Khan was not only a non-performer during the final 30 minutes of this competition, but after racing into first place in the final minutes of this global challenge, he was expressionless, barely even glancing up to look into the camera.

---

[68] While others cheered and called out for support, RCT Khan did nothing. 2nd place "Nitro" also surged in the final minutes and excitedly celebrated his win - such "exciting victory moments" are hallmarks of the Bigo performers video feeds. However, RCT Khan, marked the occasion as usual, at his desk, camera pointed at the wall, doing nothing.



*RCT_KHAN (left) During and After the Final Minutes of the March 2020 Global Competition*

We learned from interviews with former Bigo employees that RCT-KHAN is both the RCT "family"[69] head and also a talent agency manager.  Ironically, his virtual agency is virtually devoid of talent.  We believe his main occupation is as a Bigo promoter and in running a circular economy that generates the illusions of big transaction volumes for Bigo.

When we examined RCT_KHAN, his top contributors and their top contributors' contributors, three telling patterns emerged.

First, his top contributors are "top-up resellers."  We suspect RCT_KHAN's most valuable services are ones he provides off stream as a "diamond reseller", someone who allows Bigo users to purchase the platform's "diamond" tokens at a discount.  These are not real PUs sending gifts.

Second, his other top contributors are members of the same "family."  This type of circular gifting within their own families and closely allied families is not a pattern unique to RCT_Khan and his little clique, but is a pervasive characteristic observable throughout the Bigo ecosystem.
The table below shows the interlocking nature of contributions by the RCT "family" to the same few accounts.

---

[69] In Bigo, families are like alliances, and somewhat akin to YY's channel owners.  Paid performers often join families, adding an official designation to their profile, and team up in competitions in regional or global challenges or PKs to try to win more beans and other awards.  Theoretically family members help each other out by sending each other gifts, especially when in competitions or when falling short of their monthly quotas.  However, Talent agencies also exist and are typically organized behind the scenes, but some advertise on their profile pages. Talent agencies usually earn a percent of what their members receive.  Talent agency heads may be family heads or family members, regardless they also compete to win beans and are typically obliged to help out the paid performers in their agency.

**RCT Family Circular Transactions**

| | | **RCT_Khan: 203.2 million beans received** | | |
|---|---|---|---|---|
| Rank | Top Contributor Name | Bigo ID | Amount | Note |
| 1 | Off! | 226112350 | 37,961,608 | Top-up Reseller |
| 2 | RCT_HYUN BIN | R080888 | 24,847,939 | Same Family |
| 3 | RP_RESELLER-001 | 72066816 | 18,975,214 | Top-up Reseller |
| 4 | RCT_RANGGA-001 | Aditya_Ang90 | 13,605,204 | Same Family |
| 5 | Off! | 316862734 | 3,295,342 | Top-up Reseller |

| | | **RCT_HYUN BIN: 3.13 million beans received** | | |
|---|---|---|---|---|
| Rank | Top Contributor Name | Bigo ID | Amount | Note |
| 1 | RCT_Khan | KHAN_88 | 2,558,101 | Same Family |
| 2 | RP_RESELLER-001 | 72066816 | 192,470 | Top-up Reseller |
| 3 | Off! | 316862734 | 139,789 | Top-up Reseller |
| 4 | Off! | 226112350 | 130,284 | Top-up Reseller |
| 5 | RCT_Refino | revin_88 | 50,038 | Same Family |

| | | **RCT_RANGGA-001: 51.9m beans** | | |
|---|---|---|---|---|
| Rank | Top Contributor Name | Bigo ID | Amount | Note |
| 1 | Off! | 226112350 | 27,073,216 | Top-up Reseller |
| 2 | RCT_Khan | KHAN_88 | 9,650,332 | Same Family |
| 3 | RP_RESELLER-001 | 72066816 | 9,470,544 | Top-up Reseller |
| 4 | Off! | 316862734 | 683,226 | Top-up Reseller |
| 5 | Asa | xkoko | 612,276 | |

| | | **RCT_Refino: 3.6m beans** | | |
|---|---|---|---|---|
| Rank | Top Contributor Name | Bigo ID | Amount | Note |
| 1 | Off! | 226112350 | 2,428,662 | Top-up Reseller |
| 2 | RCT_Khan | KHAN_88 | 317,605 | Same Family |
| 3 | Off! | 316862734 | 247,764 | Top-up Reseller |
| 4 | RP_RESELLER-001 | 72066816 | 236,386 | Top-up Reseller |
| 5 | RCT_RANGGA-001 | Aditya_Ang90 | 87,140 | Same Family |

Third, RCT_KHAN's number two top contributor, RCT_HYUN BIN, responsible for gifting 24.8 million beans (over $400,000) appears to be… himself.



And just before we published this report, a funny thing happened to RCT_HYUN BIN.  We direct readers to remember his profile page below for a moment:



One day, RCT_Khan's number two top contributor suddenly changed to Fahmi NAGA!  RCT_HYUN BIN was erased and replaced.  Bigo swapped the profiles of a massive FU.



Fahmi NAGA is not a new contributor who leapt up to the number two position and got ahead of RCT_HYUN BIN.  The total beans contributed and rankings for the top recipients didn't change.  Instead, the user's name, profile photos, user family, Bigo ID, and most profile details have been quick-changed, while the bean total got reset to zero.

We tracked RCT_KHAN RCT for nearly a year, and in that time,  Hyun Bin's profile was up for months.  We figure someone at Bigo finally realized how dumb it was to show their top bean-earning performer was also publicly presenting as his own number two contributor.

We note as well that this is not the first change to RCT_HYUN BIN's profile.  Before becoming RCT_HYUN BIN, this user was on the platform under the name VARUN DHAWAN.  The involvement of the platform is clear, because per Bigo's own written policies, only one change to the name associated with a Bigo ID are permitted.  For this reason, we conclude that Bigo authorized, if not outright directed, this overnight body transformation.



*It's Right There in Black and White, Folks*

We believe these fake user profile swaps are essentially Bigo's "FU" witness protection program.

## Even in our Conservative Case, 59.1% of Bigo's Revenue Seems Fraudulent

Our base case is that ~80% of Bigo's revenue is fake, as we view its ecosystem as being on par with YY Live's.  But even when we use a company-favorable model building up from Apple store and Google play revenue data, we still estimate that 59.1% of Bigo's revenue is fake.

The table below calculates Bigo's worldwide, non-PRC revenues, which include Bigo Live, Likee, IMO, and Hello Yo.  We find that in our conservative case, 59.1% of Bigo Revenue seems fake by comparing app store revenue data with numerous company-favorable adjustments.  The data is aggregated from various third-party global app data monitoring services that draw from the Apple and Google Play stores, and we adjust their reported figures upward based on company disclosures and interviews with former employees.

To derive this 59.1% ratio, this estimate also takes into account uncounted revenue sources from PC users, digital store fees, and non-monitored markets.  We begin with estimated Bigo revenue per these data sources, which was $52.4 million in Q2 2020.  We add revenue from other Bigo apps including Likee, which increases revenue by $6.4 million in that period.  Then, we adjust the total of $58.8 million by 2.5% for revenues coming from geographies that are unmonitored by the data services; by 30% for Apple and Google Play store fees; by 28% for Bigo users who are PCs and thus not initially counted; and by another 30% for revenue not coming in through the Apple or Google stores.  Thus, our total conservative estimate of real Q2 2020 Bigo revenues comes to $170.7 million.  Against YY's reported Bigo revenue of $417.0 million, this yields an estimate that 59.1% of Bigo revenue is fake.  We detail our calculations below.

**Conservative Case: Bigo Livestreaming Revenue Inflation Bottom-up Estimate**

| Units:  millions | FY 2018 | 1Q 2019[7] | 2Q 2019 | 3Q 2019 | 4Q 2019 | FY 2019 | 1Q 2020 | 2Q 2020 |
|---|---|---|---|---|---|---|---|---|
| Bigo (net of apple/google play stores)[1] | $ 119.2 | $ 31.4 | $ 30.3 | $ 35.7 | $ 38.1 | $ 135.6 | $ 42.9 | $ 52.4 |
| Likee, IMO, Hello Yo (net of Apple/Google Play stores)[1] | $ 12.4 | $ 1.9 | $ 2.7 | $ 3.1 | $ 3.5 | $ 11.2 | $ 5.3 | $ 6.4 |
| Accumulated subtotal: | $ 131.6 | $ 33.3 | $ 33.0 | $ 38.7 | $ 41.6 | $ 146.8 | $ 48.2 | $ 58.8 |
| Adjustment: for rev. from small markets not monitored (+2.5%)[2] | $ 3.3 | $ 0.83 | $ 0.8 | $ 1.0 | $ 1.0 | $ 3.7 | $ 1.2 | $ 1.5 |
| Accumulated subtotal: | $ 134.8 | $ 34.1 | $ 33.8 | $ 39.7 | $ 42.6 | $ 150.4 | $ 49.4 | $ 60.2 |
| Adjustment: for Apple/Google Play store fees (+30%) | $ 57.8 | $ 14.6 | $ 14.5 | $ 17.0 | $ 18.3 | $ 64.5 | $ 21.2 | $ 25.8 |
| Accumulated subtotal: | $ 192.6 | $ 48.8 | $ 48.3 | $ 56.7 | $ 60.9 | $ 214.9 | $ 70.6 | $ 86.0 |
| Adjustment for PCs (assumes 28% PCs)[3] | $ 74.9 | $ 19.0 | $ 18.8 | $ 22.1 | $ 23.7 | $ 83.6 | $ 27.4 | $ 33.5 |
| Accumulated subtotal: | $ 267.5 | $ 67.8 | $ 67.1 | $ 78.8 | $ 84.5 | $ 298.5 | $ 98.0 | $ 119.5 |
| Apple/Google Play payment channel as % of total (70%)[4] | $ 114.7 | $ 29.0 | $ 28.7 | $ 33.8 | $ 36.2 | $ 127.9 | $ 42.0 | $ 51.2 |
| Accumulated subtotal: | $ 382.2 | $ 96.79 | $ 95.8 | $ 112.6 | $ 120.8 | $ 426.4 | $ 140.0 | $ 170.7 |
| JOYY reported Bigo live streaming revenue (Rmb) | | ¥ 1,024 | ¥ 1,138 | ¥ 1,419 | ¥ 1,639 | ¥ 5,220 | ¥ 1,972 | ¥ 2,946 |
| FX Rate | | 6.876 | 6.87 | 7.15 | 6.96 | 6.96 | 7.08 | 7.07 |
| Bigo live streaming revenue (USD)[5] | $ 456.7 | 148.99 | 165.8 | 198.5 | 235.4 | 749.8 | 278.5 | 417.0 |
| **Estimated Fake Revenue** | $ 74.5 | $ 52.2 | $ 70.0 | $ 86.0 | $ 114.6 | $ 323.4 | $ 138.5 | 246.3 |
| | 16.3% | 35.0% | 42.2% | 43.3% | 48.7% | 43.1% | 49.7% | 59.1% |
| Bigo Singapore Total Revenue with 2017 Restatement (USD)[6] | $ 538.2 | | | | | | | |
| **Estimated Fake Revenue** | $ 156.0 | | | | | | | |
| | 29.0% | | | | | | | |

1  We include Hello Yo and IMO as Bigo subsidiaries. IMO was not acquired by Bigo until March 1, 2019, so its revenue prior to this date is excluded.  These estimates themselves may be too high.  For example, 3rd party app monitoring data estimated Hello Yo's revenue to be ~$11 million in FY18, but Hello Yo's FY18 Singapore Financials report only $2.4 million for the period beginning Dec 7, 2017 and ending Dec 31, 2018.

2  Data is collected from the largest 60+ countries. Bigo is in ~150 countries, but its revenue is overwhelmingly concentrated in the top tier countries, e.g. the top 10 generate approx. three quarters of tracked revenues; those ranked in the mid-tier such as #50-60 generated < 0.1% of tracked revenues.  To be conservative, we add 2.5% for the excluded low tier of possible revenue earning countries.

3  Per the Q3 & Q3 2019 earnings releases, mobile revenue as % of revenue has consistently remained ~72% both before and after the Bigo acquisition.
   2Q 2019: 71.7%, 2Q 2018: 72.7%.  Overtime, in keeping with general trends in industry, the % of mobile users is likely to increase.
   To be company favorable, we lower the contribution from mobile to 72% in our estimate.  If Mobile use were higher, the size of the difference would increase.

4  Based on discussions with former employees, South Asia had ~70% of rev come through Apple and Google Play payment channel, while developed countries like the US/EU are higher.
   Saudi and UAE are lower, making  use of recharge resellers to process large USD transactions.  In 4Q19, revenues from developed markets (US, Japan, EU) was said to be increasing by 50%,
   and in 1Q19 continued to increase increased 23.5% YoY .  We use the lower figure of 70%, which we believe it close to an average or median rate.

5  The Bigo livestreaming revenue of $456.7 million was reported in JOYY's June 18, 2019 6-K, Bigo audited financial statements, p. 4

6  As reported in Bigo's 2018 Singapore consolidated financial statements which include its subsidiaries and other revenues.  The Singapore financials were released in August 2020 with a restatement to 2017's financials adding $110 million to 2017's revenue via the inclusion of Baiguoyuan/PRC revenues.  The restatement of 2017's numbers was released AFTER the June 2019 6K which reported only $456.7 million.  The 6-K's reported revenue includes $165.5 million in Bigo PRC revenue for Baiguoyuan and Hello.

7  Bigo 1Q 2019 revenues are calculated from data presented in the June 18, 2019 6K, Bigo CFS p.4  on a proforma basis assuming the Bigo acquisition had taken place in the prior year.

We also found that the disparity between the company's claimed revenues and our estimates is growing.  In 2018, we found only an estimated 29.0% difference between Bigo's revenues per its Singapore local filings and what our model showed.[70]  Data comparisons against YY's public disclosures in subsequent quarters reveal that the discrepancy grew drastically, rising from $52.5 million, or 35.1%, in Q1 2019 to $246.3 million, or 59.1%, in Q2 2020.

---

[70] There is a US$80.1 million dollar difference in the 2018 Bigo revenues reported by YY in its 2019 June 6-K vs. those in its 2018 Singapore filings.  Since those reported to the SEC should be Bigo's total consolidated revenues from all of its principal subsidiaries and VIEs and specifically include details on PRC VIE based revenues, we expect that these would the larger – if there were any difference at all.

Bigo is similar to YY Live in three primary ways.

- First, we found widespread use of bots at Bigo.  As we showed above, YY bot networks showing IPs in South America and Southeast Asia mean YY is capable of generating fake PUs virtually anywhere in the world.  As a result, we were not surprised when former Bigo managers in Southeast Asia, South Asia, and the Middle East stated that the vast majority of Bigo users at any given time were bots.
- Second, as with YY Live, Bigo runs a fictitious, circular economy of inflated revenues, where performers are often paid contractors who are compelled to re-gift much of the revenue they earn as part of their work.
- Third, the entire business has been geared at benefiting a small coterie of insiders, with David Li being the prime beneficiary.

# The Bigo Acquisition Was a Multiyear, Multilevel Scam Benefiting YY Insiders

We believe YY's 2010 buyout of Bigo for $1.45 billion in cash and stock was a scheme to bilk investors by buying another fraudulent company from the chairman.[71]  We obtained local Singapore filings for Bigo, which showed that YY, and not David Li, founded Bigo in the first place: Bigo was only transferred later to Chairman Li later.  We also found that Bigo retroactively added mainland China revenues that we believe to be largely fraudulent to make Bigo seem like a larger acquisition for YY—and justify a larger payday for Chairman Li.

We believe that Bigo was set up to scam investors from inception.  Since 2015, management has been misleading investors, telling the public that David Li set up and controls Bigo.[72]  However, this is a lie: Singapore filings show that Bigo Technology Pte. Ltd. was incorporated on September 11, 2014 with only one shareholder, YY's BVI entity, Duowan Entertainment Corp.[73]

---

[71] YY, 6-K,  March 4, 2019, "YY Inc. …today announced its recent acquisition of the remaining approximately 68.3% of all the issued and outstanding shares of Bigo Inc ("Bigo") from the other shareholders of Bigo, including Mr. David Xueling Li, Chairman and acting CEO of YY, for an aggregate purchase price of US$1,452,778,383, comprising of US$343,061,583 in cash, 38,326,579 Class B common shares of YY issued to Mr. Li and 313,888,496 Class A common shares of YY issued to Mr. Li and other selling shareholders of Bigo."

[72] YY 2014 20-F, p.114 et alia:  "In October 2014, we entered into an agreement to inject our free voice- over IP service, Weihui, into Bigo Technology Pte. Limited, or Bigo, a company set up and controlled by our chief executive officer, Mr. David Xueling Li. Following two independent third- party valuation assessments and a capital injection from other investors of Bigo, including Mr. Li, we retained a 27.8% ownership stake in Bigo."

[73] Lawyers can debate whether it is a lie of omission or a lie of commission, regardless the crafting of this narrative displays an intent to deceive.  We believe this reveals a dangerous tendency for Chairman and CEO David Li to view company assets as personal assets.

COMPANY REGISTRATION NO. 201426996D

THE COMPANIES ACT, (CAP. 50)
REPUBLIC OF SINGAPORE

COMPANY LIMITED BY SHARES

MEMORANDUM

AND

ARTICLES OF ASSOCIATION

OF

BIGO TECHNOLOGY PTE. LTD.

Incorporated on the 11th day of September 2014

| NAME, ADDRESS AND OCCUPATION OF SUBSCRIBER(S) | Number of share(s) Allotted |
|---|---|
| DUOWAN ENTERTAINMENT CORP.<br><br>P.O. BOX 957,<br>OFFSHORE INCORPORATIONS CENTRE,<br>ROAD TOWN, TORTOLA,<br>BRITISH VIRGIN ISLANDS<br><br>REGISTRATION NO.: 1442144<br><br>OCCUPATION: CORPORATE | **1** |
| TOTAL | **1** |

Dated this 11th day of September 2014

In contrast, David Li did not personally invest in Bigo until December 14, 2014.[74]

SHARE SUBSCRIPTION AGREEMENT

by and among

BIGO TECHNOLOGY PTE. LTD.

DUOWAN ENTERTAINMENT CORP.

XUELING LI (李学凌)

and

YYME LIMITED

Dated as of 19 DECEMBER, 2014

---

[74] See Bigo Singapore filings "141219 Share Subscription Agreement, Section 3.04"

## SHARE SUBSCRIPTION AGREEMENT

**THIS SHARE SUBSCRIPTION AGREEMENT** (this "Agreement") is entered into as of 19 DEC., 2014, by and among Bigo Technology Pte. Ltd., a private company limited by shares incorporated under the Laws of Singapore (the "Company"), Duowan Entertainment Corp., a business company with limited liability duly incorporated and validly existing under the Laws of the British Virgin Islands ("Duowan"), Xueling LI (李学凌), a PRC national with ID number 640204197410230034, and YYME Limited, a company organized and existing under the Laws of British Virgin Islands, which is 100% owned by Xueling LI (the "Investor").

### RECITALS

WHEREAS, Duowan is the registered and beneficial owner of one (1) Ordinary Share, which represents 100% of the issued and paid-up share capital of the Company. The Company will set up a wholly foreign owned limited liability company in the PRC (the "WFOE"). A domestic company is to be established by Xueling LI in the PRC (the "Domestic Company").

YY's Bigo acquisition was the culmination of a scam that unfolded over several financing rounds while ultimately being funded with a substantial portion of YY's 2017 secondary offering.[75] Much of the acquisition consideration was paid directly to the Chairman in the form of both cash and stock. 38,326,579 Class B common shares of YY worth approximately $156.1 million were issued to David Li. Additionally, he likely received a portion of the $343.1 million cash consideration as well as some of the 313.9 million class A common shares in YY.[76] YY also used this giant payout to insiders to book fair massive value gains in 2018 and 2019, generating sizable paper profits.

Even in Bigo's earlier years, local audits gave indications that all was not what it appeared to be. Bigo changed its Singapore auditor three times over the first four years. Shortly after re-acquiring 100% of Bigo, YY management claimed that although Bigo was lossmaking overall, Bigo Live (the core live broadcasting operation) was strong enough to support the initial development of its other businesses such as Likee,[77,78] but Bigo's revolving Singapore auditors disagreed. In each of Bigo's three annual reports from 2016 to 2018, the audit report included a going concern warning.[79] Furthermore, Bigo made a major restatement of its 2017 financials in August of 2019, months after the acquisition was complete.[80,81]

---

[75] https://ir.yy.com/news-releases/news-release-details/yy-announces-completion-acquisition-bigo ": YY bought out the remainder of the shares in Bigo it did not already own in Q1 2019 for US$343.1 million in cash and issued 313.9m Class A common shares and 38.3m Class B common shares, in total valued at US$1.45 billion. These funds came from its 2017 secondary offering.

[76] YY 2019 20-F, p.60 "In March 2019, we completed the acquisition of the remaining 68.3% of equity interest in Bigo from the other shareholders of Bigo, including Mr. David Xueling Li, our chairman of the board of directors and chief executive officer. We paid US$343.1 million in cash and resulted in issuance of 38,326,579 Class B common shares to Mr. David Xueling Li and 305,127,046 outstanding Class A common shares to Mr. David Xueling Li and other selling shareholders of Bigo."

[77] YY June 18, 2019, 6-k, pp. 104, 127 (Bigo consolidated financial statements, pp. 31, 54)

[78] YY 2Q19 earnings call, CFO Bin Jing: "I want to highlight Bigo Live. So Bigo Live actually has been profitable in the past 1 to 2 years already. And actually, their profitability is… used to be good enough to support Likee's development. But very recently, we have more aggressive campaign in terms of the Likee's investment since we actually see the better ROI from the user acquisition part for the short-form video."

[79] As of the time of this report, the 2019 Singapore financials for Bigo had not yet been made available.

[80] In August 2019, the 2017 financials were restated and updated in the 2018 financial report, filed in August of 2019.

[81] The records report 3 auditor changes (4/32015; 5/3/2016; 2/27/2018) and a revolving door of directors and secretaries.

Because of its precarious financial position, Bigo continued to pretty itself up in preparation for an acquisition.  In its 2018 Singapore filings, Bigo restated its financials, adding a China VIE, Guangzhou Baiguoyuan, which contributed an extra $110 million in revenues.[82]  However, as we detail below, we believe that almost all of Bigo's mainland China revenues are fabricated.  Moreover, when we compare the Singapore restatement details to the Bigo China VIE's financials as reported in their Chinese credit reports, we see numerous illogical discrepancies.

Bigo's beautification measures helped generate enormous fair value remeasurement gains for YY, boosting the value of YY stock in turn.   YY's 2018 Series D investment in Bigo led to a remeasurement gain of RMB 988.7 million, which equated to 46.7% of 2018 reported net income.[83,84]  The 2019 acquisition of Bigo further boosted YY's Q1 2019 financials, with a RMB 2.67 billion remeasurement gain that represented a whopping 72.2% of 2019 net income.[85]

As a crowning revenue inflation achievement for David Li's checkbook, Bigo continually hid the fact that one-third of its business at the time of acquisition came not from overseas, but from mainland China.  We believe this mainland revenue to be almost entirely fake, as detailed below.  Further, we believe these PRC revenues fattened up Bigo with fictitious sales so that the business could fetch a higher acquisition price for the benefit of Chairman Li's (improperly reported) equity interest.

Press releases announcing the Bigo Series D round in June 2018 and the completion of the Bigo acquisition in March 2019 focused on Bigo Live and Likee, painting Bigo as a global play on livestreaming valued at $1.45 billion.[86,87,88]  These announcements made a point of stating that Bigo Live's livestreaming platform excluded China, and made no mention that a substantial portion of Bigo revenues came from Chinese audio livestreaming apps.

Yet, according to a June 2019 6-K filed with the SEC, US$165.5 million in sales came from the PRC, constituting approximately one-third of Bigo's total 2018 revenue.  A near-equal amount, US$159.4 million, came from audio livestreaming, thereby implying that the source of additional PRC revenue was the mainland China audio livestreaming app Hello, with some possible contribution from smaller apps.[89,90]  As we detail infra, we suspect that both Bigo's 2017 revenue restatement and its 2018 earnings from Baiguoyuan and the associated audio livestreaming businesses are very likely fake or greatly overstated.  All of these findings support our base case estimate that ~80% of Bigo's revenues are

---

[82] Bigo Technology Pte. Ltd. 2018 Audited Financial Statements dated Aug. 28, 2019

[83] YY 2018 20-F, p. 111, US$272 million Series D

[84] YY 6K, June 18, 2019, Exhibit 99.4 Unaudited Pro Forma Condensed Financial Information, p. 2

[85] YY 2019 20-F, pp. F-8, F-46, see fair value changes and remeasurement gains

[86] https://ir.yy.com/news-releases/news-release-details/yy-announces-strategic-investment-bigo-inc

[87] https://ir.yy.com/news-releases/news-release-details/yy-announces-completion-acquisition-bigo "Bigo is a fast-growing global tech company. Headquartered in Singapore, Bigo owns BIGO LIVE, a leading global live streaming platform excluding China, LIKE, a leading short form video social platform worldwide, and other social apps. Bigo has created a video-based online community for global young generation users. It has established footprints with a strong presence in South-Eastern Asia, Southern Asia, the Middle East and America, paving the way for further global expansion."

[88] According to its press release, China Renaissance also served as an advisor to the independent audit committee for the Bigo acquisition and many other YY transactions since 2014, including the Weihui spin-off, and 2017 secondary stock issuance, http://www.huaxing.com/m/news/5c7dd73496328e0225543a8c?lang=en

[89] YY June 18, 2019, 6-k, P.80 (Bigo consolidated financial statements, p.8), "In March 2016, Baiguoyuan Network launched an audio live streaming mobile app, HELLO, which focused on its business in China."

[90] YY June 18, 2019, 6-k, P.93 (Bigo consolidated financial statements, note 2iii)

fraudulent.

## Former Bigo Country Executives Stated the Majority of Users were Fake

Three country executives at Bigo matter-of-factly confirmed to us that the majority of Bigo users are fake, with the allocation of bots being directed by AI run from Bigo's headquarters in Singapore or YY's headquarters in Guangzhou.

Our investigators spoke to a former Bigo India executive to ask about the way Bigo did business.  The executive stated that roughly 60% of the people in Bigo performers' rooms were bots, with the allocation of bots being determined by the Chinese team in Singapore and Guangzhou.

He viewed using bots as a necessity, citing the weakness of the underlying Bigo platform.  "So basically, when you join, I cannot leave you like this… a blank. We have to give you some fans," he said.  "We have to give you some followers… If you join the platform and go live, nobody will give you money. Correct.  Do whatever you can, but no one will."[91]

A former Bigo Middle East executive described to us a similar proportion of fake users on Bigo.  He stated that, "For Bigo, only about 30-40% of the viewers are real and about 60-70% are bots."  However, Bigo can dial up or down the proportion of bots on the platform, according to the former executive: "This figure can be much higher.  For example, in the Live House [music channel], the first 5,000 viewers are normally all bots."[92]

Finally, a former Bigo Southeast Asia executive corroborated these accounts, stating to us that 70% was a typical proportion of bots found in Bigo channels.

## Bigo's Spin on the Circular Economy Is Recycling Beans Through Broadcasters

Bigo uses talent agencies and performer "families" to manage Bigo bean distributions and allocations in their network, creating a similar dynamic to YY Live without the need for implicit control of channel owners.

Bigo performers are users by design.  To be paid, performers need to meet certain target "bean" quotas and follow a schedule of regular broadcasts to game the app's ranking system.  Paid performers are required to keep their daily streams to between 30 minutes and two hours. This ensures they log on as many days as possible each month, while aligning their payment incentives with the metrics of third-party app analysis companies, which rank apps on engagement metrics.  Bigo creates the impression of a large number of users who are highly engaged, when in fact the engaged users are mostly just paid performers working according to a set of scheduling parameters.

---

[91] Interview with former Bigo manager in South Asia
[92] Interview with former Bigo manager in the Middle East, recently Livehouse users' numbers are typically in the low 2000's, so Bigo may have adjusted this base line bot audience down to 2,000+ users.  The Livehouse audience numbers frequently fluctuate as purported users join and leave, but often jump up and down in double, not single digits.

According to the former Bigo manager with whom we spoke, the bean earning quota system pressures performers to keep the beans inside the Bigo economy. Some performers receive payment, but others, like Bigo performers in the US, Morocco, and some other countries, are paid monthly salaries in beans, which helps Bigo to pad out the amount of beans circulating in the ecosystem.[93,94]

Bigo also introduced a recycling option for performers to use beans without leaving the platform. Performers can purchase discounted beans to buy gifts for each other in tit-for-tat transactions that help each other hit revenue goals.  In this way, when they are falling short of their quotas, performers will typically seek the help of their talent agencies or members in the family to support them and exchange discounted gifts.  Performers often will hold back about half of their beans over the course of a month in case they need them at the end to trade gifts with other family members and meet their quotas.  Such activities keep the virtual currency flowing and create the appearance of strong revenue generating activities inside the app Bigo.[95]

Our review of top performers found that they often send out large amounts of beans, sometimes in amounts that appear to be equal to or even much greater than their total earnings.  However, since Bigo has taken not only to changing the identities of large FUs, but also changing the statistics of contributors' accounts, making precise calculations is difficult.  For example, below we show how RCT_KHAN's recorded lifetime gift contributions have somehow dropped -99.8% in seven months:



[93] Per recruitment ad for Bigo performers to join the channel owner https://rsquaredtalent.com/,
"You will earn your salary based on the number of gifts you receive each month. This is broken down in a tier structure so that when you hit each of the individual goals, you reach a higher salary. There are minimums you must reach each month to remain active as a performer, but most of our performers have no problem reaching these goals if you listen to our tips and put in the required amount of hours. Our top hosts earn between $50 – $200 per hour plus the gifts they earn during their live broadcasts.  Payment comes each month "around the 8th" in the form of in-app currency. This currency can be converted into real world cash by transferring it to Payoneer and then to your personal bank account or CashApp."
[94] Interview with former Bigo Middle East manager
[95] https://factordaily.com/how-mechanics-bigo-live-works/

*RCT_KHAN's Decreasing Total Lifetime Contributions.*
*Left: April 2020 Total Diamonds Sent 131 M*
*Right: November 2020 <u>Total Diamonds Sent Declined by 130.7 M</u>*



*The Bigo In-App Displayed Definition of the "Send" Metric*

We believe the intent behind changing top users' data is clear: to prevent others from discovering the scale and absurdity of the Bigo scam.

## Bigo PRC Revenues Appear to Be Mostly Fake, From A Derelict Audio Streaming App

Bigo also has a mainland Chinese business that it does not discuss in its earnings calls and attempts to bury inside its annual filings.  We believe it avoids mentioning the PRC business because it is essentially an empty box, as its apps show little to no real activity.

YY reported Bigo's 2018 Asia-PRC revenue was US$165.5 million, and its Audio Livestreaming segment revenue at US$159.4 million.[96]  Bigo's core products, which are Bigo and Likee, are oriented to video, not audio, livestreaming, and both are also focused on markets outside China.   In 2018, Bigo's Singapore financials show it claimed US$538.2 million in revenue.[97] The PRC revenue reported represents 30.7% of Bigo's total revenues, a very substantial amount for a market that goes virtually unmentioned.

The table below shows the geographic breakdown of Bigo revenue, per YY's SEC filings:[98]

---

[96] YY June 18, 2019, 6-k, p.93 (Bigo consolidated financial statements, p.20)
[97] Bigo 2018 Singapore Consolidated Financials, p.9
[98] YY June 18, 2019, 6-k, p.93 (Bigo consolidated financial statements, p.20).  Note: there is also a large $80.1 million difference between the SEC filings for Bigo's consolidated revenues and its local Singapore filings.

**(iii) Disaggregation of Revenues**

The following table disaggregates the Group's revenue for the years ended December 31, 2018 by nature and by geographic location:

|  | For the year ended December 31, 2018 US$ |
|---|---|
| **Revenues attributed to the nature** |  |
| Video live streaming | 297,256 |
| Audio live streaming | 159,394 |
| Others | 1,484 |
| Total | 458,134 |

|  | For the year ended December 31, 2018 US$ |
|---|---|
| **Revenues attributed to the geographic location** |  |
| Asia - PRC | 165,469 |
| Asia - Others | 232,430 |
| Others | 60,235 |
| Total | 458,134 |

*Disaggregation of Bigo's 2018 Revenues Breaks PRC Apps Including Hello 语音 [99]*

Through our mainland investigators and conversations with former Bigo employees, we confirmed that mainland Chinese cannot download Bigo through their normal app stores. Bigo's main presence in China comes from Chinese performers who are hired to interact with overseas Chinese and other foreigners, and thus, we believe, PRC users of the Bigo Live app are performers and do not generate real or material revenue.[100]

A disclosure from YY leads us to believe that the PRC revenues instead come from an app called Hello. YY's June 2019 6-K states that, "In March 2016, Baiguoyuan Network launched an audio live streaming mobile app, HELLO, which focused on its business in China."[101] Our inspection of Baiguoyuan, Bigo's China VIE, shows it has multiple apps and websites operating in mainland China, many of which seem to be defunct. The main app is Hello 语音，a voice streaming social networking app with a small market presence. Others that appear operational include Yiqi and YuanYuan, and have even tinier footprints. Thus, we believe the audio livestreaming and China-PRC revenues are essentially the same and should be predominantly, if not substantially all, from Hello.

We found that Bigo's implied PRC revenues have been generating growth for Bigo, per filings. In the 2019, YY began disclosing the split of its PRC and non-PRC livestreaming revenues in its quarterly earnings releases. YY's Non-PRC revenues have primarily been derived from Bigo, with a small amount from Huya and Hago.[102,103] Assuming that Bigo and its consolidated subsidiaries represent 100% of YY's

---

[99] YY June 18, 2019, 6-k, p.93 (Bigo consolidated financial statements, p.20)
[100] Interviews to YY talent agency manager and former Bigo manager and current talent agency manager in Singapore
[101] YY June 18, 2019, 6-k, p.80 (Bigo consolidated financial statements, p.8)
[102] YY 4Q 2019 earnings call. "Hago is booked under the YY's live segment." Additionally, Likee and IMO are Bigo apps, so any revenues generated by these will be in the Bigo revenue.
[103] For Oct. 2020, Sensor Tower estimates that Hago's worldwide revenue for Android and Apple was under US$1M

non-PRC revenue, we can calculate Bigo's minimum onshore PRC revenues by subtracting all of YY's non-PRC revenues from Bigo's total revenues.

From recent YY disclosures, which now exclude Huya, we can see that Bigo's implied onshore PRC revenues were 13.4% of Bigo's Q3 2020 revenues, but were still growing +27.4% YoY to RMB 456.2 million:

**JOYY Live Streaming Revenue by Geography Excluding Huya**

| Units: '000 | 3Q 2019 x-Huya | | 2Q 2020 x-Huya | | 3Q 2020 x-Huya | | Calculation |
|---|---|---|---|---|---|---|---|
| | RMB | USD | RMB | USD | RMB | USD | |
| Non-PRC Revenue* | 1,179,172 | 164,972 | 2,642,011 | 373,952 | 2,938,639 | 432,815 | a |
| Bigo Total Net Revenue | 1,537,215 | 215,064 | 3,062,686 | 433,495 | 3,394,838 | 500,006 | b |
| Implied Minimum Bigo PRC Revenue | 358,043 | 50,092 | 420,675 | 59,543 | 456,199 | 67,191 | c=b-a |
| Implied Minimum Bigo PRC Revenue (%) | 23.3% | 23.3% | 13.7% | 13.7% | 13.4% | 13.4% | d=c/b |
| Growth YoY (%) | | | 24.5% | 21.0% | 27.4% | 34.1% | |

Source: JOYY 6K quarterly earnings

*Bigo and Hago. Per the JOYY 4Q19 earnings call, Hago's revenue is small in absolute scale and not contributing much. Hago is reported under YY Live.

Bigo's onshore revenue appears to be limited to the apps and investments held by the VIE Baiguoyuan, which should be substantially all derived from Hello and its sister apps. However, when our investigators spoke to YY's channel owners and virtual currency merchants, they encountered little knowledge of or familiarity with the PRC app Hello 语音. To date, we have found few signs that Hello has significant substance in terms of brand name, online presence, downloads, MAUs or revenues in China. As we lay out below, we doubt that Hello and its sister apps generate much, if indeed any, real revenue.

### *The Hello App Appears Derelict, With Longstanding YY Links Despite Supposed Bigo Origin*

Our investigators performed primary diligence on Hello and found little current activity, cementing our belief that the app generates little revenue. Furthermore, Hello appears to have been set up by YY, not Bigo, as we found by analyzing disclosures by the app.

We monitored several livestreaming rooms and found them to be a joke. Not only was the content terrible in our view, but they were mostly devoid of participants and performers. When browsing through the Hello app, we saw very few active users, and even in the rooms which show full capacity there are still very few interactions by the host and users, with little or no signs of real or even fake gifts being sent. Most users seem appear to be "sit-in bots", engaging in no activity, and furthermore, appear to neither join nor exit these deadstreaming rooms. Two examples below show top-ranking broadcasting rooms on Hello 语音 at full capacity, but with no message or voice interactions at all.



We believe that Hello and its sister apps continue to exist out of convenience for management, who likely find onshore revenue fabrication is easier and cheaper than offshore. We further believe that these apps operated in order to help inflate Bigo's topline, boosting both its historical and recent contributions to YY, yielding both ongoing revenue inflation and past fair value gains. Furthermore, this revenue inflation was a way for David Li to artificially inflate Bigo's valuation. By including the Baiguoyuan VIE's likely fake China-based revenues in Bigo revenues, David Li received a larger payout from YY.

As evidence that the VIE's operating business is mostly composed of Hello, public SAIC records for Baiguoyuan Networks, Bigo's China VIE, show www.520hello.com as the website of record.



As of August 2018, predating YY's acquisition of Bigo, Hello used a YY customer service email: hello@yy.com.[104]  This is a red flag even for a small operation, but much more for Bigo, which in 2018 was supposedly on the path to generating over RMB 1 billion that year.  It suggests that some operations and management had been comingled and were under the common control of YY.

We found additional evidence of this de facto control in a January 2017 blog post about how to set up an account and get paid commissions from streaming on Hello 语音.  According to Singapore filings, Baiguoyuan and Hello 语音 should have been under the control of Bigo since 2016 and completely separate from YY.  However, Hello 语音 users were encouraged to tie their YY accounts to their Hello 语音 account and to use YY's payment system.[105]



[104] http://web.archive.org/web/20180827213744/https://520hello.com/
[105] https://www.ruan8.com/tutorial_3630.html

# Appendix A:  Definitions Related to our Analysis

- Gift income: the value of gifts given by the PUs or being received by the performers as collected by XHL. For YY Live, the value would be approximately the cash received by YY.
- Channel owners: the party operating the channels or a channel on YY's platform to provide the live streaming service to the viewers. The channel is referred to as room in the lexicon of YY. Among YY performers, the channel owner is also known as OW.
- Channel manager: the individuals or virtual individuals managing the operation of the channel owners, could be management and/or shareholders.
- PUs: Paying Users.  The viewers of the live streaming shows who give the performers the tips or gifts which the viewers bought from YY.
- FUs: Fake paying Users.  YY's FUs display indications of fraud as well as control by the platform in their gift sending behavioral patterns and transaction details.
- Top PUs: the ranking was based on the gift income reported by XHL given to the performers from Oct 2019 to Jan 2020, unless otherwise mentioned.
- Top performers: the ranking was based on the gift income reported by XHL received by the performers from Oct 2019 to Jan 2020, unless otherwise mentioned.
- IP block / subnet: a grouping for IP addresses from the same network together. Normally a set of IP blocks has 256 IPs.
- YY ID: YY has 4 IDs for each performer: room ID, Channel ID, YY account ID and UID.  The UID is used by XHL and YY's system and could not changed by the performer. The Room ID, Channel ID and YY account ID could be changed as a result of leaving the original channel owner to join a new channel owner, etc.  The UID cannot be changed by the performer.  We use the UID for the identification of performers to be consistent with XHL data.  The YY account ID is a number assigned to the users of the YY platform. One YY account ID could be used by an individual as a PU and/or a performer.
- UID: See above.
- FromID and ToID: Both are used in coding. fromID means ID is used to give gifts as a PU, and toID means ID is used to receive gifts as a performer. If someone uses his YY ID to perform or give gifts, the ID number is same for both transactions, the title of the ID would change based on the direction of the transaction and be either fromID or ToID.
- FromName and toName: the name associated with fromID and toID.  One YY ID could have multiple fromnames and tonames.  A user can change their username (fromName or toName) as many times as they like.
- Lockdown period: Jan 23, 2020 to Feb 24, 2020 Beijing Time. Jan 23 is the formal lockdown period for Wuhan China. Other cities had been gradually lockdown following Wuhan. During the lockdown, Chinese had to stay home with very limited chance to go out for shopping except for people working for limited number of essential businesses.
- Four-month monitoring period: From Oct 2019 to Jan 2020.
- Expanded monitoring period: Nov 27, 2019 to Feb 5, 2020.
- YY controlled PUs: the PUs connected with individually identified YY controlled parties by sharing displaying YY local host server or internal network server addresses, sharing IMEIs with a PU and a performer at a controlled channel, or members of an IP network address blocks displaying a gift sending patterns of a YY controlled bot network.
- YY Server FUs: 82 paying users used IP 127.0.0.1
- YY Internal Network FUs: 1301 paying users used IPs (100.64.0.0-100.127.255.255) which are only used for internal private networks.

- YY IP addresses:  the 127.0.0.1 local host server addresses used by the YY Server FUs and the 100.64.0.0-100.127.255.255 internal network server addresses used by the YY Internal Network FUs.

# Appendix B:  Notes on Data & Data Sources

### Data collection

By analyzing the traffic generated by YY servers, we monitored YY by monitoring the performer's live broadcast performance rooms starting Oct 20, 2019. Our data analysis was based on gift giving transactions collected by monitoring the performing performers 24/7 from Nov 27, 2019 to Feb 4, 2020. We collected 115.585 million gift giving transactions from 1.19 million PUs to 20,715 performers.

Expanded period: Nov 27, 2019 to Feb 5, 2020 Beijing Time



Lockdown period: Jan 23, 2020 to Feb 5, 2020 Beijing Time



The revenue from 20,715 performers we monitored covered over 88.3% of the YY Live segment revenue as reported by XHL during the monitoring period.[106]

For each gift giving transaction, we obtained up to 88 pieces of information, e.g. time of the transaction, IMEI, IP, name of the PU, YY ID of the PU, gift name, unit price for gift, gift ID, the quantity of gifts, the name of the performer who received the gift, YY ID of the performer, etc.

Table: the key information used for data analysis

---

[106] XHL's data shows 61,574 performers earned RMB2.69B gift income from October 2019 to January 2020.

| Collected data | Gift transaction 1 | Gift transaction 2 | Gift transaction 3 | Note |
|---|---|---|---|---|
| timestamp | Jan 18, 2020 @ 01:54:25.363 | Nov 29, 2019 @ 17:01:16.212 | Nov 29, 2019 @ 16:25:45.883 | |
| City | Shanghai | Hefei | Xuzhou | |
| Country | China | China | China | |
| ISP | China Telecom (Group) | No.31,Jin-rong Street | No.31,Jin-rong Street | |
| detailInfo_1 | 101.80.170.182 | 114.100.64.126 | 180.123.41.224 | Paying users' IP address |
| detailInfo_giftSource | iphone | pc | pc | Paying users' device info |
| detailInfo_imei | a37a2bef55324711dacea687eba9372ab528957 | | | Paying users' device info |
| detailInfo_mac | a37a2bef55324711dacea687eba9372ab528957 | | | Paying users' device info |
| fromId | 1344722800 | 1655335872 | 1735657933 | Paying users' YY ID |
| fromName | 613 狗辉《禁卫魂》 | 【微娱】小黄桃【7136】 | 【微娱】孙天赐 一个倔强的小男孩 | Paying users' YY name |
| location | 31.0449,121.4012 | 31.8642,117.2865 | 34.1805,117.1571 | Paying users' GPS info |
| room | 1848 | 145485 | 496164 | Performers' channel |
| toId | 1845185734 | 1845185734 | 1845185734 | Performers' YY ID |
| toName | 空城◇多子首秀快乐 | ◇空城◇ | ◇空城◇ | Performers' YY name |
| gift_name | 魔法水晶球(10) | 魔法水晶球(10) | 浪漫樱花(150000) | Gifts' name |
| type | 1443 | 1443 | 1521 | Gifts' ID |
| num | 1 | 1314 | 1 | Quantity of gifts |
| detailInfo_unitprice | 10 | 10 | 150000 | Unit price of gifts (in Rmb cent) |
| total | 10 | 13140 | 150000 | Transaction value (in Rmb cent) |

In addition to above data, we also purchased XHL data and collected XHL data for our data analysis. XHL is a data monitor company to provide the "independent and reliable"[107] market data reports about the gift giving transactions to support the amount of revenue would have been generated at YY's platform.

- We have a large data set with over 115 million unique, deduplicated transactions (115gb data) from Nov 27, 2019 to Feb 4, 2020.
- Although a large data set, this represents only a fraction of XHL's recorded transactions for this same period.  XHL data does not include additional unique identifiers such as cellular IMEIs in their data.
- We primarily use this data as a large sample to check connections between performers and PUs, extrapolate patterns, and check details where the data is sufficiently granular (i.e. bot hunting), irregularity hunting during the Jan lock-down, and Bigo top PUs changes in earnings from Nov-Feb./circular economy.
- We do not use this to make a revenue estimate.

**Xiaohulu (XHL)[108]**

- XHL is a mobile app analytics company specializing in entertainment and social networks.
- In court documents from lawsuits involving YY & Huya, we found that YY itself presented XHL as a reliable source for these companies' revenue data. [109]  Therefore, we make extensive use of its data to make arguments about the companies' operations and revenues.
- XHL's owner, Jin Cao (曹津), was a co-founder of YY, remains a minority shareholder of two of its operating VIE's, holding 2.11% of Guangzhou Huaduo Network Technology (广州华多网络科技有限公司) and 0.77% of Beijing Tuda Science and Technology (北京途达科技有限责任公司).  He also has been the legal representative at Guangzhou Duowan 广州多玩信息技术有限公司 since Dec 2008.
- XHL claims to use web crawling technology and the description provided is much like that we used.  However, when ran a comparison of data from XHL with that on a performers' back ends,

---

[107] 江海涛、广州虎牙信息科技有限公司网络服务合同纠纷二审民事判决书-启信宝," ("the Xiaohulu website has sufficient industry experience and technical resources to become an authoritative live data platform." ).

[108] 小葫芦 www.xiaohulu.com ，上海YY信息技术有限公司

[109] 江海涛、广州虎牙信息科技有限公司网络服务合同纠纷二审民事判决书-启信宝," ("the Xiaohulu website has sufficient industry experience and technical resources to become an authoritative live data platform." ).

we saw perfectly matched.  This is not possible unless there is a direct access to YY's own data sources.  Therefore, we think XHL's discussion for its data collection by using crawlers is bogus, and that instead, it is directly linked to YY's backend.

- When reviewing XHL's data at a monthly or quarterly basis, a significant delta in both revenue and PU numbers between it and YY is immediately apparent.  For example, in Q4 2019, YY reported RMB 3.162 billion in livestreaming revenue and 4.50 million PUs, but XHL reported only RMB 2.131 billion (-32.6%) in livestreaming revenue and just 1.32 million (-70.7%) PUs.  We also observed some gap between the PUs we observed during our gift contribution monitoring and XHL's records.

- When we asked XHL's staff about this, they told us that they could not give us an explanation, but assured us that their results were consistent with others in their industry within a margin of about +/- 5%.

- We dismiss the possibility that the difference is created by the mis-recording of the lucky draw stars, moons YY sells and the luck draw gifts performers receive.  XHL's revenue approximates the accounting revenue YY reports in the period because the lucky star and lucky moon is recorded at just 0.02 rmb/ea instead 0.1 rmb (its sale price) but it also includes the lucky draw gift revenue given to the performer at its face value.  However, the lucky gifts are not accounting revenue for YY.  YY's revenue recognition policy will not recognize them.  Due to this adjustment, we can see that this is not the cause of the discrepancy.

- This contradiction might be explained by a desire for XHL to appear to be a real, unrelated 3rd party.  A real 3rd party app analytics company could not have perfect data; therefore, we believe that they intentionally created a discrepancy which is roughly equivalent in scale with its peers.

- Our conclusion that approximately 90% of the YY Live revenues are fraudulent focuses on the ~70% of YY livestreaming revenue reported by XHL and uses the paid gifts in XHL's database to determine how much of it is fake.

- Again, we use XHL's data despite these anomalies because we believe this is the data set which the company want diligent investors to review and evaluate.

**BigOne**

- The BigOne is another Chinese data analytics company which collects top line revenue data from YY and Huya.  This too has a large delta for YY, but not Huya.  The reasons for the difference attributed for the difference with YY's live steaming revenue by the BigOne were due to YY's "online dating" channels.  Discrepancies with Huya were accounted for as being due to "non-revenue generating gifts".

  - 4Q19 BigOne YY: 2.297 bln,    -22.1% < than   YY: 2.950 bln
  - 1Q19 BigOne YY: 1.862 bln,    -27.4% > than   YY: 2.567 bln
  - 2Q19 BigOne YY: 2.033 bln,    -29.0% < than   YY: 2.863 bln
  - 3Q19 BigOne YY: 2.043 bln,    -29.5% < than   YY: 2.899 bln

  - 4Q19 BigOne Huya: 1.531 bln, 6.2% > than Huya: 1.442 bln
  - 1Q19 BigOne Huya: 1.539 bln, -0.9% < than Huya: 1.553 bln
  - 2Q19 BigOne Huya: 1.918 bln, -0.2% < than Huya: 1.922 bln
  - 3Q19 BigOne Huya: 2.045 bln, -5.2% < than Huya: 2.156 bln

**Example of a 3rd Party App Monitoring Service**

- Sensor Tower is an example of one of several popular analytics platforms for tech developers, analysts, and investors which we used in creating this estimate.[110]  These app analytics companies use Apple and Google play store data including rankings and engagement as well as internally developed algorithms to model revenues.
- BuzzFeed reported that Sensor Tower also owned at least 20 apps that track data passing through people's phones.[111,112]  This information was secretly collected from millions of people who installed popular VPN and ad-blocking apps for Android and iOS.  These apps, which didn't disclose their connection to the company or reveal that they feed user data to Sensor Tower's products, had more than 35 million downloads.  Although highly improper and a violation of user's data privacy, we do believe it likely enhanced the accuracy of its data and algorithm.
- Over the course of the last year, we reviewed data from other 3rd party analytics services and observed these were roughly consistent with one another.  The starting revenues used in the model draw on data from multiple sources.

# Appendix C:  Internal Network Usage

Internal Network Usage: 100.64.0.0/10 & 127.0.0.1

We only see local network transactions from the 100.64.0.0/10 (100.64.0.0-100.127.255.255) in 0.03% of our transactions.  Additionally, we see localhost network transactions originating from 127.0.0.1 in 0.002% of our transactions.

The 127.0.0.1 address indicates that a bot, or YY controlled entity was sending transactions from the server itself.  This is highly unusual as real users on YY Live are in their own homes, offices, or in public, not on the YY server.

The 100.64.0.0/10 address is more interesting, and we have 38,823 (0.03%) transactions that use IP addresses within that range.  YY hosts some of their infrastructure (potentially all of their infrastructure) on two cloud providers, as shown in their 20-F.  These two cloud providers are Kingsoft Group and Sunhongs.

This cloud hosting is important because we know that most cloud providers have specific instructions around the 100.64.0.0/10 IP address block and that it is used only for internal (within a cloud, or

---

[110] https://sensortower.com/

[111] https://www.buzzfeednews.com/article/craigsilverman/vpn-and-ad-blockin (may now be blocked): Since 2015, Sensor Tower has owned at least 20 Android and iOS apps. Four of these — Free and Unlimited VPN, Luna VPN, Mobile Data, and Adblock Focus — were recently available in the Google Play store. Adblock Focus and Luna VPN were in Apple's App Store. Apple removed Adblock Focus and Google removed Mobile Data after being contacted by BuzzFeed News.  Randy Nelson, Sensor Tower's head of mobile insights, said the company did not disclose ownership of the apps for competitive reasons.  "When you consider the relationship between these types of apps and an analytics company, it makes a lot of sense — especially considering our history as a startup," he said, adding that the company originally started with the goal of building an ad blocker. (He was unable to provide media coverage or other evidence of this early focus.)

[112] https://web.archive.org/web/20200310040005/https://www.buzzfeednews.com/article/craigsilverman/vpn-and-ad-blocking-apps-sensor-tower,

corporate network) communications.  This means that you cannot communicate from or to a 100.64.0.0/10 IP addresses from the public Internet directly.

Netflix presented on moving their infrastructure to Amazon private clouds, and their use of the 100.64.0.0/10 block network when doing so.[113]



Amazon Documentation:
https://docs.aws.amazon.com/vpc/latest/userguide/VPC_Subnets.html

Microsoft Documentation:
https://docs.microsoft.com/en-us/azure/virtual-network/virtual-networks-udr-overview

Google Documentation: https://cloud.google.com/vpc/docs/vpc#manually_created_subnet_ip_ranges

Kingsoft has specific instructions that the 100.64.0.0/10 address block should NOT be used in their cloud service[114]. So, we have reason to believe that Kingsoft cloud infrastructure is ruled out in this case.

A reasonable explanation is that YY is using bots on their cloud infrastructure, and when the VPN or external anonymizing service has an outage or there is a problem, their bots continue to send transactions to YY.com through the internal network until the VPN comes back up. We see this pattern in the data as well where a user is on a public IP address, then an internal IP address, and then back to a public IP address.

A diagram showing when the VPN is up:

---

[113] https://www.slideshare.net/AmazonWebServices/aws-reinvent-2016-moving-mountains-netflixs-migration-into-vpc-net304, slide 25
[114] Kingsoft Cloud Documentation - https://endocs.ksyun.com/documents/75



1. The bot has an internal IP address of 100.64.1.2.

2. The main YY.com server has an internal IP addresss of 100.64.1.1 and a public IP address of 103.227.121.100.

3. When the bot sends a gift, the gift flows out of the LUSH cloud to the VPN provider.

4. The connection is then made from the VPN provider (112.28.160.118) to YY.com through the public IP addresss (103.227.121.100).

5. The transaction will show the gift originating from the VPN provider even though in reality it is originating from inside the LUSH cloud.

NOTE: The YY.com server straddles the public internet (103.227.121.100) and the internal cloud network (100.64.1.1).

A diagram showing when the VPN is down:



1. The bot has an internal IP address of 100.64.1.2.

2. The main YY.com server has an internal IP addresss of 100.64.1.1 and a public IP address of 103.227.121.100.

3. When the bot goes to send a transaction, when the VPN is down, the internal cloud network still knows how to get to YY.com.

4. It knows to send the traffic internally to YY.com on 100.64.1.1.

5. In the transaction details we then see the internal network address 100.64.1.2 that the bot sent the transaction from.

6. The VPN and public IP address of YY.com are not hit.

NOTE: The YY.com server straddles the public internet (103.227.121.100) and the internal cloud network (100.64.1.1).