UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED J. HERSHEWE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>JOYY INC. f/k/a YY, INC., DAVID XUELING LI, BING JIN, and ERIC HE,<br><br>Defendants. | Case No. 2:20-cv-10611-SB-AFM<br><br>**FINAL JUDGMENT** |

    For the reasons set forth in the Court's separate Order Granting Defendants' Motion to Dismiss Second Amended Complaint, Dkt. No. 70, it is:

    ORDERED AND ADJUDGED that Lead Plaintiffs Gedion Demmissie and Suresh Goyal take nothing on their claims against Defendants JOYY Inc. f/k/a YY, Inc., David Xueling Li, Bing Jin, and Eric He. Lead Plaintiffs' claims are DISMISSED with prejudice. It is further

ORDERED AND ADJUDGED that the claims of the putative class members are DISMISSED without prejudice.

This is a Final Judgment.

Dated: March 10, 2022

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE