Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbssalw.com

*Attorneys for Co-Lead Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ED J. HERSHEWE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOYY INC. f/k/a/ YY, INC., DAVID XUELING LI, BING JIN, and ERIC HE,<br><br>Defendants. | No. 2:20-cv-10611-SB-AFM<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

010967-11/1866051 V1

|   |   |   |
|---|---|---|
| 1 | | NOTICE IS GIVEN that Co-Lead Plaintiffs Gedion Demmissie and Suresh |
| 2 | Goyal, individually and on behalf of all others similarly situated, appeal to the United |
| 3 | States Court of Appeals for the Ninth Circuit from the Final Judgment entered on |
| 4 | March 11, 2022 (ECF No. 71), and all interlocutory orders and prior rulings merging |
| 5 | therein. |
| 6 | DATED: April 8, 2022 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 7 | | |
| 8 | | /s/ *Lucas E. Gilmore*  <br> LUCAS E. GILMORE |
| 9 | | |
| 10 | | Reed R. Kathrein (139304) <br> Lucas E. Gilmore (258093) |
| 11 | | 715 Hearst Avenue, Suite 202 <br> Berkeley, CA  94710 |
| 12 | | Telephone: (510) 725-3000 <br> Facsimile:  (510) 725-3001 |
| 13 | | reed@hbsslaw.com <br> lucasg@hbsslaw.com |
| 14 | | |
| 15 | | |
| 16 | | Steve W. Berman <br> HAGENS BERMAN SOBOL SHAPIRO LLP |
| 17 | | 1301 Second Avenue, Suite 2000 <br> Seattle, WA  98101 |
| 18 | | Telephone: (206) 623-7292 |
| 19 | | Facsimile:  (206) 623-0594 <br> steve@hbsslaw.com |
| 20 | | |
| 21 | | *Co-Lead Counsel* |
| 22 | DATED: April 8, 2022 | POMERANTZ LLP |
| 23 | | |
| 24 | | /s/ *Jennifer Pafiti*  <br> JENNIFER PAFITI |
| 25 | | |
| 26 | | Jennifer Pafiti (282790) <br> 1100 Glendon Avenue, 15th Floor |
| 27 | | Los Angeles, CA  90024 <br> Telephone: (310) 405-7190 |
| 28 | | |

- 1 -

010967-11/1866051 V1

1  Facsimile:  (917) 463-1044
2  jpafiti@pomlaw.com

3  *Co-Lead Counsel*

4
5  Peretz Bronstein
   BRONSTEIN, GEWIRTZ &
6  GROSSMAN, LLC
   60 East 42nd Street, Suite 4600
7  New York, NY  10165
   Telephone: (212) 697-6484
8  peretz@bgandg.com

9
10  *Additional Counsel*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

010967-11/1866051 V1