UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ED J. HERSHEWE, Individually and on behalf of all others similarly situated,

Plaintiff,

and

GEDION DEMMISSIE and SURESH GOYAL, Co-Lead Plaintiffs,

Plaintiffs - Appellants,

v.

JOYY, INC., FKA YY, Inc.; et al.,

Defendants - Appellees.

No. 22-55377

D.C. No. 2:20-cv-10611-SB-AFM
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered May 09, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT